TIMOTHY ELDER (CA BAR NO. 277152)
ALBERT ELIA (appearing *pro hac vice*)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com
         aelia@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**UNDAUNTED LAW FIRM, P.C.**
1500 Dragon St. Suite 160
Dallas, Texas 75039
Telephone:   (214) 415-7340
E-mail:         tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, | Case No. 3:20-cv-06570-TSH |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, | |
| Defendants | |

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

I am admitted to practice in this court, and I appear in this case as co-counsel for Plaintiff Lisamaria Martinez.

Dated: May 12, 2022

_____
S. Tomiyo Stoner (CA Bar No. 289246)
**UNDAUNTED LAW FIRM, P.C.**
1500 Dragon St. Suite 160
Dallas, Texas 75039
Telephone:   (214) 415-7340
E-mail:      tstoner@undauntedlaw.com