UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>　　　　Defendants | Case No. 3:20-cv-06570-TSH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DECLARATORY JUDGMENT ON PLAINTIFF'S ADA TITLE II CLAIMS AGAINST DEFENDANT ALAMEDA COUNTY** |

### **ORDER**

Having reviewed and considered the admissible evidence, briefing in support of and in opposition to the cross-motions, and argument of the parties, and for good cause shown, the Court GRANTS Plaintiff's Motion for Partial Summary Judgment and Declaratory Judgment in its entirety.

THEREFORE, the Court DECLARES that Defendant Alameda County's refusal to modify its policy against reading and transcribing information on paper forms for people with disabilities who cannot otherwise access those paper forms is contrary to the requirements of Title II of the Americans with Disabilities Act; it is

FURTHER ORDERED Plaintiff is a prevailing party pursuant to 42 U.S.C. § 12205; and it is

FURTHER ORDERED the Parties shall submit proposed orders enjoining Defendant Alameda County from continuing to refuse to provide qualified reader auxiliary services to Ms. Martinez, within thirty (30) days of the entry of this Order.

//

//

1   IT IS SO ORDERED.

2

3   DATED: _____            _____
                                        HONORABLE THOMAS S. HIXON
4                                       UNITED STATES MAGISTRATE JUDGE

5