1  TIMOTHY ELDER (CA BAR NO. 277152)
   KRISTOPHER A. NELSON (CA BAR NO. 342552)
2  **TRE LEGAL PRACTICE**
   1155 Market Street, Tenth Floor
3  San Francisco, CA 94103
   Telephone:	(415) 873-9199
4  Facsimile:	(415) 952-9898
   Email: telder@trelegal.com, knelson@trelegal.com
5

6  S. TOMIYO STONER (CA BAR NO. 289246)
   **UNDAUNTED LAW FIRM, P.C.**
7  1500 Dragon St. Suite 160
   Dallas, Texas 75039
8  Telephone:	(214) 415-7340
   E-mail: tstoner@undauntedlaw.com
9

10 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, | Case No. 3:20-cv-06570-TSH |
| Plaintiff, | |
| v. | **DECLARATION OF KAREN MCCALL, M.ED., IN SUPPORT OF PLAINTIFF'S STATEMENT OF FACTS AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON DECLARATORY RELIEF** |
| **COUNTY OF ALAMEDA, MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, | |
| Defendants. | Hearing Date: January 5, 2023<br>Hearing Time: 9:30am<br>Courtroom: by Zoom video conference<br>Judge: Hon. Thomas S. Hixson |

I, Karen McCall, declare:

1. This declaration is based on my personal knowledge. I am competent to testify on the matters stated and declare that these items are true and accurate to the best of my knowledge and belief.

2. I am the principal owner and founder of Karlen Communications, an internationally recognized and award-winning firm that specializes in remediating, designing and training for accessible documents and fillable forms that people with disabilities can use. I have advanced degrees, nearly 22 years of experience working in my field and have published extensively on the subject of accessible document design, including authoring peer-reviewed publications. A copy of my curriculum vitae is attached as Exhibit C.

3. I am also a blind person with the lived experience of using screen readers and other access technology to interface with accessible documents. I use this technology on a daily basis and have both professional and personal understandings of its use by blind and other disabled individuals.

4. In approximately December 2022 I was asked to review several versions of the Fictitious Business Name Statement ("FBNS") PDF form offered by Alameda County, California. I performed a comprehensive review of these sequential versions of the electronic FBNS form. A complete report of my findings, methodology and tools used are contained in my December 21, 2022 report, attached hereto as Exhibit D.

5. I tested several iterations of the electronic FBNS form, including the current version posted on the Alameda County website as of the date of this declaration. I did my testing with the JAWS and NVDA screen readers. I additionally tested the most recent version of the FBNS PDF with an iPhone.

6. All three iterations of the FBNS form that I tested have significant accessibility barriers that impede someone without functional vision from reliably filling out the form. These accessibility barriers represent access to some of the content but not all the content necessary to understand the form and fill it out. For example, the most current version of the PDF form currently posted on the County website as of the date of this declaration permits reading of the second page of instructions, but does not offer any access to enable a blind person to non-visually read or type text into the form fields on page 1.

7. It is thus my opinion to a reasonable degree of professional certainty based on the facts presented that all versions of the FBNS form tested including the most current version are not

accessible under any professional standard. These electronic FBNS forms, including the most recent version, cannot be independently completed by a blind person who needs non-visual access through screen reader technology such as JAWS. This most recent version of the electronic FBNS form represents a degradation on accessibility when compared with the previous version.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 22, 2022

*karen McCall*
—57A65AB8B0A8458...

Karen McCall