# Exhibit A

# Steven Clark

2 McLea Court, Suite 201 | San Francisco, CA 94103 | 415.409.6650 | sclark@adaptivetec.com

## Education

- Ball State University, Muncie, IN
- Bachelor of Arts, 1983
- General Psychology

## Experience

**2002 – Present**
Co-Owner | Adaptive Technology Services | San Francisco, CA

**1997 – 2002**
Co-Owner | AccessAbility, Inc. | San Francisco, CA

**1986 – 1997**
Marketing Engineer | TeleSensory, Inc. | Mountain View, CA

Key Positions:

| | | |
|---|---|---|
| 1995-1997 | Technical Marketing Support Manager/Marketing Engineer | |
| 1994-1995 | Product Management Supervisor | |
| 1993-1994 | Integrated Systems Manager | |
| 1992-1993 | Product Manager (Screen Reader Development) | |
| 1990-1992 | Product Marketing Support Manager | |
| 1988-1990 | Application Engineer Supervisor | |
| 1986-1988 | Application Engineer | |

**1984 – 1986**
Computer Instructor | Sensory Access Foundation | Palo Alto, CA

## Sample Scripting and PDF Projects

- El Camino Hospital
  Modified a set of PDF forms used by the organization for use by a blind employee. Project included 12 forms that had to be completed independently by the user and faxed or emailed to other offices in the organization.

- Gardner Health Systems
  Modified a set of PDF forms used by the organization for use by a blind employee. Project included 25 forms that had to be completed independently by the user.

- Court Report Billing Project
  Modified 6 PDF forms used by a court reporter to document her court reporting activities and for invoicing her contract employers.

- Wells Fargo, Sacramento, CA
  Created custom scripts for a wide variety of applications used by a blind Business Banking Representative.  Project include scripts for proprietary customer database and account information and creating accessible PDF forms.

- MidMichigan Health, Alpena, MI
  Original scripting project completed in 2012 for a blind physical therapist.  Project included providing access to ReDoc, the electronic medical record system used by the organization at the time.  In 2017 the organization switched to EPIC, and I completed scripts to allow the employee to perform the same essential work flow in the new application. I continue to provide updated scripts for this project as of 2022.

- Employment Development Department, Sacramento, CA
  Original scripts were done for employees in Riverside, CA and San Diego CA in 2007 and migrated to Sacramento in 2012.  Job tasks included accessing a terminal emulation based system to provide EDD information to callers. I've continued to support EDD employees as of 2022 with script updates required because of system updates and new computers.

- Seattle Lighthouse for The Blind, Seattle, WA
  Project included scripts for custom machine tools that used a Windows interface. Original project was done in 2007.  Major updates to the system and expansion to other tools was done in 2012 and again in 2017. In 2022, I provided custom scripts for a store inventory and ordering system.

- Travis Airforce Base Call Center, Travis, CA
  Custom scripting for Travis Call Center operator software.  Original project was completed in 2010 and updated for system upgrades in 2015, 2017 and 2022.

- California State Department of Motor Vehicles, Sacramento, CA
  I have completed several projects for the CA DMV.  The original project in 2006 was to create scripts for 2 blind employees in Southern California for access to a terminal emulation based system that provided DMV information to callers and adding script code to support braille displays.  In 2008 the project was expanded to include an employee in the Sacramento call center who was not a braille user.

  In 2011, DMV implemented a browser-based front end to the older terminal emulation-based system.  This project included working with the DMV developers to implement accessible web code and add scripts to smooth out employee workflow.  Scripts were also developed then for DMV's softphone system.

  In 2013, DMV workstations were migrated to Windows 7 and the scripts were modified to support the new operating system.

- Alaska Airlines, Seattle, WA
  Proprietary software used by Alaska Airline to complete airline reservations.  Original project was completed in 1999 and used by up to 3 employees until 2019.  I provided periodic updates and script fixes every few years as the system was updated.  Project included two re-writes of the scripts to accommodate software updates.

- CalTrans, Oakland, CA
  Created scripts for custom database systems for CalTrans.  Project included braille access to proprietary Highway Patrol accident notification system and Remote Desktop access to statewide highway repair status database.

- Disney Travel, Anahiem, CA
  Original project involved scripts for terminal emulation-based application to schedule reservations at Disney properties. When Disney migrated to a web-based system, I met with developers to advise on and test accessible implementation of new system.

PL_EXPERT0033