Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:     (510) 999-7908
Facsimile:      (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, MELISSA WILK, in her individual capacity, EVA HE, in her individual capacity, MARIA LAURA BRIONES, in her individual capacity,<br><br>              Defendants. | Case No.  20-cv-06570-TSH<br><br>**SUPPLEMENTAL DECLARATION OF NICHOLAS D. FINE IN SUPPORT OF DEFENDANT COUNTY OF ALAMEDA'S OPPOSITION TO PLAINTIFF'S SUR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DECLARATORY RELIEF**<br><br>DATE:       February 9, 2023<br>TIME:       10:00 a.m.<br>DEPT:       Courtroom G (15th Floor)<br>JUDGE:     Hon. Thomas S. Hixson |

I, Nicholas D. Fine, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California and the United States District Court – Northern District of California. I am an attorney with Orbach Huff + Henderson LLP and one of the attorneys of record for Defendant County of Alameda ("County"). If called and sworn as a witness to testify, I am competent to testify and would testify from my own personal knowledge as to the facts set forth in this Declaration.

2. This Supplemental Declaration is submitted for the purposes of presenting evidence in support of the County's Opposition to Plaintiff Lisamaria Martinez's ("Plaintiff") Sur Reply in support of Motion for Summary Judgment on Declaratory Relief.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange between myself and Plaintiff's counsel which occurred on January 27, 2022, and January 28, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of January 2023, at Pleasanton, California.

_____
Nicholas D. Fine

# EXHIBIT 1

| | |
|---|---|
| **From:** | Nicholas D. Fine |
| **Sent:** | Friday, January 28, 2022 9:23 AM |
| **To:** | Al Elia; Kevin Gilbert |
| **Cc:** | Elena LaBella; Timothy Elder; TRE Support Team |
| **Subject:** | RE: MArtinez/Alameda – discovery re accessible kiosk development |

Al,

With respect to No. 1, yes, the County will likely introduce evidence of the kiosks in the form of testimony. As for No. 2, there are no documents to produce. And finally, yes, you may ask Mr. Yankee questions about the program as he does have knowledge of it. If there is additional information about the program that you do not obtain from Mr. Yankee that you believe you need, and if there is another individual who has that information, we will produce that individual for deposition as well.

Thank you,

Nick D. Fine

Orbach Huff + Henderson LLP
nfine@ohhlegal.com
Direct:  (510) 350-4066
Main:    (510) 999-7908
Cell:     (707) 319-2011
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California  94588

Los Angeles | Pleasanton | San Diego | City of Industry

**CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED COMMUNICATION**

The information contained in this email, including attachments, may be confidential or subject to attorney-client privilege and is only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by return email or by calling 510-999-7908.

**From:** Al Elia <aelia@trelegal.com>
**Sent:** Thursday, January 27, 2022 1:06 PM
**To:** Nicholas D. Fine <nfine@ohhlegal.com>; Kevin Gilbert <kgilbert@ohhlegal.com>
**Cc:** Elena LaBella <elabella@ohhlegal.com>; Timothy Elder <telder@trelegal.com>; TRE Support Team <team@trelegal.com>
**Subject:** MArtinez/Alameda – discovery re accessible kiosk development


Dear Kevin and Nick:

After our conversation Tuesday, I contemplated your discussion of computer kiosks for customer use in the CRO, and your assertion about their accessibility. I had a few thoughts that may require a brief call, or may simply require some discovery:

1.  Does the county intend to introduce evidence of these kiosks (either their planning or their existence and features, depending on timing)? If not, and if the county will so stipulate, then please let me know and skip the remainder of this list. Otherwise…

2.  Are there any documents or communications regarding planning for, contracting for, development of, maintenance of, or anything else related to the accessibility features for the kiosks? I think these would be responsive to Plaintiff's interrogatory no. 16 and Request for production no. 1 to Alameda County, in which case I would appreciate them ASAP.

3.  Would Mr. Yankee be the designee should we wish to depose Alameda County on the kiosk accessibility planning/contracting/development/maintenance? If so, we would appreciate the addition of a topic for his Tuesday 2/1 30(b)(6) deposition so as to avoid having to depose him twice. If he would be the designee and can additionally be deposed on the topic of "9. the plan to deploy customer-facing self-service kiosks in the CRO, and any plans, contracts, or other steps taken to ensure and maintain the accessibility of those kiosks for use by blind persons," Please let me know and I will arrange an updated 30(b)(6) notice and topic list.

Again, I'm available should you wish to discuss any of this by phone.

Thank you both.

Yours,

/Æ

---

Albert Elia, Esq.

TRE Legal Practice

Main: (410) 415-3493 |Direct: (202) 938-1100 | Fax: (415) 952-9898 | E-mail: aelia@trelegal.com

www.trelegal.com | Twitter: @trelegal

Please consider the environment before printing this email.

Confidentiality Notice: This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by use of the Reply button, and then delete the e-mail from your system. Thank you.