UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>       Defendants. | Case No. 20-cv-06570-TSH<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 61, 63 |

This matter is currently scheduled for a hearing on February 9, 2023 regarding Plaintiff's Motion for Summary Judgment on Declaratory Relief, as well as Defendant County of Alameda's Motion for Summary Judgment on Declaratory Relief. ECF Nos. 61, 63. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: February 7, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge