Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:     (510) 999-7908
Facsimile:      (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ, | Case No.  20-cv-06570-TSH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| COUNTY OF ALAMEDA, MELISSA WILK, in her individual capacity, EVA HE, in her individual capacity, MARIA LAURA BRIONES, in her individual capacity, | |
| Defendants. | |

**STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, all parties to the action hereby stipulate to continue the June 15, 2023 hearing on Summary Judgment, recently set by the Court.

WHEREAS, on May 1, 2023, the Court set a Zoom hearing on Summary Judgment for June 15, 2023;

WHEREAS, counsel for Defendant will be on a pre-planned, pre-paid trip out of the state on June 15, 2023, and is unavailable for the hearing on Summary Judgment;

WHEREAS, counsel for Defendant met and conferred with counsel for Plaintiff regarding available dates for the hearing on Summary Judgment;

WHEREAS, due to pre-planned travel, counsel for the Parties determined they are available the week of July 10, 2023, any day that week;

WHEREAS, in light of counsel for Defendant's unavailability for the June 15, 2023, hearing on Summary Judgment, and in light of the Parties' mutual availability for the hearing thereafter, the Parties seek a continuance of the hearing on Summary Judgment to the week of July 10, 2023;

THEREFORE, the parties stipulate and request the Court continue the hearing on Summary Judgement to any day during the week of July 10, 2023.

**IT IS SO STIPULATED.**

Dated: May 9, 2023         **TRE LEGAL PRACTICE**

By:   /s/ *Timothy Elder*
        Timothy Elder
        Tomiyo Stoner
        Attorneys for Plaintiff
        LISAMARIA MARTINEZ

Dated: May 9, 2023         **ORBACH HUFF + HENDERSON LLP**

By:   /s/ *Nicholas D. Fine*
        Kevin E. Gilbert
        Nicholas D. Fine
        Attorneys for Defendant
        COUNTY OF ALAMEDA

Stipulation and [Proposed] Order to Continue Hearing on MSJs [20-cv-06570-TSH]