UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, MELISSA WILK, in her individual capacity, EVA HE, in her individual capacity, MARIA LAURA BRIONES, in her individual capacity,<br><br>    Defendants. | Case No.  20-cv-06570-TSH<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Having reviewed and considered the stipulation of the Parties, and based on the representations therein and for good cause shown, it is hereby ORDERED that the hearing on Summary Judgment is continued to July ___, 2023, at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____
                                 HONORABLE THOMAS S. HIXSON
                                 UNITED STATES MAGISTRATE JUDGE