FILED

May 09 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, MELISSA WILK, in her individual capacity, EVA HE, in her individual capacity, MARIA LAURA BRIONES, in her individual capacity,<br><br>　　　　　Defendants. | Case No.  20-cv-06570-TSH<br><br>[~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTIONS FOR SUMMARY JUDGMENT |

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the stipulation of the Parties, and based on the representations therein and for good cause shown, it is hereby ORDERED that the hearing on Summary Judgment is continued to July __13__, 2023, at ~~10:00~~ 11:00 a.m..

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __May 9, 2023__          _____
                                HONORABLE THOMAS S. HIXSON
                                UNITED STATES MAGISTRATE JUDGE