UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>Defendants. | Case No. 3:20-cv-06570-TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Hearing Date: July 13, 2023<br>Hearing Time: 11:00 am<br>Courtroom: by Zoom video conference<br>Judge: Hon. Thomas S. Hixson |

**[PROPOSED] ORDER**

Having reviewed and considered the party's briefs, evidence, and arguments presented, and for good cause shown, the Court GRANTS Plaintiff's Motion for Leave to File Amended Complaint and allows Plaintiff 10 days to file the amended pleading.

IT IS SO ORDERED.


DATED: _____   _____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE