TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
1500 Dragon St. Suite 160
Dallas, Texas 75039
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>Defendants. | Case No. 3:20-cv-06570-TSH<br><br>**DECLARATION OF TIMOTHY ELDER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Hearing Date: July 13, 2023<br>Hearing Time: 11:00 am<br>Courtroom: by Zoom video conference<br>Judge: Hon. Thomas S. Hixson |

**DECLARATION OF TIMOTHY ELDER**

I, Timothy Elder, declare:

1. I am an attorney admitted to practice in California and a counsel of record for Plaintiff Lisamaria Martinez. This declaration is based on my personal knowledge. I am competent to testify on the matters stated and declare that these items are true and accurate to the best of my knowledge and belief.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts, including pages 17-18, 33, 39, from County of Alameda Final Budget 2019-2020, publicly available at the URL https://budget.acgov.org/Content/pdf/FY19-20/FY%202019-20%20Final%20Budget%20Book-Web%20Version-Final.pdf *and* also archived at the URL https://web.archive.org/web/20230602210413/https://budget.acgov.org/Content/pdf/FY19-20/FY%202019-20%20Final%20Budget%20Book-Web%20Version-Final.pdf.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts, including pages 22, 36, from County of Alameda Final Budget 2020-2021, publicly available at the URL https://budget.acgov.org/Content/pdf/FY20-21/FY%202020-21%20Final%20Budget%20Book%20_%20web.pdf *and* also archived at the URL https://web.archive.org/web/20230605231904/https://budget.acgov.org/Content/pdf/FY20-21/FY%202020-21%20Final%20Budget%20Book%20_%20web.pdf.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts, including pages 23, 34, from County of Alameda Final Budget 2021-2022, publicly available at the URL https://budget.acgov.org/Content/pdf/FY21-22/FY%202021-22%20Final%20Budget%20Document.pdf *and* also archived at the URL https://web.archive.org/web/20230605232041/https://budget.acgov.org/Content/pdf/FY21-22/FY%202021-22%20Final%20Budget%20Document.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 5, 2023                    */s/ Timothy Elder*
                                             Timothy R. Elder