# Exhibit 1

# County of Alameda
**FINAL BUDGET 2019-2020**



    



ACGOV Vision 2026

    

ADOPTED BY THE BOARD OF SUPERVISORS



Adopted by the
Alameda County Board of Supervisors

**Richard Valle, President**
2nd District

**Scott Haggerty**
1st District

**Wilma Chan**
3rd District

**Nate Miley**
4th District

**Keith Carson, Vice President**
5th District

Susan S. Muranishi, County Administrator

Front Cover -  Center Image: Alameda County Vision 2026. Upper and Lower Images: Through the support and shared vision of New Beginnings, Alameda County Arts Commission's 100 Families program partnered with Alameda County Library to conduct family art making workshops at Library locations throughout Alameda County. Images celebrate the diversity of Alameda County and feature local residents making art and reading books. Top and bottom image panels were designed by Malik Johnson with photographs by Sibila Savage.

# 2019–2020 Final Budget
# Table of Contents

## BUDGET LETTERS

Final Budget Message ................................................................................................................. i

Proposed Budget Message ......................................................................................................xii

## EXECUTIVE SUMMARY

County Overview......................................................................................................................... 1

Vision 2026 ................................................................................................................................. 6

Budget Overview ...................................................................................................................... 12

County Budget Process ........................................................................................................... 23

Values-Based Budgeting Overview ......................................................................................... 24

Program Summaries ................................................................................................................ 33

    General Government ......................................................................................................... 33

    Health Care Services ........................................................................................................ 47

    Public Assistance .............................................................................................................. 65

    Public Protection ............................................................................................................... 75

    Capital Projects ................................................................................................................. 87

## AGENCY AND DEPARTMENT SUMMARIES

### GENERAL GOVERNMENT

Assessor .................................................................................................................................. 97

Auditor-Controller Agency ..................................................................................................... 103

Board of Supervisors ............................................................................................................. 109

County Administrator ............................................................................................................. 113

Community Development Agency ......................................................................................... 122

County Counsel ...................................................................................................................... 137

General Services Agency ............................................................................................................. 141

Human Resource Services .......................................................................................................... 153

Information Technology Department ........................................................................................ 159

Library ......................................................................................................................................... 165

Public Works Agency .................................................................................................................. 170

Registrar of Voters ...................................................................................................................... 184

Treasurer-Tax Collector ............................................................................................................. 188

Zone 7 Flood Control Water Agency ......................................................................................... 192

**HEALTH CARE SERVICES**

Health Care Administration ....................................................................................................... 199

Behavioral Health ....................................................................................................................... 212

Environmental Health ................................................................................................................ 224

Public Health ............................................................................................................................... 233

**PUBLIC ASSISTANCE**

Department of Child Support Services ..................................................................................... 241

Social Services Agency ............................................................................................................... 245

    Administration and Finance .................................................................................................. 255

    Adult and Aging Services ....................................................................................................... 260

    Children and Family Services ................................................................................................ 269

    Workforce and Benefits Administration .............................................................................. 276

**PUBLIC PROTECTION**

District Attorney ......................................................................................................................... 287

Fire Department .......................................................................................................................... 296

Probation Department ................................................................................................................ 305

Public Defender .......................................................................................................................... 314


Sheriff's Office .................................................................................................................... 319

Trial Court Funding ........................................................................................................... 331

## **SPECIAL BUDGETS**

Children's Services ........................................................................................................... 335

Unincorporated Services.................................................................................................. 375

Human Impacts ................................................................................................................ 385

    Introduction ................................................................................................................ 386

    Children and Families................................................................................................. 387

        CalWORKs ............................................................................................................ 388

        Early Care and Education .................................................................................... 389

        Children and Family Services .............................................................................. 390

    Adults .......................................................................................................................... 391

        Homelessness ...................................................................................................... 392

        Health Care Safety Net System........................................................................... 393

        Medi-Cal & Affordable Care Act .......................................................................... 394

        Behavioral Health ................................................................................................ 395

        Communicable Disease Control & Prevention ................................................... 396

        CalFresh ................................................................................................................ 397

        Workforce Innovation & Opportunity Act .......................................................... 398

        Immigrant Services .............................................................................................. 399

    Older Adults ................................................................................................................ 400

        In-Home Supportive Services .............................................................................. 401

        Aging and Adult Protection ................................................................................. 402

        Area Agency on Aging ......................................................................................... 403

# **APPENDIX**

Appendix – Table of Contents ................................................................................................. 405

Non-Departmental Budget Unit Details .................................................................................. 406

Summary by Fund – All Funds ............................................................................................... 410

Summary by Program – All Funds ......................................................................................... 413

Summary by Program – General Fund ................................................................................... 417

Summary by Fund – Special Funds and Districts .................................................................. 420

Position Change Summary ..................................................................................................... 423

Final Budget Adjustments ...................................................................................................... 426

Community-Based Organization Contracts ........................................................................... 439

Glossary of Budget Terms ...................................................................................................... 471



COUNTY ADMINISTRATOR

REVISED

SUSAN S. MURANISHI
COUNTY ADMINISTRATOR

June 28, 2019

Honorable Board of Supervisors
Administration Building
Oakland, CA  94612

**SUBJECT:  ADOPTION OF THE FISCAL YEAR 2019 – 2020 FINAL BUDGET**

Dear Board Members:

**RECOMMENDATION:**

It is recommended that your Board:

1. Authorize the Auditor-Controller to make necessary final adjustments and other technical adjustments as presented during the budget hearings;

2. Authorize the Auditor-Controller and County Administrator to designate residual tax proceeds and other capital project funds in an estimated amount of $62.5 million in next year's budget to support and secure funding availability for Board-approved multi-year initiatives of housing and homelessness; children, youth, and families; and infrastructure investments as outlined in the attached letter dated June 25, 2019;

3. Adopt the Resolutions approving an increase in the special tax for the Emergency Medical Services District and the Vector Control Services District, and an increase in the Alameda County Fire Department paramedic supplemental special tax as presented at the hearing on June 25, 2019;

4. Adopt a resolution approving Clean Water Protection fees as presented at the hearing on June 25, 2019;

5. Sitting as the Board of the Alameda County Flood Control and Water Conservation District, adopt a resolution approving Flood Control District benefit assessments as presented at the hearing on June 25, 2019;

6. Adopt the Capital Improvement Plan for Fiscal Year (FY) 2019-2020 through FY 2023-2024; and

7. Adopt the FY 2019-2020 Final Budget.

i

Honorable Board of Supervisors — 2 —                                    June 28, 2019

**DISCUSSION/SUMMARY:**

The **FY 2019-2020 Final Budget**, which incorporates adjustments approved by your Board during budget deliberations, **is balanced**. The Final Budget for **all funds** totals **$3.5 billion** and provides funding for 9,887 full-time equivalent positions (FTEs). The **General Fund Budget totals $3.0 billion** and supports 7,931 FTEs.

|  | FY 2018-19 Approved | FY 2019-20 Proposed | FY 2019-20 Final Adjustments | FY 2019-20 Final Budget | Change from FY 2018-19 Approved |
|---|---|---|---|---|---|
| **All Funds** | | | | | |
| Budget | $3,415,539,736 | $3,375,297,609 | $168,218,556 | $3,543,516,165 | $127,976,429 |
| FTEs | 9,761.45 | 9,786.04 | 100.96 | 9,887.00 | 125.55 |
| **General Fund** | | | | | |
| Budget | $2,889,682,765 | $3,020,128,152 | $12,082,948 | $3,032,211,100 | $142,528,335 |
| FTEs | 7,801.46 | 7,825.64 | 105.46 | 7,931.10 | 129.64 |

The Final Budget **closes a $60.4 million funding gap** through a combination of spending reductions, revenue increases and the use of Fiscal Management Reward (FMR) program savings. To the extent possible, your Board's Values-Based Budgeting (VBB) criteria and Vision 2026 priorities were considered to propose reductions within each program area. Budget balancing strategies include the elimination of 7.00 vacant funded positions in the Sheriff's Office.

The following table summarizes **net cost reductions required to close the funding gap**:

**General Fund Reductions**

| General Fund | Net County Cost Reductions ($ millions) |
|---|---|
| General Government | $19.0 |
| Health Care | $12.0 |
| Public Assistance | $12.3 |
| Public Protection | $13.2 |
| Non-Program Revenue | $3.9 |
| **Total** | **$60.4** |

The Final Budget is balanced with $25.2 million or 42% in ongoing strategies and $35.2 million or 58% in one-time strategies, with most of the one-time savings coming from the Fiscal Management Reward Program (FMR).

**Board Policy Directives and Funding Priorities**

During formal deliberations on the FY 2019-20 Proposed Budget your Board endorsed the recommendations from the Auditor-Controller and County Administrator to designate residual tax proceeds and other capital project funds in an estimated amount of $62.5 million in next year's budget

ii

to support and secure funding availability for Board-approved multi-year initiatives of housing and homelessness; children, youth and families; and infrastructure investments.

**State and Federal Budget Impact/Pending Factors**

The current decade-long economic expansion is poised to become the longest in U.S history next month, and we know that a recession is inevitable. The County's heavy reliance on federal and State revenue requires that we closely monitor potential funding cuts to the safety net and proposed program/cost shifts to counties.

On June 27, 2019, the Governor signed a $215 billion State budget for FY 2019-20 that leverages new revenue to build reserves, pay down liabilities, and fund one-time investments. There are a series of key priority areas for counties:

- New funding of $1.0 billion for homelessness services, including one-time Homeless Housing, Assistance, and Prevention program funding of $640 million to local jurisdictions which includes $190 million for Continuums of Care, $275 million for 13 'big cities' and $175 million for all 58 counties;

- An investment of $1.75 billion to increase housing production, including $250 million in Housing Planning Grants to local jurisdictions;

- A reduction of the Maintenance of Effort base and inflation factor for mandated In-Home Supportive Services payments by counties;

- An expansion of full-scope Medi-Cal to cover undocumented young adults;

- The establishment of a State individual health care insurance mandate coupled with additional subsidies for eligible individuals purchasing health insurance on the Covered California health insurance exchange; and

- Additional funding of $87.3 million for counties to upgrade voting system infrastructure.

At the federal level, with split control in Congress, it is not expected that there will be any major legislation passed prior to the 2020 elections. Despite that, federal actions on immigration, tax reform, and trade policy are of significant concern to the County. In particular, the County is closely tracking the following items:

- In December 2018, a federal District Court judge ruled the Affordable Care Act (ACA) unconstitutional. If the ruling is upheld, insurance coverage gains - including those achieved through the Medicaid expansion - would be lost. The County estimates over 193,000 Alameda County residents could lose their health insurance coverage if the ACA is invalidated. In addition, all County residents would lose protection from being denied health insurance due to

pre-existing conditions. The County will continue to work with stakeholders, including the California Attorney General who has challenged the District Court ruling, to protect the ACA.

- In 2020, the federal government will conduct its decennial census. Census data determines funding formulas for safety net programs, and an undercount of Alameda County residents would have a significant negative impact on the County's ability to deliver services. Approximately 25% of the County's population are considered "Hard-to-Count" residents, and an undercount of only 3% of the County's population would result in an estimated funding loss of $1 billion over 10 years. The Supreme Court decision on June 27 to strike the census question about citizenship will facilitate the County's intensive efforts to ensure every Alameda County resident is counted in the census through the Alameda County Complete Count Committee established by your Board.

- Medi-Cal is currently operating under a federal waiver that expires in 2020. Provisions in the Medi-Cal 2020 Waiver provide a significant amount of supplemental funding to the County, the Alameda Health System, and other health care delivery partners, including the $140 million Whole Person Care pilot program. The State is exploring options, including a new type of Waiver that would allow California to explore a single payer system, however, recently approved Waivers in other states include provisions that limit coverage, such as work requirements. Without viable solutions to sustain Waiver funding, the County's ability to deliver services to our most vulnerable residents will be adversely affected.

- Alameda County has been operating under a federal Title IV-E Waiver since 2007 that has allowed the County to invest in foster care prevention services and programs that would otherwise not be eligible for federal reimbursement. The Waiver is set to expire in September 2019 and without a reauthorization, the County may need to consider alternatives to continue child welfare services at the current level.

- The County continues to oppose federal administrative rule changes to the Title X Family Planning Grant Program and the Supplemental Nutrition Assistance Program (SNAP). Over 30,000 low-income County residents receive family planning services funded by Title X, and the proposed rule change would eliminate funding for many of the services those residents receive. The proposed administrative rule change to SNAP would limit eligibility for some of the County's lowest-income residents.

Due to the vulnerability of the County's finances to State and federal funding and policy decisions, continued uncertainty and budget challenges will require sustained vigilance and active engagement in Sacramento and Washington, D.C. to help protect the safety net and core services.

**The Innovation Journey and Vision 2026**

The County's Innovation Journey started over a decade ago with your Board's creation of Vision 2016, a ten-year strategic vision that identified long term goals and priorities based on future trends and a commitment to collaboration, partnerships, innovation and sustainability. The journey continues with Vision 2026, a refreshed and updated strategic vision that is the foundation of our FY 2019-20 Final Budget and guides our decisions throughout the year.

Honorable Board of Supervisors - 5 - June 28, 2019

Alameda County **Vision 2026** articulates a Shared Vision for Alameda County that contains four distinct elements: **Healthy Environment, Safe and Livable Communities, Thriving and Resilient Population,** and **Prosperous and Vibrant Economy.** Vision 2026 seeks to achieve these **Shared Visions** through six **10X Goals** that reflect the County's core services and community priorities: **Eliminate Homelessness, Healthcare for All, Employment for All, Eliminate Poverty and Hunger, Crime Free County,** and **Accessible Infrastructure.** The Final Budget highlights the alignment of program goals and objectives with the County's 10X Goals in support of the four Shared Visions, and are also highlighted in the Human Impacts, Children's Services, and Unincorporated Services budgets.

The County continues to invest in strategic partnerships and collaborations involving our agencies and departments, community-based providers, labor organizations, and other stakeholders to advance your Board's Vision 2026. Below is a sample of just a few of the County's many valuable partnerships and innovations:

**Eliminate Homelessness**

- In the first year of the County Homelessness Council, your Board approved a Three-Year Homelessness Action Plan in support of our 10X Goal Pathway of Eliminating Homelessness. The Action Plan invests $340 million in both ongoing and one-time funding to address the homelessness crisis, and supports homelessness prevention, outreach to homeless residents, health care, temporary shelter, and other assistance. The County is convening a regional meeting of all mayors and city managers in Alameda County this July to provide an update on the Action Plan. The cities will also have the opportunity to share the program and financial investments included in their FY 19-20 approved budgets. The convening will also be a forum to share best practices and challenges as we work together to identify innovative solutions and funding opportunities to address the regional homelessness crisis.

- The FY 2019-20 Final Budget includes over **$130 million in funding to address homelessness.** The County Homelessness Council has guided the opening of the County's first **safe-parking site**, where homeless residents can live safely out of their vehicles while engaging in efforts to find permanent housing. The Council is also spearheading plans by the County to establish a **Navigation Center** – a temporary shelter for up to 50 homeless individuals, near the Fairmont campus in San Leandro.

- Aligned with the Shared Vision for **Safe and Livable Communities** and in support of our most vulnerable populations, the Social Services Agency (SSA) has been awarded a two-year grant from the State for the **Home Safe Pilot Program** (Home Safe). Grant proceeds from Home Safe will serve Adult Protective Services clients - elders and dependent adults who are victims of abuse, neglect, or financial exploitation - experiencing or facing imminent risk of homelessness by linking them to appropriate services to stabilize their housing and reinforce their safety.

- Alameda County is also driving efforts to address the housing and homelessness crisis by boosting the availability of **affordable housing**, in support of our Shared Visions for **Safe and**

Honorable Board of Supervisors     - 6 -     June 28, 2019

**Livable Communities** and **Thriving and Resilient Populations. Measure A1**, the County-sponsored $580 million General Obligation Bond for affordable housing that was approved by voters in 2016, is driving the creation and preservation of numerous housing options for our most vulnerable residents.  To date the County has committed **$245 million** in Measure A1 funds to specific affordable housing projects, leveraging more than $1.5 billion to support the development of over **2,400 new, affordable units** throughout Alameda County, including over 700 units for individuals experiencing homelessness.  These funds provide opportunities to continue working with cities and other partners to improve coordination and collaboration to address homelessness and the regional housing crisis.  Other significant investments to address homelessness include nearly $70 million in funding from the **Mental Health Services Act,** and almost $43 million in **No Place Like Home** funding to build 175 units of affordable housing throughout the County.

**Healthcare for All**

- A partnership to address the opioid epidemic led by the Alameda County Health Care Services Agency (HCSA) and supported by the Probation Department and the Sheriff's Office is achieving promising outcomes in support of the **Health Care for All** 10X Goal.  Last year, HCSA **reported a 49% decrease in opioid overdose deaths since 2015** - strong evidence that the County's extensive partnership with local health providers has been effective in reducing the misuse of opioid medications and curbing overdoses.

- Our **AC Care Connect** pilot initiative is making significant strides in its comprehensive effort to improve care for people who are homeless or are frequent users of local emergency rooms.  In September, the project is scheduled to launch a **Social/Health Information Exchange** (SHIE) that will allow authorized health and human service agencies to share information via a secure platform containing important **data** about thousands of clients in the community and how their challenges are being addressed.  The process of developing the SHIE has been deliberate and time-consuming, given the need to reach consensus among many participants and to minimize privacy concerns.  This effort is bringing a powerful tool to AC Care Connect as it continues to improve the coordination of care for vulnerable residents of our community.

**Crime Free Community**

- In support of the Shared Visions of **Safe and Livable Communities** and a **Prosperous and Vibrant Economy**, the Sheriff's Office Youth and Family Services Bureau in partnership with the Deputy Sheriff's Activities League (DSAL) has developed a Community Capitals Policing model to support targeted investments towards economic development, arts, cultural and political capital, and social cohesion.  Initiatives that have emerged from this model include the Dig Deep Farms urban social enterprise and Food Hub, a boxing gym, a soccer park, and a sports facility.

- The Health Care Services Agency, in partnership with Probation, the District Attorney, and the Public Defender, has obtained a three-year, $6 million Prop 47 grant from the Board of State and Community Corrections (BSCC) to provide targeted mental health, substance use disorder treatment, and housing support services to members of the adult reentry population in the County.

**Employment for All**

- The County continues providing opportunities and access to employment for all; attracting and retaining a diverse multi-generational workforce and developing innovative programs to train and employ individuals including veterans, foster youth, CalWORKs clients, developmentally disabled, and justice-involved individuals through creative partnerships and initiatives like Step Up and Pathway to Success.

**Eliminating Poverty and Hunger**

- **ALL IN Alameda County** continues to develop innovative solutions while building resiliency and self-sufficiency among vulnerable populations. ALL IN programs aim to address food insecurity and health as well as the implementation of neighborhood-based strategies to increase family well-being and school readiness. ALL IN provides the organizational backbone of Food as Medicine, a multi-sector initiative that partners with local hospitals and community clinics to deliver high-quality nutritious food to families to improve their health and well-being.

**Healthy Environment**

- Alameda County continues to demonstrate State and national leadership in sustainability by reducing greenhouse gas emissions from our operations. Our employees have access to 396 all-electric vehicles (EVs) and hybrid-electric vehicles for on-the-job travel. Over the past six years, the County has installed 151 EV charging ports – with 106 available to the public. The County's network of "green" certified buildings and enrollment in the Brilliant 100 energy option with our local electricity supplier, East Bay Community Energy, means our purchased electricity is now 100 percent carbon-free: at least 40 percent renewable from solar or wind, with the remainder from large hydropower, at a lower cost as our former pricing with PG&E.

**Accessible Infrastructure**

- The Capital Improvement Plan for FY 2019-2024 estimates a total five-year capital project cost of $1.61 billion. Identified financing for the projects totals $1.46 billion, leaving an unfunded balance of $153 million. The County Administrator's Finance Advisory Committee will be evaluating the County's capital and infrastructure needs and advancing recommendations to the full Board for approval. On top of the $2.9 million annual allocation for major maintenance, the Final Budget includes a one-time allocation of $2.1 million to help address deferred maintenance and growing needs for capital investments.

- Your Board recently approved additional capital investments to replace aging equipment such as the purchase of new election equipment, funded in part by a State grant, and the replacement and upgrade of radios used by County agencies.

- In line with the operating principle of **Fiscal Stewardship** and guided by your Board's adopted financial management and capital improvement policies, the budget before you is balanced. Our credit ratings remain at the highest AAA level and the budget includes funds to reduce our debt through sound financial planning, management, and discipline. Additionally, your Board's

Honorable Board of Supervisors - 8 - June 28, 2019

commitment to designate $62.5 million of residual tax proceeds and capital project funds in next year's budget to secure funding availability for Board-approved multi-year initiatives of housing and homelessness; children, youth, and families; and infrastructure investments demonstrates your steadfast adherence to fiscal prudence and the delivery of core programs and services to our most vulnerable residents.

**CLOSING REMARKS**

Your Board continues to provide strong financial and strategic leadership while uncertainties at the federal and State level pose significant challenges for the County. Weaker economic data and the escalation of trade tensions have increased the risk of a recession in the near future.

Nevertheless your Board's commitment to **Vision 2026** and the resources that will be required to achieve that vision has helped Alameda County become a State and national leader in innovation and collaboration, economic and workforce development, and community engagement and investment. Looking ahead, global shifts in demographic trends, big data, new technologies, growing income inequality, and climate change will exert an accelerating influence on economic and social outcomes as we strive to retain flexibility and make strategic investments to maintain our core programs and services, support our diverse workforce and communities, upgrade our infrastructure, and protect our fiscal integrity and financial sustainability.

Once again, I extend my gratitude to all Agency and Department Heads for their ongoing efforts to curtail expenditures in the face of growing concerns about the long-term sustainability of the current economic growth cycle, and for their significant contributions toward achieving a balanced budget. I also would like to acknowledge the guidance and support of the Budget Workgroup members. Finally, I thank your Board for the strong support and leadership you have provided during the FY 2019-2020 budget process, as well as your ongoing commitment to an open and inclusive process that has involved all stakeholders.

                Very truly yours,

                /s/
                Susan S. Muranishi
                County Administrator

SSM:AC:MPA:PC:MK
Attachment

cc: Agency/Department Heads
    Budget Workgroup
    Legislative Advocates
    Labor Representatives
    Community-Based Organizations
    Boards and Commissions

*BUDGET OVERVIEW*

## 2019-20 FINAL BUDGET – TOTAL AVAILABLE FINANCING BY SOURCE

| | General Fund | Fish and Game Fund | Road Fund | Library Fund | Library Special Tax Zone | Property Development Fund | Capital Funds | Measure A1 Fund | Total Financing | Percent of Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Property Tax Revenues | $484,128,919 | $0 | $0 | $24,737,292 | $492,258 | $0 | $0 | $0 | $509,358,469 | 14.4% |
| Other Taxes | $119,667,709 | $0 | $13,169,934 | $3,216,083 | $350 | $0 | $0 | $0 | $136,054,076 | 3.8% |
| Licenses, Permits & Franchises | $9,364,877 | $0 | $1,151,660 | $0 | $0 | $0 | $0 | $0 | $10,516,537 | 0.3% |
| Fines, Forfeits & Penalties | $12,450,701 | $59,900 | $25,000 | $0 | $0 | $0 | $13,403,690 | $0 | $25,939,291 | 0.7% |
| Use of Money & Property | $19,297,297 | $100 | $3,060,000 | $100,000 | $5,000 | $236,706 | $0 | $0 | $22,699,103 | 0.6% |
| State Aid | $1,221,073,651 | $0 | $47,955,770 | $240,000 | $25,000 | $0 | $215,765 | $0 | $1,269,510,186 | 35.8% |
| Aid from Federal Govt. | $509,731,507 | $0 | $5,155,745 | $0 | $0 | $0 | $0 | $0 | $514,887,252 | 14.5% |
| Aid from Local Govt. Agencies | $34,015,216 | $0 | $23,060,000 | $975,000 | $0 | $0 | $0 | $0 | $58,050,216 | 1.6% |
| Charges for Services | $370,734,483 | $0 | $808,700 | $2,980,291 | $0 | $0 | $0 | $0 | $374,523,474 | 10.6% |
| Other Revenues | $197,126,105 | $0 | $14,200 | $210,000 | $0 | $14,750,000 | $0 | $0 | $212,100,305 | 6.0% |
| Other Financing Sources | $53,527,490 | $0 | $0 | $0 | $0 | $0 | $117,083,382 | $0 | $170,610,872 | 4.8% |
| Available Fund Balance | $1,093,145 | $0 | $26,779,457 | $3,543,987 | $75,321 | $0 | $51,638,866 | $156,135,608 | $239,266,384 | 6.8% |
| **Budget Total** | **$3,032,211,100** | **$60,000** | **$121,180,466** | **$36,002,653** | **$597,929** | **$14,986,706** | **$182,341,703** | **$156,135,608** | **$3,543,516,165** | **100.0%** |

## Available Financing by Source - All Funds

**Total: $ 3,543,516,165**

## Available Financing by Source - General Fund

**Total: $ 3,032,211,100**





## GENERAL GOVERNMENT

### *Financial Summary*

| General Government | 2018 - 19 Budget | Maintenance Of Effort | Change from MOE VBB | Change from MOE Board/ Final Adj | 2019 - 20 Budget | Change from 2018 - 19 Budget Amount | % |
|---|---|---|---|---|---|---|---|
| Appropriations | 253,636,027 | 258,647,490 | (150,000) | (2,745) | 258,494,745 | 4,858,718 | 1.9% |
| Revenue | 160,766,464 | 158,315,473 | 1,000,000 | 0 | 159,315,473 | (1,450,991) | -0.9% |
| **Net** | 92,869,563 | 100,332,017 | (1,150,000) | (2,745) | 99,179,272 | 6,309,709 | 6.8% |
| FTE - Mgmt | 407.59 | 414.59 | 0.00 | (0.83) | 413.76 | 6.17 | 1.5% |
| FTE - Non Mgmt | 537.74 | 536.74 | 0.00 | 2.00 | 538.74 | 1.00 | 0.2% |
| **Total FTE** | 945.33 | 951.33 | 0.00 | 1.17 | 952.50 | 7.17 | 0.8% |

Note: These totals do not include the Library, Zone 7 Water Agency, Lead County Service Area, Measure A1, or certain Public Works budgets. See department summaries for these special funds.

| Internal Service Funds | 2018 - 19 Budget | Maintenance Of Effort | Change from MOE VBB | Change from MOE Board/ Final Adj | 2019 - 20 Budget | Change from 2018 - 19 Budget Amount | % |
|---|---|---|---|---|---|---|---|
| Appropriations | 289,616,291 | 303,600,521 | 0 | 1,015,272 | 304,615,793 | 14,999,502 | 5.2% |
| Revenue | 289,616,291 | 303,600,521 | 0 | 1,015,272 | 304,615,793 | 14,999,502 | 5.2% |
| **Net** | 0 | 0 | 0 | 0 | 0 | 0 | 0.0% |
| FTE - Mgmt | 252.89 | 253.15 | 0.00 | (0.34) | 252.81 | (0.08) | -0.0% |
| FTE - Non Mgmt | 314.84 | 312.99 | 0.00 | (0.33) | 312.66 | (2.18) | -0.7% |
| **Total FTE** | 567.73 | 566.14 | 0.00 | (0.67) | 565.47 | (2.26) | -0.4% |

**MISSION STATEMENT**

To provide efficient services to residents and support to agencies and departments that provide mandated and discretionary services and programs for the diverse communities of Alameda County.

**MAJOR SERVICE AREAS**

The General Government agencies and departments provide direct services to County residents, as well as administrative and operational support to County departments. General Government departments include the Board of Supervisors, ALL IN Alameda County, Arts Commission, Assessor, Auditor-Controller/Clerk-Recorder, Community Development Agency, County Administrator's Office, County Counsel, General Services Agency, Human Resource Services, Information Technology Department, Public Works Agency, Registrar of Voters, and Treasurer-Tax Collector. Special Funds and Districts within General Government include Flood Control, Road Fund, Zone 7 Water Agency, and County Library.

*ALAMEDA COUNTY PROGRAM SUMMARY*  *GENERAL GOVERNMENT*



**Appropriation by Department**

- Countywide Expense $7.1M (2.7%)
- Information Technology Department $4.2M (1.6%)
- General Services Agency $23.3M (9.0%)
- Arts Commission $0.6M (0.2%)
- County Counsel $6.8M (2.6%)
- Human Resource Services $14.7M (5.7%)
- County Administrator's Office $10.8M (4.2%)
- Public Works Agency $5.5M (2.1%)
- Community Development Agency $73.0M (28.3%)
- Registrar of Voters $22.5M (8.7%)
- Treasurer-Tax Collector $12.7M (4.9%)
- ALL IN Alameda County $1.5M (0.6%)
- Board of Supervisors $9.2M (3.6%)
- Auditor-Controller Agency $38.2M (14.8%)
- Assessor $28.5M (11.0%)



**Total Revenue by Source**

- Charges for Services $70.4M (44.2%)
- Aid from Local Govt Agencies $0.6M (0.4%)
- Aid from Federal Govt $33.6M (21.1%)
- Other Revenues $10.6M (6.7%)
- Other Financing Sources $1.3M (0.8%)
- State Aid $7.7M (4.9%)
- Other Taxes $23.2M (14.6%)
- Use of Money & Property $4.2M (2.6%)
- Fines, Forfeits & Penalties $0.3M (0.2%)
- Licenses, Permits & Franchises $7.4M (4.6%)