# Exhibit 2

# County of Alameda
## FINAL BUDGET 2020-2021





**HEALTHY, THRIVING & RESILIENT**













ADOPTED BY THE BOARD OF SUPERVISORS



Adopted by the
Alameda County Board of Supervisors

**Richard Valle, President**
2nd District

**Scott Haggerty**
1st District

**Wilma Chan**
3rd District

**Nate Miley**
4th District

**Keith Carson, Vice President**
5th District

Susan S. Muranishi, County Administrator

Front & Back Covers: Through the support and shared vision of New Beginnings, Alameda County Arts Commission's 100 Families program partnered with Alameda County Library to conduct family art making workshops at Library locations throughout Alameda County. Images celebrate the diversity of Alameda County and feature local residents. Artwork image designed by Malik Johnson. Photographs by Paul Kuroda.

# 2020–2021 Final Budget
# Table of Contents

## BUDGET LETTERS

Final Budget Message ................................................................................................................... i

Proposed Budget Message ........................................................................................................ vii

## EXECUTIVE SUMMARY

County Overview........................................................................................................................ 1

Vision 2026................................................................................................................................ 6

County Budget Process ............................................................................................................ 15

Budget Overview ...................................................................................................................... 15

Values-Based Budgeting Adjustments Summary..................................................................... 27

COVID-19 Impacts .................................................................................................................. 28

Program Summaries................................................................................................................. 29

    General Government ......................................................................................................... 29

    Health Care Services ........................................................................................................ 45

    Public Assistance .............................................................................................................. 59

    Public Protection .............................................................................................................. 67

    Capital Projects ................................................................................................................ 81

## AGENCY AND DEPARTMENT SUMMARIES

### GENERAL GOVERNMENT

Assessor .................................................................................................................................... 91

Auditor-Controller Agency ...................................................................................................... 95

Board of Supervisors .............................................................................................................. 100

County Administrator ............................................................................................................. 104

Community Development Agency ......................................................................................... 112

County Counsel ............................................................................................................................. 127

General Services Agency .............................................................................................................. 131

Human Resource Services............................................................................................................ 140

Information Technology Department......................................................................................... 145

Library ............................................................................................................................................ 151

Public Works Agency.................................................................................................................... 156

Registrar of Voters ........................................................................................................................ 170

Treasurer-Tax Collector ............................................................................................................... 175

Zone 7 Flood Control Water Agency.......................................................................................... 179

**HEALTH CARE SERVICES**

Health Care Administration ........................................................................................................ 185

Behavioral Health.......................................................................................................................... 195

Environmental Health .................................................................................................................. 204

Public Health ................................................................................................................................. 211

**PUBLIC ASSISTANCE**

Department of Child Support Services ...................................................................................... 221

Social Services Agency ................................................................................................................. 225

    Social Services Administration and Finance ......................................................................... 236

    Adult and Aging Services........................................................................................................ 242

    Children and Family Services ................................................................................................. 251

    Workforce and Benefits Administration ............................................................................... 258

**PUBLIC PROTECTION**

District Attorney............................................................................................................................ 269

Fire Department............................................................................................................................. 278

Probation Department.................................................................................................................. 286

Public Defender .................................................................................................................... 296

Sheriff's Office ..................................................................................................................... 301

Trial Court Funding ............................................................................................................. 313

## SPECIAL BUDGETS

Children's Services ............................................................................................................. 317

Unincorporated Services .................................................................................................... 335

Human Impacts ................................................................................................................... 343

    Introduction ................................................................................................................... 344

    Children and Families ................................................................................................... 345

    CalWORKs ..................................................................................................................... 346

    Early Care and Education ............................................................................................. 347

    Children and Family Services ....................................................................................... 348

    Adults ............................................................................................................................. 349

    Homelessness ............................................................................................................... 350

    Health Care Safety Net System .................................................................................... 351

    Medi-Cal ........................................................................................................................ 352

    Behavioral Health ......................................................................................................... 353

    Communicable Disease Control & Prevention ........................................................... 354

    CalFresh ........................................................................................................................ 355

    General Assistance ....................................................................................................... 356

    Workforce Innovation & Opportunity Act ................................................................... 357

    Immigrant Services ...................................................................................................... 358

    Older Adults & People with Disabilities ...................................................................... 359

    In-Home Supportive Services ...................................................................................... 360

    Aging & Adult Protection ............................................................................................. 361

Area Agency on Aging .................................................................................................................... 362

## APPENDIX

Appendix – Table of Contents ........................................................................................................ 363

Non – Departmental Budget Unit Details .................................................................................... 364

Summary by Fund – All Funds ...................................................................................................... 368

Summary by Program – All Funds ................................................................................................ 371

Summary by Program – General Fund ......................................................................................... 375

Summary by Fund – Special Funds and Districts ........................................................................ 378

Position Change Summary ............................................................................................................ 381

Final Budget Adjustments ............................................................................................................. 384

Community-Based Organization Contracts ................................................................................ 397

Glossary of Budget Terms ............................................................................................................. 425



**C O U N T Y   A D M I N I S T R A T O R**

**REVISED**

S‌USAN S. M‌URANISHI
C‌OUNTY A‌DMINISTRATOR

June 24, 2020

Honorable Board of Supervisors
Administration Building
Oakland, CA 94612

**SUBJECT:  ADOPTION OF THE FISCAL YEAR 2020-21 FINAL BUDGET**

Dear Board Members:

**RECOMMENDATIONS:**

A. Authorize the Auditor-Controller to make necessary final adjustments and other technical adjustments as presented during the budget hearings;

B. Adopt the resolutions approving an increase in the special tax for the Emergency Medical Services District, an increase in the paramedic supplemental special tax for the Alameda County Fire Department, and no change to the special assessments for the Vector Control Services District as presented at the hearing on June 23, 2020;

C. Adopt a resolution approving Clean Water Protection fees as presented at the hearing on June 23, 2020;

D. Sitting as the Board of the Alameda County Flood Control and Water Conservation District, adopt a resolution approving Flood Control District benefit assessments as presented at the hearing on June 23, 2020;

E. Adopt the Capital Improvement Plan for Fiscal Year (FY) 2020-21 through FY 2024-2025; and

F. Adopt the FY 2020-21 Final Budget.

i

Honorable Board of Supervisors　　　　　　　Page 2　　　　　　　　　June 24, 2020

**DISCUSSION/SUMMARY**:

The **FY 2020-21 Final Budget**, which incorporates adjustments approved by your Board during budget deliberations, **is balanced**. The Final Budget for **all funds** totals **$3.5 billion** and provides funding for 9,963 full-time equivalent positions (FTEs). The **General Fund Budget** totals **$3.1 billion** and supports 8,080 FTEs.

|  | FY 2019-20 Approved | FY 2020-21 Proposed | FY 2020-21 Final Adjustments | FY 2020-21 Final Budget | Change from FY 2019-20 Approved |
|---|---|---|---|---|---|
| **All Funds** | | | | | |
| Budget | $3,543,516,165 | $3,494,524,932 | $18,858,466 | $3,513,383,398 | ($30,132,767) |
| FTEs | 9,887.00 | 9,953.02 | 10.07 | 9,963.09 | 76.09 |
| **General Fund** | | | | | |
| Budget | $3,032,211,100 | $3,126,282,639 | $18,858,466 | $3,145,141,105 | $112,930,005 |
| FTEs | 7,931.10 | 8,071.30 | 9.40 | 8,080.70 | 149.61 |

The Final Budget closes a **$72.1 million funding gap** through a combination of spending reductions, revenue increases and the use of prior year Fiscal Management Program (FMR) savings. To the extent possible, your Board's Vision 2026 values and priorities guide proposed reductions within each program area. Budget balancing strategies include the elimination of 11.71 vacant funded FTEs within the Social Services Agency.

The following table summarizes the net cost reductions required to close the funding gap:

| General Fund | Net County Cost Reductions ($ millions) |
|---|---|
| General Government | $17.7 |
| Health Care | $20.5 |
| Public Assistance | $2.9 |
| Public Protection | $31.0 |
| **Total** | **$72.1** |

The Final Budget is balanced with $15.9 million or 22% in ongoing strategies and $56.2 million or 78% in one-time solutions which were primarily generated through Fiscal Management Program savings.

**State and Federal Budget Impact/Pending Factors**

I have long cautioned that the historic economic growth of the last decade would come to an end. None of us could have predicted that the current recession would be predicated upon a pandemic nor that the economic impact would be so swift and severe. Early economic indicators of the COVID-19 impacts show substantial declines in revenue, historic job losses and continued stock

ii

market volatility. The County's heavy reliance on federal and State revenue requires that we closely monitor potential funding impacts and proposed program and cost shifts to counties.
In addition to the impact of COVID-19, there are several federal policy areas we are closely monitoring:

- In 2020, the federal government will conduct its decennial census. Census data informs several funding streams including formulas for safety net programs. An undercount of Alameda County residents would negatively impact funding formulas for the next decade.

- Medi-Cal is currently operating under a federal waiver that expires this year. The current waiver provides significant supplemental funding for the County, the Alameda Health System, and other delivery partners – including the $140 million Whole Person Care pilot program. Implementation of the California Advancing and Innovating Medi-Cal (CalAIM) initiative as the State's response to the waiver expiration has been delayed due to budget impacts resulting from the COVID-19 recession.

At the federal level, both states and local governments seek additional federal funding to mitigate the significant revenue declines and unanticipated expenditure increases related to COVID-19. While federal stimulus funds through the CARES Act have provided one-time relief to state and local governments, it is insufficient to offset our unanticipated costs and cannot be used to backfill our lost revenues. It is unknown at this time if or when Congress might pass additional stimulus programs for local governments.

The current State budget framework is partially dependent upon the receipt of federal funds in October 2020. The State budget includes a realignment backfill of $750 million, with another $250 million contingent upon the receipt of additional federal funds. While further details of this realignment backfill are pending negotiations with the Department of Finance, we know that the total amount of backfill will not fully cover our projected realignment losses.

Given the many uncertainties including State and federal funding levels, we will continue refining the Final Budget adopted by your Board in two additional phases. Phase 2 will focus on the projected $121 million revenue shortfall and the impact of the State budget expected to be passed this week. Although the State budget includes funding for realignment backfill, all-mail elections, homelessness, Project Roomkey, and support for probation departments related to early releases, these discrete funding sources will not fully offset our projected revenue losses. The State backfill for realignment losses and restoration of some funding cuts are contingent on the State's receipt of additional federal funds. Phase 3 of our County budget process will incorporate any additional State budget adjustments and federal funding.

In addition to our existing reliance on State and federal funding and policy decisions, our State funding is now tethered to federal stimulus funding this year. This will require our continued active engagement and advocacy in Sacramento and Washington D.C., and the flexibility to adjust our budget as new details emerge.

**Final Budget Program Highlights**

Consistent with your Board's adopted budget policies, the Final Budget includes:

- $1.3 billion in Salary and Employee benefits for a diverse workforce of nearly 10,000 employees; and
- $678 million in funding for direct client services provided by 260 community-based organizations, including $82.6 million for the Alameda Health System.

Other program highlights include:

- $555 million in behavioral health care services;
- $345 million in public benefits/assistance payments;
- $111 million for homelessness programs; and
- $97 million for affordable housing programs funded by Measure A1 General Obligation bond proceeds

Additionally, the Final Budget includes several Board Initiatives and Funding Priorities:

- **Enhancing Vision 2026 Fund** (for children, youth and families)

    - 2nd year allocation (FY 2019-20 through FY 2021-22)
    - $5 million each year ($1 million for each supervisorial district)

- **Housing & Homelessness**

    - 3rd year allocation (FY 2018-19 through FY 2020-21)
    - $5 million – Affordable Housing Trust
    - $2.5 million – HCSA Office of Homeless Care and Coordination

- **East County Economic Development Infrastructure Improvement Fund**

    - $5 million annual allocation (through FY 2026-2027)

We also continue to highlight special budgets within the County, which reflect $707 million for children's services and programs and $297 million for unincorporated area services. The Human Impact Budget highlights safety net services provided to County residents and our most vulnerable populations.

**The Innovation Journey and Vision 2026**

The County's Innovation Journey started over a decade ago with your Board's creation of Vision 2016, a ten-year strategic vision that identified long-term goals and priorities based upon future trends and a commitment to equity, collaboration, partnerships, innovation, and sustainability. The

journey continues with Vision 2026, a refreshed and updated strategic vision that is the foundation of the FY 2020-21 Final Budget and guides our decisions throughout the year.

**Vision 2026** guides the County's commitment to serving our diverse communities through its six foundational operating principles of **equity, access** and **fiscal stewardship**, **sustainability, collaboration** and **innovation**. The bold **10X goals** clearly reflect the County's core services and community priorities: Eliminate **Homelessness, Healthcare** for All**, Employment** for All**,** Eliminate **Poverty and Hunger, Crime Free** County, and **Accessible Infrastructure** in support of our four Shared Visions: **Healthy Environment, Safe and Livable Communities, Thriving and Resilient Population,** and **Prosperous and Vibrant Economy.**

The Final Budget highlights the alignment of program goals and objectives with the County's 10X Goals, in support of the four Shared Visions, and are also highlighted in the Human Impacts, Children's Services, and Unincorporated Services budgets.
We continue to fully integrate **Vision 2026** into all aspects of County services and operations while investing in strategic partnerships and collaborations involving our agencies and departments, community-based providers, and other stakeholders.

**Looking Forward**

The unprecedented challenges we now face, during the COVID-19 pandemic and health emergency, also offer opportunities to look forward and reimagine our priorities, programs, and services.

Virtual First is an emerging initiative that encourages and supports technology solutions that enable the County to continue providing critical services efficiently and effectively while keeping our employees and communities healthy and safe. During the recent Shelter in Place orders, our Information Technology team collaborated with several County departments to quickly develop new technology solutions to ensure that critical County services could be accessed anytime and anywhere including:

- A mobile app called ACFAST that was developed in collaboration with our Social Services Agency to help providers by displaying real-time the availability of shelter beds for homeless clients;

- The Health Care Services Agency embracing the use of a chatbot on its website to answer basic questions about COVID-19; and

- The Auditor-Clerk-Recorder being among the first to conduct a virtual wedding using e-signature and e-payment technology.

Beyond technology, we must reimagine and redesign our programs and services as we adjust to the new norm and fiscal realities guided by our Vision 2026 operating principles, 10X goals, and shared visions.

Honorable Board of Supervisors				Page 6				June 24, 2020

**CLOSING REMARKS**

After over 100 days of sheltering in place, we are entering a new fiscal year in the midst of a global pandemic, social justice crisis, and economic recession. Despite the challenges and uncertainty that surround us, your Board continues to provide strong financial and strategic leadership that enables the County to continue providing critical health, social, public safety, and general government services to support our 1.6 million residents and diverse communities.

As you adopt a Final Budget to start the new fiscal year acknowledging that further adjustments will be required due to the deep recession, know that your baseline budget supports a dedicated workforce and hundreds of community-based partners committed to providing an array of critical services to our diverse communities. We could not have achieved a balanced budget without the support and contributions from agency/department heads; guidance from the Budget Workgroup members, and the leadership and commitment of your Board to an open and inclusive process that has involved all stakeholders.

As we continue on our unprecedented and daunting journey, the resilience and perseverance of your Board, department heads and our entire team will help us move forward with a renewed commitment and resolve to ensure that all of our communities can be healthy, safe, and hopeful.

                Very truly yours,

                /s/
                Susan S. Muranishi
                County Administrator

SSM:AC:MPA

cc:    Agency/Department Heads
       Budget Workgroup
       Legislative Advocates
       Labor Representatives
       Community-Based Organizations
       Boards and Commissions

Available Financing by Source - All Funds
State Aid $1,306.3M (37.2%)
Aid from Federal Govt $519.0M (14.8%)
Aid from Local Govt Agencies $72.0M (2.0%)
Charges for Services $401.1M (11.4%)
Other Revenues $181.8M (5.2%)
Other Financing Sources $125.2M (3.6%)
Available Fund Balance $202.6M (5.8%)
Property Tax Revenues $509.4M (14.5%)
Other Taxes $138.9M (4.0%)
Licenses, Permits & Franchises $11.4M (0.3%)
Fines, Forfeits & Penalties $23.6M (0.7%)
Use of Money & Property $22.1M (0.6%)
Total: $ 3,513,383,398

Available Financing by Source - General Fund
State Aid $1,256.0M (39.9%)
Aid from Federal Govt $515.6M (16.4%)
Aid from Local Govt Agencies $69.1M (2.2%)
Charges for Services $397.1M (12.6%)
Other Revenues $153.2M (4.9%)
Other Financing Sources $108.8M (3.5%)
Available Fund Balance $0.5M (0%)
Property Tax Revenues $484.1M (15.4%)
Other Taxes $119.3M (3.8%)
Licenses, Permits & Franchises $10.2M (0.3%)
Fines, Forfeits & Penalties $13.3M (0.4%)
Use of Money & Property $18.0M (0.6%)
Total: $ 3,145,141,105

Appropriation by Department
General Services Agency $22.6M (8.2%)
Arts Commission $0.8M (0.3%)
Human Resource Services $14.5M (5.3%)
Public Works Agency $5.9M (2.2%)
Information Technology Department $4.2M (1.5%)
Registrar of Voters $33.5M (12.2%)
Countywide Expense $7.1M (2.6%)
County Counsel $7.2M (2.6%)
County Administrator's Office $11.1M (4.1%)
Treasurer-Tax Collector $13.0M (4.8%)
ALL IN Alameda County $1.8M (0.7%)
Board of Supervisors $9.4M (3.4%)
Community Development Agency $73.3M (26.8%)
Assessor $29.6M (10.8%)
Auditor-Controller Agency $39.6M (14.5%)

Total Revenue by Source
Other Revenues $12.3M (7.1%)
Charges for Services $85.1M (48.6%)
Other Financing Sources $0.6M (0.3%)
Other Taxes $23.2M (13.3%)
Licenses, Permits & Franchises $7.6M (4.3%)
Fines, Forfeits & Penalties $0.4M (0.2%)
Use of Money & Property $2.9M (1.7%)
Aid from Local Govt Agencies $0.7M (0.4%)
Aid from Federal Govt $32.8M (18.7%)
State Aid $9.4M (5.4%)





