UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, <br><br> Defendants. | Case No. 3:20-cv-06570-TSH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> Hearing Date: July 13, 2023 <br> Hearing Time: 11:00 am <br> Courtroom: by Zoom video conference <br> Judge: Hon. Thomas S. Hixson |

## [PROPOSED] ORDER

Having reviewed and considered the party's briefs, evidence, and arguments presented, and for good cause shown, the Court GRANTS Plaintiff's Request for Judicial Notice in Support of Motion for Leave to File Amended Complaint.

IT IS SO ORDERED.

DATED: _____      _____
HONORABLE THOMAS S. HIXON
UNITED STATES MAGISTRATE JUDGE