UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06570-TSH<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 94 |

　　This matter is currently scheduled for a hearing on November 2 regarding Plaintiff's motion to bifurcate. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

　　**IT IS SO ORDERED.**

Dated: November 1, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　United States Magistrate Judge