# Exhibit A-2



# Karen McCall, M.Ed.

64 West River Street
Paris ON Canada N3L 2V1
Phone: 1-519-442-2856
E-mail: k4mccall@karlencommunications.com
Web site: http://www.karlencommunications.com
Karen McCall School on Teachable: https://karen-mccall.teachable.com/

## Subject Matter Expert – Accessible Document Design/Remediation

As a woman with a disability who owns her own business (Karlen Communications), Karen is familiar with adaptive technology and the need for accessible digital content. It is what makes her employment in accessible document design possible.

Karen has authored one book that has become an essential resource for those working in the field of PDF remediation for accessibility: "Accessible and Usable PDF Documents: Techniques for Document Authors[1], Fourth edition was published in February 2017 (first edition was published in 2005). In May 2017, Karen published "Styles in Word: A Primer for Accessible Document Design[2]" in response to the need for a primer for people entering the field of accessible document design.

Other publications[3] include Disability Awareness Training [4] (to support the Ontario Government's Customer Service standard for the Accessibility for Ontarians with Disabilities Act).

In 2018 Karen contributed a chapter on Digital Accessibility for the book "Disability and the University: A Disabled Students' Manifesto[5]" edited by Christopher McMaster and Benjamin Whitburn and published by Peter Lang. She is updating her chapter for the second edition of this book, to be published in 2022.

---

[1] Accessible and Usable PDF Documents: Techniques for Document Authors, Fourth Edition: http://www.pubcom.com/books/ ,
[2] Styles in Word: A Primer for Accessible Document Design: http://www.pubcom.com/books/
[3] Complete list of publications by Karen McCall:
http://www.karlencommunications.com/adobe/Publications.pdf
[4] Disability Awareness Training Resource by Karen McCall:
http://www.karlencommunications.com/DisabilityRights.html
[5]  Disability and the University: A Disabled Student's Manifesto:
https://www.peterlang.com/view/title/67647

There are supportive documents showcasing Karen's conference presentations, organisational memberships, experience in accessible banking and a complete list of publications attached to this PDF document. All documents are accessible.

In response to the vast number of students with disabilities who will be left behind in their educational goals due to the COVID-19 pandemic of 2020, Karen has written a blog article on Disability, Access to Education and the Pandemic[6]. She was interviewed for a Canadian Press article "Disabled Canadians feel Excluded from COVD-19 Information[7]", as well as a press release from Human Rights Watch " Protect the Rights of Persons with Disabilities During COVID-19[8]" and "Navigating COVID-19 for the Visually Impaired[9]". Karen participated in the YouTube Town Hall sponsored by the Ontario Autism Coalition and the AODA Alliance on Persons with Disabilities and COVID-19[10], as well as discussing the inaccessibility of digital learning content in a subsequent Town Hall hosted by both organisations on Students, Parents and Teachers with Disabilities and COVID-19[11]. She was interviewed on People with Disabilities and COVID-19[12] by the Interactive Accessibility Podcast and a podcast on Higher Education Post-COVID-19[13] by the Australian Disability Clearinghouse in Education and Training (ADCET). Karen was the first guest speaker for the AllyHam Meetup in its virtual incarnation, talking about the barriers encountered by people with disabilities during a global pandemic[14].

---

[6] Disability, Access to Education and the Pandemic, Karen McCall, 2020:
https://www.karlencommunications.com/adobe/PandemicAndDisability.pdf
[7]  Disabled Canadians feel Excluded from COVID-19 Information, CTB News:
https://www.ctvnews.ca/health/coronavirus/disabled-canadians-feel-excluded-from-covid-19-messaging-1.4857691
[8] Protect the Rights of Persons with Disabilities During COVID-19, Human Rights Watch:
https://www.hrw.org/news/2020/03/26/protect-rights-people-disabilities-during-covid-19
[9]  Navigating COVID-19 for the Visually Impaired, Open Access Technologies, Inc:
https://www.openaccesstech.com/2020/03/18/navigating-covid-19-for-the-visually-impaired/
[10]  Ontario Autism Coalition and AODA Alliance Town Hall on Persons with Disabilities and COVID-19:
https://www.youtube.com/watch?v=gJ23it9ULjc
[11]  Ontario Autism Coalition and AODA Alliance Town Hall on Students, Parents and Teachers with Disabilities and COVID-19: https://www.youtube.com/watch?v=phdtibf5DbM
[12]  Interactive Accessibility Podcast, People with Disabilities and COVID-19:
https://interactiveaccessibility.com/content/iap-2020-e3-karen-mccall-pioneer-field-accessible-document-design
[13]  Australian Disability Clearinghouse on Higher Education Podcast:
https://techcommunity.microsoft.com/t5/humans-of-it-blog/guest-blog-changing-the-world-with-inclusive-education/ba-p/1360804
[14]  AllyHam Meetup recording on Persons with Disabilities and Barriers encountered with a Pandemic:
https://www.youtube.com/watch?v=Twp05FX_oiI&feature=youtu.be

In November 2020, Karen was a keynote speaker at the ADCET virtual conference discussing the difference between "access" to digital content versus "accessibility" of digital content and the advocacy that had taken place toward inclusive education during the pandemic.

In March 2021, Karen participated in a follow-up AllyHam meetup talking about the lessons learned through the pandemic and where digital accessibility was one year later.

Karen conducts three annual research surveys on [PDF and the user experience](#)[15]e: general PDF accessibility, PDF form accessibility and PDF remediator's experience. The latest survey, conducted in the fall of 2021, focuses on the value of Alt text for those who depend on it and looks at ways to improve it or develop new technology. The survey results will be published in the summer of 2022. The survey is the foundation for a paper, co-authored by Bevi Chagnon, accepted for the ICCHP (International Conference on Computers Helping People with Disabilities to be held in the summer of 2022.)

The [Karen McCall School](#)[16] on the Teachable LMS platform provides access to self-paced online training in accessible document design and free tutorials on accessible document design.

Karen has been at the forefront of digital accessibility since the beginning of the concept. In 1999 she was contracted by Adobe Systems to review their white paper on tagged PDF for inclusive language. In 2003, Karen was employed by Adobe Systems to produce two user guides for Adobe Acrobat 6: "[Reading PDF Documents with Adobe Reader 6.0, A Guide for People with Disabilities](#)"[17] and "Creating Accessible Adobe PDF Documents with Adobe Acrobat Pro 6.0." In 2016 Adobe Systems contracted Karen to develop and write an accessible PDF training curriculum for their premier clients. The training curriculum included the instructor workbook, participant workbook, exercise documents, videos of the remediation techniques and a practical test for Adobe Systems certification. Karen taught the first iteration of this curriculum.

## Focus on Inclusive Communities

In 1989 Karen spoke at an event for Canadian National Access Awareness week on the shift from the medical to the social model of disability ("Timmy doesn't live here anymore"). In 2009 she published a white paper based on the newly passed legislation in Ontario

---

[15] PDF and the User Experience Survey: http://www.karlencommunications.com/PDFsurvey.html
[16]  Karen McCall School on Teachable: https://karen-mccall.teachable.com/
[17] Reading PDF Documents with Adobe Reader 6.0, A Guide for People with Disabilities: https://www.fcc.gov/accessibility/docs/reading-pdfs-guide.pdf

(Accessibility for Ontarians with Disabilities Act) on the need to create an inclusive education standard.

Karen has a history of working for non-profits and foundations. In 2007 she provided hands-on training on accessible document design for Winrock International[18] at their Washington DC and Little Rock AK offices. In 2015 Karen provided accessible Word document remediation services and consultation on creating more accessible Word templates for Wellspring Advisors.[19] In 2017 Karen provided accessible document remediation services to the San Diego Futures Foundation[20] for their employee handbook.

In 2013, after attending workshops on the CRPD and the UNICEF Forum on Children with Disabilities held in New York, Karen began actively advocating for a global inclusive education standard[21] as a baseline for all countries that adopt the CRPD. Karen has an article published in the Journal of Technology & Persons with Disability.[22]

Karen McCall represents Canada on two mirror committees for ISO: Accessible Tourism and Active Assisted Living. She recently joined the ISO Technical Management Group, Strategic Advisory Group on Accessibility. Karen has been a member of the City of Brantford Tourism Committee for three years. In 2012 she was an active member of the Specialized Transportation Committee for the County of Brant.



As a Microsoft Most Valued Professional for Office Apps and Services (MVP from 2009-present) and a Microsoft Accessibility MVP (2014-present), Karen appeared on a panel at the Microsoft MVP Summit on Inclusion in Technology in 2016. Karen accepted an invitation to a panel discussing Accessibility and Technology for the Microsoft Ignite conference in September of 2017. In 2020 she participated in a day-long virtual conference representing the need to develop inclusive digital ecosystems and content. Karen wrote a guest blog for the Microsoft Humans of IT in 2020 titled "Changing the World through Inclusive Education"[23]. She was featured in a Microsoft MVP Spotlight article[24].

---

[18] Winrock International: https://www.winrock.org/about/
[19] Wellspring Advisors: https://www.wellspringadvisors.com/our-mission/
[20] San Diego Futures Foundation: http://sdfutures.org/
[21] Karlen Communications, Conference Handouts page: http://www.karlencommunications.com/handouts.html
[22] Journal of Technology and Persons with Disability, Volume 4: http://scholarworks.csun.edu/handle/10211.3/180111
[23] Humans of IT Blog, Microsoft, Changing the World through Inclusive Education: https://techcommunity.microsoft.com/t5/humans-of-it-blog/guest-blog-changing-the-world-with-inclusive-education/ba-p/1360804
[24] Microsoft MVP Spotlight, Karen McCall: https://mvp.microsoft.com/en-us/spotlight/Karen%20McCall-20150126140846

Karen became involved in a loosely formed group in 2002 to establish international standards for accessible PDF documents. This group was brought under the ISO (International Standards Organization in 2006. Karen is a Canadian delegate to the ISO 3200 (PDF) and ISO 14289 (PDF/UA Universal Access) committees from 2005-2008 and 2012-2018 and recently rejoined both ISO committees and the PDF Association. She is currently a member of the Standards Council of Canada's [Technical Standard for Plain Language](#)[25] committee and the Technical Standard for ICT (Information Communication Technology) committee.



Karen participates in #A11yHam meetings as a facilitator of roundtable discussions on inclusion and as a host for the Meetup meetings. The Hamilton Ontario accessibility Meetup group launched in January 2019 with over 100 participants. Meetings are held at the Fennell campus of Mohawk College, where Karen is adjunct faculty in the Accessible Media Design post-graduate certificate program.

## Security Clearances

In 2022 Karen is a consultant for Microsoft Corporation and passed a HireRight background check that included Canadian criminal and credit checks.

In 2021 Karen was a consultant for Crawford Technologies and passed a HireRight background check that included Canadian criminal and credit checks.

In 2014 Karen worked on Canadian federal government documents and passed a security check by CSIS (Canadian Security Intelligence Service).

In 2009, Karen was under contract with a company in the US to make FDIC (Federal Deposit Insurance Commission) documents accessible from bankrupt/closed banks in the US. To do this, she had to be fingerprinted and undergo an FBI security check which she passed.

## Academic Advisory Committee Work

In 2016 Karen was asked to join the advisory boards for two inclusive education programs at the post-secondary level. Mohawk College in Hamilton, Ontario, offers a course for journalism students on accessible document design. Seneca College in Toronto was developing a course on inclusive design and rethinking our approach to digital content, but

---

[25] Technical Standard for Plain Language, government of Canada: [https://accessible.canada.ca/creating-accessibility-standards/technical-committee-plain-language](https://accessible.canada.ca/creating-accessibility-standards/technical-committee-plain-language)

the program did not run, and the advisory board was disbanded. Karen has been a member of these advisory boards since 2016.

In 2017, Karen was asked to teach the Mohawk College Accessible Media Design course. The first iteration of the course was successfully introduced in December 2017. Karen continues to teach this course.

Member of the planning committee for Georgian College certificate program in Adaptive Technology [2001]

Member: Distributed Learning Task Force at Sheridan College, Oakville, Ontario [1999-2000]

## Education

There are two parts to this section of the CV: education level earned and courses taught.

- M.Ed. in Adult Education.
- B.Ed. and Ontario Teachers Certificate. (Junior/Intermediate, additional qualification Special Education, Level 2, Learning Disabilities).
- Computer Systems Analyst, Level 1.

**Mohawk College**
In 2022 Karen is project lead and SME (Subject Matter Expert) for four micro-credential courses offered through Mohawk College. The courses are Accessible Office Documents 1, Accessible Office Documents 2, Accessible PdF: Introduction and Accessible PdF: Advanced.

Karen developed and currently teaches two courses in the Mohawk College Accessible Media Production graduate certificate program: Accessible Word and Powerpoint and Accessible PdF and PdF Forms.

Co-developed, authored, and delivered a certificate course for rehabilitation professionals on adaptive technology used by blind or visually disabled people.

**Northcentral Technical College, Wausau Wisconsin**
The following courses were developed, written and taught by Karen McCall as distance education courses:

- Assessment and Evaluation Methods for Adaptive Technology
- Concepts of Adaptive Technology
- ZoomText and Magic for Windows

**APSEA/Mount St. Vincent's University**

Co-developed, authored and delivered a summer course on adaptive technology for those of us who are blind or visually disabled as part of the Teachers of the Visually Disabled master's program.



> **Note:** There are footnotes in this CV that may seem unusual but are a technique I use to optimise the accessibility of Word documents. The inline links make it easier for those with visual, learning or cognitive disabilities to read without disrupting comprehension but are not accessible in print. (This text uses a Paragraph Style to create an accessible call out.)

Attachments to this accessible PDF:

- A complete list of conference presentations.
- A complete list of publications by Karen McCall.
- A summary of experience in accessible banking
- A list of organisations, past and present.

## Additional Experience

**Karlen Communications, Owner.** (2002-present) Accessible Document Design Consultant and trainer (including Ontario Customer Service Standards and the Integrated Accessibility Standards Regulations), educational and workplace accommodation, workshops and training sessions on adaptive technology for people who are blind or visually disabled; accessible and usable digital environment design, user interface design, usability testing, product development and consulting. A sample of individual projects include:

Karlen Communications is "An organisation in special consultative status with the Economic and Social Council since 2017."

> **Government of Canada/Mohawk College (2022)**. Technical writer/subject matter expert for three tutorials: accessible PowerPoint, Excel and templates.
>
> **Government of Canada, Standards Council of Canada (2022)**. Updated a series of accessible digital content toolkit guides and checklists. Topics included: accessible Office documents, accessible infographics, accessible Visio content and accessible social media.

**Microsoft Corporation (2022)**. Consulted on PDF accessibility.

**City of Brantford Ontario (2022)**. Provided accessible Word and PDF training to over 200 staff to comply with the AODA (Accessibility for Ontarians with Disabilities Act, 2005) and the IASR (Integrated Accessibility Standards Regulations, 2012).

**International Association of Accessibility Professionals (IAAP)/International Labour Organization (ILO)** (2021) provided training, short videos and sample documents on accessible Word and the basics of tagged accessible PDF documents.

**Knowbility** (2021) Created an online course of short videos, worksheets and a participants guide on the basics of tagged accessible PDF.

**Open Access Technologies, Inc**., (2018 to 2021) Senior Advisor, Accessible Document Design. Advise this Startup company on accessible document design for their online conversion platform/tools, accessible PDF and accessible Microsoft Office documents. Provide feedback on website accessibility and platform/tool accessibility for those with disabilities.

**City of Portland OR; Toronto District School Board, Toronto ON; and International Labour Organization (ILO)**, 2020-2021; Zoom-based staff training on accessible Word, PowerPoint, PDF and PDF forms.

**Instructional Design Manager, Ryerson University, Distance Education Unit (Toronto, ON) (2000-2003)** Managed legacy course maintenance, facilitated course start-up each semester, worked on the instructional design process for unit, worked collaboratively with faculty, Program Directors, Coordinators and support staff to manage approximately 160 distance courses for DEU; this work involved negotiation, troubleshooting, problem solving and counselling skills.