# Exhibit A-3

# EVE L. HILL

**Brown Goldstein & Levy**
Partner (2017-present)
Systemic and individual litigation, advocacy, and education under ADA and other civil rights laws.

**Inclusivity Strategic Consulting** at Brown, Goldstein & Levy
Partner (2017-present)
Assist covered entities to achieve compliance with the ADA and other civil rights laws and to become more inclusive of people with disabilities by analyzing existing policies and practices and developing policies, practices, training curricula, and other tools.

**U.S. Department of Justice, Civil Rights Division**
Deputy Assistant Attorney General/Senior Counselor (2011-2017)
Member of the leadership team of the Civil Rights Division. Oversaw the Division's litigation, investigation, negotiations, rulemaking, and technical assistance under the ADA, Section 504 of the Rehabilitation Act, Title VI and Title IX of the Civil Rights Act of 1964, and U.S. Constitution. Supervised the Division's Disability Rights, Educational Opportunities, Federal Coordination and Compliance, and Special Litigation sections, and the American Indian Working Group.

**Brown Goldstein & Levy,** Of Counsel (2011)

**Burton Blatt Institute at Syracuse University,** Senior Vice President (2009-2011)
Senior manager responsible for disability research, education, and advocacy organization.  Supervised Disability Rights Bar Association; Southeast ADA Center; Southeast Technical Assistance and Continuing Education Center for Vocational Rehabilitation; Civil Rights Team; Research Department; Communications Program.

**DC Office of Disability Rights,** Director (2007-2008)
Developed new Cabinet-level office in the District of Columbia government to ensure compliance with the ADA and other federal and local disability rights laws. Worked with all agencies across DC government to implement disability policies and procedures.

**Disability Rights Legal Center/Loyola Law School,** Executive Director/Visiting Professor (1998-2007)
Managed all aspects of non-profit disability rights organization and on-campus for-credit law school externship.  Supervised Civil Rights Litigation Project (working with pro bono legal counsel); Disability Mediation Center; Cancer Legal Resource Center; Options Counseling and Lawyer Referral Service; Community Outreach Program; Learning Rights Project.

**Civil Rights Division, U.S. Department of Justice,** Supervisory Attorney, Disability Rights Section (1993-1998)
Supervised investigation and negotiation of settlements of over 350 complaints under ADA.  Created and implemented ADA Mediation Program.  Led ADA Building Code Certification Program.  Civil Rights Division Alternative Dispute Resolution Coordinator.

**Pierson Semmes & Bemis**, Litigation Associate (1989-1993)
Handled all aspects of complex litigation in state and federal courts.

## TEACHING EXPERIENCE

Loyola Law School
- Disability Rights Law
- Alternative Dispute Resolution
- Externship supervisor for disability rights, disability mediation, and special education clinical programs

Loyola Marymount University School of Education
- Special Education Law

Univ. of Southern California Gould School of Law
- Disability Rights Law

**OTHER RELEVANT EXPERIENCE**

- Testimony
  - Equal Employment Opportunity Commission, Listening Session on Strategic Enforcement Plan, September 22, 2022.
  - Senate Special Committee on Aging, Click Here: Accessible Federal Technology for People with Disabilities, Older Americans and Veterans, July 28, 2022.
  - Council of the District of Columbia Committee of the Whole and Committee on Human Services, Public Roundtable on District of Columbia Department on Disability Services' Developmental Disabilities Administration Health Initiative Program Contract, July 23, 2019.
  - Testimony to the U.S. Commission on Civil Rights, The School-to-Prison Pipeline: The Intersections of Students of Color with Disabilities, December 8, 2017, https://inclusivity.consulting/2017/12/08/schoolprison-pipeline-intersection-race-disability/
  - Senate Judiciary Committee, Nomination of the Honorable Neil M. Gorsuch to be an Associate Justice of the Supreme Court of the United States, March 21, 2017.
  - Senate Health Education Labor & Pensions Committee, "The ADA and Entertainment Technologies," May 14, 2013.
  - Senate Foreign Relations Committee, U.N. Convention on the Rights of People with Disabilities, July 12, 2012.
  - Senate Health Education Labor & Pensions Committee, "The Promise of Accessible Technology: Challenges and Opportunities," February 7, 2012.

- Volunteer Experience
  - Bazelon Center for Mental Health Law – Board Chair, 2020-present; Board Member, 2017-present.
  - Gay Men's Chorus of Washington, DC – Board Member, 2017-present.
  - Disability Rights Bar Association, 2017-2022.

**SELECTED AWARDS**
- 2023 TASH Outstanding Leadership in Law Award
- 2020 COPAA Distinguished Service Award
- 2014 National Disability Institute Allen Jensen Humanitarian Public Policy Award.
- 2013 Cornell Law School Public Service Award.

**BAR ADMISSIONS**
State Courts – Virginia; Maryland; California; District of Columbia; Maine.  Federal Courts – 4th Circuit;

9th Circuit; D.C. Circuit; D. Colo.; E.D. Mich.; C.D. Cal.; D.D.C.; D. Md.; U.S. Supreme Court.

**EDUCATION**
J.D. cum laude, Cornell Law School – 1989.
B.A. magna cum laude, Sweet Briar College - 1986.

**SELECTED PUBLICATIONS**
- "Higher Education's Next Great Challenge: Ensuring Full Inclusion for Students with Disabilities," Inst. for Ed. Leadership, https://iel.org/higher-education-inclusion-guide (2020)
- "Panel: Building Coalitions and the Disability Rights Movement," *Georgetown Journal on Poverty Law & Policy*, co-presenter Judith Heumann, 2020, https://www.law.georgetown.edu/poverty-journal/wp-content/uploads/sites/25/2020/06/02-Hill-Heuman-Remarks.pdf
- "Over-Incarceration Hurts People with Disabilities and Wastes Taxpayer Money. Here's How to Fix It," March 5, 2019, https://inclusivity.consulting/2019/03/05/over-incarceration-hurts-people-with-disabilities-and-wastes-taxpayer-money-heres-how-to-fix-it/
- "People with Disabilities Are Being Excluded from Mainstream Jobs – How to Make Sure Your Supply Chain Isn't Part of the Problem," October 5, 2018, https://inclusivity.consulting/2018/10/05/people-with-disabilities-are-being-excluded-from-mainstream-jobs-how-to-make-sure-your-supply-chain-isnt-part-of-the-problem/
- "The ADA and the American Dream," July 26, 2018, https://inclusivity.consulting/2018/07/26/the-ada-affirmative-action-and-the-american-dream/
- "Too Many Schools Are Failing Young People with Developmental Disabilities. Here's How to Fix it," June 29, 2018, https://inclusivity.consulting/2018/06/29/many-schools-failing-young-people-developmental-disabilities-heres-fix/
- "It's Past Time to Give Workers with Disabilities A Raise," June 24, 2018, https://inclusivity.consulting/2018/06/24/past-time-give-workers-disabilities-raise/
- "Technology Vendor Contracts and Accessibility: What Every Business Lawyer Should Know," Business *Law Today,* E. Hill, L. Feingold, April 19, 2018, https://businesslawtoday.org/2018/04/technology-vendor-contracts-accessibility-every-business-lawyer-know/
- "Four Years After a Landmark Settlement in Rhode Island, the Fight for Inclusion Continues," April 10, 2018, https://inclusivity.consulting/2018/04/10/four-years-landmark-settlement-rhode-island-fight-inclusion-continues/
- "Colleges' Obligations to Students with Mental Health Disabilities at Risk of Self-Harm," April 6, 2018, https://inclusivity.consulting/2018/04/06/colleges-obligations-students-mental-health-disabilities-risk-self-harm/
- "Five Reasons to Hire More People with Developmental Disabilities – Right Now," March 13, 2018, https://inclusivity.consulting/2018/03/13/five-reasons-hire-people-developmental-disabilities-right-now/
- "Policy Brief: What School Leaders Can Do To Prepare Youth With Disabilities For Work," February 13, 2018, https://inclusivity.consulting/2018/02/13/school-leaders-can-prepare-youth-disabilities-work/
- "Preparing Transition-Age Youth with Disabilities for Work: What School Leaders Need to Know About the New Legal Landscapes," Inst. for Ed. Leadership, E. Hill, R. Kline, C. Richards, 2018, https://iel.org/blog/what-school-leaders-can-do-prepare-youth-disabilities-work
- "Whither the Disability Rights Movement? The Future of Disability Rights Law," *ABA Human Rights Magazine*, Vol. 42 No. 4, 2017, https://www.americanbar.org/groups/crsj/publications/human_rights_magazine_home/2016-17-vol-42/disability-rights-under-siege/whither-the-disability-rights-movement--the-future-of-disability/
- "Department of Justice Withdraws Guidance Documents," December 22, 2017,

- https://inclusivity.consulting/2017/12/22/department-justice-withdraws-guidance-documents/
- "Five Strategies for Hiring Workers With Disabilities – And Boosting Your Bottom Line – in 2018, December 22, 2017, https://inclusivity.consulting/2017/12/22/five-strategies-hiring-workers-disabilities-boosting-bottom-line-2018/
- "DOJ Will No Longer Assist Covered Entities in Understanding the Law," December 1, 2017, https://inclusivity.consulting/2017/12/01/doj-will-no-longer-assist-covered-entities-understanding-law/
- "Inclusivity 101: Q&A with Eve Hill and Regina Kline," November 7, 2017, https://inclusivity.consulting/2017/11/07/inclusivity-101-qa-eve-hill-regina-kline/
- Take Care Blog, "Schools Failing Students with Disabilities – Still," https://takecareblog.com/blog/schools-failing-students-with-disabilities-still (2017)
- Take Care Blog, "ADA Education and Reform Act," https://takecareblog.com/blog/ada-education-and-reform-act (2017)
- Take Care Blog, "School Choice May Leave Students with Disabilities No Choice," https://takecareblog.com/blog/school-choice-may-leave-students-with-disabilities-no-choice (2017)
- Take Care Blog, "Criminal Justice Reform and Disability – The Overlooked Opportunity," https://takecareblog.com/blog/criminal-justice-reform-and-disability-the-overlooked-opportunity (2017)
- "The ADA, Disability and Identity," J. of the Am. Med. Assn., co-author D. Goldstein (2016), https://jamanetwork.com/journals/jama/article-abstract/2319175
- "So You've Hired a Lawyer with a Disability … Now What? Disability and Diversity," Journal of the Institute for Inclusion in the Legal Profession at 90 (2011), https://theiilp.com/Resources/Documents/IILPReview2011.pdf
- "Legal and Policy Implications of Cloud Computing," proceedings of the Human Computer Interaction International conference (July 2011), https://link.springer.com/chapter/10.1007/978-3-642-21672-5_52
- Contributor, Litigating Employment Discrimination Cases, (Friedman, 2010, 2011)
- "Cases & Materials on Disability Civil Rights Law & Policy," Thomson-West, co-authors P. Blanck, C. Siegal, M. Waterstone (2005, 2009)
- "Future of Disability Law and Advocacy and 'The Right to Live in the World,'" Second Jacobus tenBroek Disability Law Symposium, 15 Texas Journal on Civil Liberties and Civil Rights 1, co-author Peter Blanck (Fall 2009)
- "Future of Disability Rights: Part Three—Statutes of Limitations in Americans with Disabilities Act Design and Construction Cases," 60 Syracuse Law Review 125, co-author Peter Blanck (2009)
- "Challenging Barriers," Los Angeles Lawyer at 31, co-author Sheila Khan-Variba (November 2005), https://www.lacba.org/docs/default-source/lal-back-issues/2005-issues/november-2005.pdf
- "Disability Civil Rights Law and Policy," Thomson-West Group, co-authors Peter Blanck, Charles Siegal, Michael Waterstone (January 2004)
- "Mediation of Disputes Under the Americans with Disabilities Act of 1990," 3 Disp. Resol. Mag. 16 (1997)