TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>            Plaintiff,<br><br>     v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>            Defendants | Case No. 3:20-cv-06570-TSH<br><br>**PROPOSED JURY VERDICT FORM** |

# JURY VERDICT FORM

**Question 1:**

Did Plaintiff Lisamaria Martinez prove by a preponderance of the evidence that Defendant County of Alameda violated Title II of the ADA by failing to provide an auxiliary aid or service she required to file her FBNS form on March 29, 2019 at the Oakland facility?

Yes ____        No ____

**Question 2:**

*Complete question 2 only if the answer to Question 1 was "Yes." If you answered "No" to question 1, you do not need to proceed to the remaining questions.*

What is the amount of damages that Plaintiff Lisamaria Martinez has proved by a preponderance of the evidence as a result of Defendant County of Alameda's conduct?
*If you answered ""Yes" to question 1, then Ms. Martinez must be awarded at least $1 in nominal damages*.

$_____

**Question 3:**

*Complete question 3 only if the answer to Question 1 was "Yes." If you answered "No" to question 1, you do not need to proceed to the remaining questions.*

Did Plaintiff Lisamaria Martinez prove by a preponderance of the evidence that Defendant County of Alameda's violation of Title II of the ADA was willful or deliberately indifferent to her federally protected rights when she visited the CRO on March 29, 2019?

Yes \_\_\_\_        No \_\_\_\_

### Question 4:

*Complete question 4 only if the answer to Question 1 was "Yes." If you answered "No" to question 1, you do not need to proceed to the remaining questions.*

Did Plaintiff Lisamaria Martinez prove by a preponderance of the evidence under California Government Code § 11135 that Defendant County of Alameda's CRO is either of the following:

(1)  funded directly by the state; or

(2) receives any financial assistance from the state?

Yes \_\_\_\_        No \_\_\_\_

### Sign & Date

Once you have completed the entire verdict form, please sign and date it below:

WE, the jury, unanimously answered the preceding questions according to our deliberations.

Dated: _____        _____
                                                                    Foreperson