TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:     (415) 873-9199
Facsimile:      (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:     (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant County of Alameda*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, <br><br> Defendants | Case No. 3:20-cv-06570-TSH <br><br> **JOINT REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS IN LIMINE** <br><br> Pretrial Conference: February 15, 2024 <br> Time: 10:00 AM <br> Trial Date: March 25, 2024 <br> Judge: Hon. Thomas S. Hixson |

# JOINT REQUEST FOR EXTENSION OF TIME
# TO FILE OPPOSITION TO MOTIONS IN LIMINE

Plaintiff Lisamaria Martinez and Defendant County of Alameda (collectively, "the Parties") respectfully request an order extending the time to file their oppositions to motions *in limine* to February 8, 2024, or, alternatively, earlier if the Court prefers. The Parties do not seek to delay any other established deadlines.

The Parties seek this extension in order to prepare more useful responses that will better inform the Court's decisions on their motions *in limine* and to manage competing litigation demands. For example, given the detailed particulars of each sides' challenges to experts, useful responses will likely necessitate consultation with experts who may need more time to assist in the Parties' respective responses in order to make them as informative and helpful as possible.

Based on this, the Parties jointly request that the Court extend the deadline for filing oppositions to motions in *limine* by one Plaintiff Lisamaria Martinez and Defendant County of Alameda (collectively, "the Parties") respectfully request an order extending the time to file their oppositions to motions *in limine* by one week, to February 8, 2024, or, alternatively, by a shorter duration if the Court prefers. The pretrial conference would remain set for February 15, 2024 with the start of trial remaining set for March 25, 2024.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED: January 26, 2024    TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

DATED: January 26, 2024    ORBACH HUFF + HENDERSON LLP

*/s/ Nicholas D. Fine*
Nicholas D. Fine

*Attorneys for Defendant County of Alameda*