UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>    Plaintiff,<br><br>    v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>    Defendants. | Case No. 3:20-cv-06570-TSH<br><br>~~[PROPOSED]~~ **ORDER REGARDING JOINT REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTIONS IN LIMINE** |

**~~[PROPOSED]~~ ORDER**

Having reviewed and considered the Joint Request for Extension of Time to File Opposition to Motions *in Limine*, and for good cause shown, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that the deadline to file the parties' oppositions to motions *in limine* is extended from February 1 to February 8, 2024. The pretrial conference, currently scheduled for February 15, is continued to February 22, 2024 at 10:00 a.m. in Courtroom E.

IT IS SO ORDERED.

DATED: January 30, 2024        _/s/ T.M. Hixson_____
                               HONORABLE THOMAS S. HIXSON
                               UNITED STATES MAGISTRATE JUDGE