**APPROVED**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06570-TSH<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

　　　The pretrial conference, currently set for February 22, 2024, is **CONTINUED** to February 29, 2024, at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

　　　**IT IS SO ORDERED.**

Dated: February 21, 2024

THOMAS S. HIXSON
United States Magistrate Judge