UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br>        Plaintiff,<br>   v.<br>COUNTY OF ALAMEDA, et al.,<br>        Defendants. | Case No. 20-cv-06570-TSH<br><br>**COURT'S PROPOSED VERDICT FORM** |

Attached is the Court's proposed verdict form. By March 7, 2024, the parties shall file (in a single joint document) any objections, comments or suggestions concerning the proposed verdict form, and responses to the other side's objections, comments or suggestions.

**IT IS SO ORDERED.**

Dated: February 28, 2024

THOMAS S. HIXSON
United States Magistrate Judge

**JURY VERDICT FORM**

**Question 1:**

Did Plaintiff Lisamaria Martinez prove by a preponderance of the evidence that Defendant Alameda County violated her rights under the Americans with Disabilities Act on March 29, 2019?

Yes ___          No ___

*If you answer "yes," please go to question 2.  If you answer "no," please answer no further questions, and go to the end and sign and date the form.*

**Question 2:**

Did Plaintiff prove by a preponderance of the evidence that Defendant's violation of the Americans with Disabilities Act occurred because of Defendant's deliberate indifference to her federally protected rights?

Yes ___          No ___

*Go to question 3.*

**Question 3:**

What is the amount of damages you award to Plaintiff and against Defendant?

$_____

*Go to question 4.*

**Question 4:**

Did Plaintiff prove by a preponderance of the evidence that Defendant's violation of the Americans with Disabilities Act occurred in a program or activity that is conducted, operated, or administered by the state or by any state agency, is funded directly by the state, or receives any financial assistance from the state?

Yes___            No___

*Go to question 5.*

**Question 5:**

Did Plaintiff prove by a preponderance of the evidence that the Defendant's Clerk Recorder's Office will likely again violate its legal obligations described in Final Instructions Nos. 9 and 10 with respect to individuals with a disability of blindness or visual impairment?

Yes___            No___

**Sign and Date**

Once you have completed the verdict form, please sign and date it below:

We, the jury, unanimously answered the preceding question(s) according to our deliberations.

Dated: _____            _____
                                                                Foreperson