TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:     (415) 873-9199
Facsimile:      (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:     (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendants County of Alameda, Melissa Wilk, Eva He, Maria Laura Briones*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, <br><br> Defendants | Case No. 3:20-cv-06570-TSH <br><br> **JOINT STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS** <br><br> Trial Date: March 25, 2024 <br> Judge: Hon. Thomas S. Hixson |

**JOINT STIPULATION TO DISMISS INDIVIDUAL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), Plaintiff Lisamaria Martinez and Defendants County of Alameda, Melissa Wilk, Eva He, and Maria Laura Briones jointly stipulate to the dismissal without prejudice of individual Defendants Melissa Wilk, Eva He, and Maria Laura Briones from this action. Defendant County of Alameda remains a defendant in the action.

Respectfully submitted,

DATED: March 1, 2024          TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff Lisamaria Martinez*

DATED: March 1, 2024          ORBACH HUFF + HENDERSON LLP

*/s/ Nicholas D. Fine*
Nicholas D. Fine

*Attorneys for Defendants County of Alameda,
Melissa Wilk, Eva He, Maria Laura Briones*