Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:      (510) 999-7908
Facsimile:       (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LISAMARIA MARTINEZ, | Case No.  20-cv-06570-TSH |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT COUNTY OF ALAMEDA'S UPDATED LIST OF WITNESSES, COUNSEL, AND PARTIES WHO WILL BE PRESENT AT TRIAL** |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

Pursuant to the Pretrial Order filed on February 29, 2024 (Dkt. 124), Defendant COUNTY OF ALAMEDA ("County") submits the following updated list of witnesses, counsel, and parties who will be present at trial.

| NAME | DESIGNATION |
|---|---|
| Lisamaria Martinez (Plaintiff) | Witness |
| Eva He | Witness |
| Maria Laura Briones | Witness |
| Angelina Moran | Witness |
| Matt Yankee | Witness & County representative at trial |
| Jocelyn Cole | Witness |
| Demetrius Griffin | Witness |
| Cris Vaughan | Expert witness |
| Kevin E. Gilbert | Attorney for Defendant |
| Nicholas D. Fine | Attorney for Defendant |

Dated:  March 4, 2024

Respectfully submitted,
**ORBACH HUFF & HENDERSON LLP**

By: _/s/ Nicholas D. Fine_
Kevin E. Gilbert
Nicholas D. Fine
Attorneys for Defendant
COUNTY OF ALAMEDA