TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, <br><br> Defendants | Case No. 3:20-cv-06570-TSH <br><br> **PLAINTIFF'S UPDATED WITNESS LIST; COUNSEL AND PARTIES TO BE PRESENT AT TRIAL** <br><br><br> Trial Date: March 26, 2024 <br> Time: 9:30 <br> Courtroom: D <br> Judge: Hon. Thomas S. Hixson |

Pursuant to the Court's instructions in the Pretrial Order (ECF 124), Plaintiff provides the following list of fact and expert witnesses expected to be called at trial, and the counsel and parties expected to be present.

| Name | Designation |
|---|---|
| Lisamaria Martinez | Witness |
| Joseph A. Bakker | Witness |
| Emily Grim | Witness |
| Marco Salsiccia | Witness |
| Lucia Greco | Witness |
| Raymond Leimana Akahi Macapagal | Witness |
| Corporate Representative for County of Alameda, Matt Yankee | Witness |
| Matt Yankee, in his individual capacity | Witness |
| Angelina Moran | Witness |
| Maria Laura Briones | Witness |
| Eva He | Witness |
| Steven Clark | Expert Witness |
| Karen McCall | Expert Witness |
| Eve Hill | Rebuttal Expert Witness |
| Timothy Elder | Attorney |
| Tomiyo Stoner | Attorney |
| Kristopher Nelson | Attorney |
| Ronald Beaton | Jury Consultant |
| Michelle Korosy | Paralegal |

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: March 04, 2024 | | TRE LEGAL PRACTICE |
| | | */s/ Timothy Elder* |
| | | Timothy Elder |
| | | *Attorneys for Plaintiff* |