# EXHIBIT C

TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
1500 Dragon St. Suite 160
Dallas, Texas 75039
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>              Plaintiff,<br><br>     v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>              Defendants. | Case No. 3:20-cv-06570-TSH<br><br>**PLAINTIFF'S SUPPLEMENTAL WITNESS DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26** |

   As a result of Defendant County of Alameda's introduction of new, previously unknown-to-Plaintiff facts in its second Motion for Summary Judgment on Declaratory Relief (ECF No. 63), Plaintiff hereby supplements her disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, without prejudice to her right to produce evidence of any subsequently discovered facts or interpretations of facts, or to otherwise further supplement or amend disclosures. The supplemental information contained herein is true and correct to the best knowledge of Plaintiff

at this time but is subject to correction or further supplementation with any subsequently discovered errors or omissions. By supplementing her disclosures, Plaintiff is neither waiving any objections to, nor conceding the admissibility of the information disclosed. Subject to these reservations, pursuant to Federal Rule of Civil Procedure 26(e), Plaintiff makes the following supplemental disclosures to her initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A)(i) of individuals now known to Plaintiff who are likely to have discoverable information that Plaintiff will use to support her claims:

1. Marco Salsiccia has knowledge of filing an FBNS form between 12/8/2022 and 12/22/2022. His address is 10405 Foothill Blvd., Oakland, CA 94605. He may be contacted through counsel for Plaintiff.
2. Lucia Greco has knowledge of filing an FBNS form between 12/8/2022 and 12/22/2022. Her address is 819 Peralta Ave., Berkeley, CA 94707. She may be contacted through counsel for Plaintiff.

To the best of my knowledge, information, and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

DATED: December 22, 2022

Respectfully submitted,

TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Michelle Korosy, declare as follows:

1. I am a citizen of the United States, over 18 years of age, and not a party to the above-captioned action. My business address is TRE Legal Practice, 4226 Castanos Street, Fremont, CA 94536.

2. On December 22, 2022, I served the following document:

    a. PLAINTIFF'S SUPPLEMENTAL WITNESS DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

3. I accomplished this by causing the document listed above to be delivered via email to the attorneys for Defendants County of Alameda, Melissa Wilk, Eva He, and Maria Laura Briones at the email addresses set forth below.

    a. Kevin Gilbert: kgilbert@ohshlaw.com
    b. Nicholas D. Fine: nfine@ohshlaw.com

I declare under penalty of the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed in Clovis, California on December 22, 2022.

By: *Michelle Korosy*
Michelle Korosy