# EXHIBIT E

TIMOTHY ELDER (CA BAR NO. 277152)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:     (415) 873-9199
Facsimile:      (415) 952-9898
Email:          telder@trelegal.com


S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:     (214) 415-7340
E-mail:         tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, | Case No. 3:20-cv-06570-TSH |
| Plaintiff, | **PLAINTIFF'S AMENDED EXCHANGED PRETRIAL DISCLOSURES** |
| v. | |
| **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, | |
| Defendants | |

## PLAINTIFF'S EXCHANGED PRETRIAL DISCLOSURES

Per the Court's Case Updated Management Order (ECF No. 87) and FRCP 26(a)(3), Plaintiff

provides the following pretrial disclosures.

## I.   WITNESS LIST

**Lisamaria Martinez**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

Plaintiff will testify as to all aspects of the claims and defenses presented herein. See Plaintiff's deposition for further detail. Direct examination is anticipated to take approximately 3 hours.

**Joseph A. Bakker**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

4513 Fernandez St.
Union City, CA 94587
(408) 410-8228

Plaintiff's husband will testify as to the tools, techniques and technologies Ms. Martinez uses on a daily basis to navigate the world as a person who is blind. He will testify about the assistance that he had to provide to help Plaintiff fill out the inaccessible FBN PDF forms. He will also testify as to the emotional and stigmatic injury suffered by Ms. Martinez. Direct examination is anticipated to take 1.5 hours.

**Emily Grimm**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

34862 Lilac St.
Union City, CA 94587
(707) 704-0416

Ms. Grimm will testify as to the process of acting as a qualified reader as she performed it for Ms. Martinez. Ms. Grimm will also testify as to her experiences accompanying Ms. Martinez to the CRO on a second occasion and the charges Plaintiff incurred for using her services at a rate of $25 per hour. She will also testify as to the emotional and stigmatic injury suffered by Ms. Martinez. Direct examination is anticipated to take 1.5 hours.

**Marco Salsiccia**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

10405 Foothill Blvd.
Oakland, CA 94605
(408) 314-5401

Mr. Salsiccia will testify about the experience of using a County scribe to complete and file a paper FBNS form between 12/8/2022 and 12/22/2022 in the Oakland Clerk Recorder's Office. Direct examination is anticipated to take 1 hour.

**Lucia Greco**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

819 Peralta Ave.
Berkeley, CA 94707
(510) 918-9621

Ms. Greco will testify about the experience of using a County scribe to complete and file a paper FBNS form between 12/8/2022 and 12/22/2022 in the Oakland Clerk Recorder's Office. Direct examination is anticipated to take 1 hour.

**Corporate Representative for County of Alameda**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

The Corporate Representative is expected to testify as to the relevant policies of the CRO and all aspects of the defenses brought by the county. Direct examination is anticipated to take 2-3 hours.

**Angelina Moran**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

Ms. Moran is expected to testify as to Ms. Martinez's attempts to file the FBN, the policies of the CRO as she understood them, her prior training, and all other matters relevant to the defenses of the County of Alameda. Direct examination is anticipated to take 1-2 hours.

**Matt Yankee**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

Mr. Yankee will testify as to the relevant policies of the CRO, his understanding of the ADA, deliberate indifference, damages and all aspects of the defenses brought by the county. Direct examination is anticipated to take 2-3 hours.

### Expert Witnesses

**Steven Clark**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

2 McLea Court, Suite 201
San Francisco, CA 94103
(415) 409-6650

Mr. Clark will testify at the trial of this case as an expert pursuant to Fed. R. Evid. 702-705. He will testify regarding the matters and opinions stated in his report based on education, training, and experience.  Direct examination is anticipated to take 2 hours.

**Karen McCall**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

64 West River Street
Paris ON Canada N3L 2V1
(519) 442-2856

Ms. McCall will testify at the trial of this case as an expert pursuant to Fed. R. Evid. 702-705. She will testify regarding the matters and opinions stated in her report based on education, training, and experience. Direct examination is anticipated to take 2 hours.

**Eve Hill**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
(410) 962-1030

Ms. Hill will testify at the trial of this case as a rebuttal expert pursuant to Fed. R. Evid. 702-705. She will testify regarding the matters and opinions stated in her report based on education, training, and experience. Her examination is anticipated to take 1-2 hours if she is called for rebuttal testimony.

### Witnesses to be Called if the Need Arises

**Maria Laura Briones**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

Ms. Briones is expected to testify as to Ms. Martinez's attempts to file the FBN, the policies of the CRO as she understood them, her prior training, her understanding of the ADA, deliberate indifference, damages and all other matters relevant to the defenses of the County of Alameda. Direct examination is anticipated to take 1-2 hours if this witness is called.

**Melissa Wilk**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

Ms. Wilk is expected to testify as to the relevant policies of the CRO, deliberate indifference, damages, and all aspects of the defenses brought by the county. Direct examination is anticipated to take 1-2 hours if this witness is called.

**Eva He**
c/o ORBACH HUFF, et al.
6210 Stoneridge Mall Road, #210
Pleasanton, CA 94588

Ms. He is expected to testify as to Ms. Martinez's attempts to file the FBN, the policies of the CRO as she understood them, her prior training, her understanding of the ADA, deliberate indifference, damages, and all other matters relevant to the defenses of the County of Alameda. Direct examination is anticipated to take 1-2 hours if this witness is called.

**Raymond Leimana Akahi Macapagal**
c/o TRE LEGAL PRACTICE
1155 Market Street, Tenth Floor
San Francisco, CA 94103

2430 Road 20
Apt. 3B01
San Pablo, CA 94806
(619) 206 9667

Mr. Akahi may testify at the trial of this case about his experience of using the County of Alameda's computer kiosk and JAWS system and/or other arrangements to complete forms at the CRO in Oakland. Direct examination is anticipated to take 1.5 hours if this witness is called.

Plaintiff reserves the right to call any witness designated by Defendants.

## II.   PLAINTIFF'S PROPOSED EXHIBITS

Exhibit 1 – Title II Elements and Jury Charge Demonstrative Chart(s)

Exhibit 2 – Excerpts from the Code of Federal Regulations – He Dep. Ex. H1

Exhibit 3 – DOJ Guidance – Briones Dep. Ex. B1 and all sources referenced therein

Exhibit 4 –DOJ Publication – ADA Requirements – Effective Communication,

https://www.ada.gov/resources/effective-communication/

Exhibit 5 – DOJ ADA Title II Technical Assistance Manual, Equally effective communication

and Primary consideration § II-7.1000-1100, https://archive.ada.gov/taman2.html#II-7.1000

Exhibit 6 – Demonstrative Photographs of the CRO Public Waiting Area, PL1573, PL1583

Exhibit 7 – Plaintiff's Initial Completed FBN Form – Briones Dep. Ex. M2, PL0009

Exhibit 8 – Be Confident Be You Articles of Incorporation – PL0007-8

Exhibit 9 – Go Back Letter – Briones Dep. Ex. M1, County_0012

Exhibit 10 – Final Filed FBN – Briones Dep. Ex. M4, County_0011

Exhibit 11 – Letter to Ziegler & Welk at the County of Alameda re Structured Negotiations

(11/14/19), County_001-010

Exhibit 12 – Martinez family mementos

Exhibit 13 – Photographs/promotional materials from Be Confident Be You™

Exhibit 14 – Audio recordings and/or transcripts of the incident in question – PL0001, PL0003,

PL0005

Exhibit 15 – Plaintiff's Claim Against the County of Alameda – Yankee 30(b)(6) Dep. Ex. Y1,

PL0014-16

Exhibit 16 – Acknowledgement of Plaintiff's Claim – Yankee 30(b)(6) Dep. Ex. AC3

Exhibit 17 – "May I Help You? Legal Advice vs. Legal Information: A Resource Guide for Court Clerks" (California Judicial Council Access and Fairness Advisory Committee), https://www.courts.ca.gov/documents/mayihelpyou.pdf, PL0047-PL0058

Exhibit 18 – "Can the court system help me fill out a form as an accommodation," NYCOURTS.GOV Accessibility General FAQ's, https://ww2.nycourts.gov/Accessibility/faqs.shtml, PL0059-PL0066

Exhibit 19 – "How to ask for a court accommodation under the Americans with Disabilities Act," Mass.gov, https://www.mass.gov/info-details/how-to-ask-for-a-court-accommodation-under-the-americans-with-disabilities-act, PL0067-PL0070

Exhibit 20 – Fictitious Business Name PDF dated 10/18 – McCall Report, Ex. 1, PL1547

Exhibit 21 – Fictitious Business Name PDF dated 4/21 – McCall Report, Ex. 2, PL1549

Exhibit 22 – Fictitious Business Name PDF dated 11/22 – McCall Report, Ex. 3, PL1551

Exhibit 23 – Fictitious Business Name PDF dated 12/22 –McCall Report, Ex. 4, PL1553

Exhibits 24 - Graphic figures from 10/02/23 expert report of Steven Clark, PL_EXPERT0046-51

Exhibit 25 – Demonstrative $100 bill

Exhibit 26 – Demonstrative clock timer

Exhibit 27 – Demonstrative ink pen

Exhibit 28 – Demonstrative Kleenex package

**Exhibits to Be Offered if the Need Arises**

Exhibit 29 – Memorandum with JAWS instructions sent to Clerks describing the process of accommodating a blind applicant who cannot use JAWS, County_0121-23

Exhibit 30 – County Budgets – PL0071-0584, PL0585-1056, PL1057-1546

Exhibit 31 – California Government Code 2720 – Yankee 30(b)(6) Dep. Ex. AC5

Exhibit 32 – Defendants' Discovery Responses

Exhibit 33 – Defendants' Initial Disclosures

Plaintiff reserves the right to use all evidence designated by Defendants and all deposition exhibits, document productions, and other discovery materials for impeachment purposes.

### III. DESIGNATION OF DEPOSITION TESTIMONY

Plaintiff intends to present all witnesses live or over real-time video conference as permitted by the Court. However, in the event of the unavailability of a witness at trial, Plaintiff provides disclosures as set forth in **Exhibits A-E**. Plaintiff reserves the right to use all non-designated testimony for impeachment.

DATED: October 10, 2024                Respectfully submitted,

                                       TRE LEGAL PRACTICE

                                       */s/ Timothy Elder*
                                       Timothy R. Elder

                                       *Attorneys for Plaintiff*

## PROOF OF SERVICE

I, Michelle Korosy, declare.

  1.   I am over 18 years of age and not a party to this action.

  2.   My business address is 1155 Market Street, 10th Floor, San Francisco, CA 94103.

  3.   On January 10, 2024, I served the following document(s) via electronic service at the email addresses set forth below:

PLAINTIFF'S AMENDED EXCHANGED PRETRIAL DISCLOSURES, EXHIBITS A-E

  4.   Persons served include:

Attorneys for Defendants County of Alameda, Melissa Wilk, Eva He, and Maria Laura Briones:

Kevin Gilbert - kgilbert@ohshlaw.com

Nicholas D. Fine - nfine@ohshlaw.com


  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Clovis, California on January 10, 2024.

*Michelle Korosy*
_____
Michelle Korosy

| **From:** | Michelle Korosy |
|---|---|
| **To:** | Kevin Gilbert; Nicholas D. Fine |
| **Cc:** | Timothy Elder; Kristopher A. Nelson; Tomiyo Stoner; Elena LaBella |
| **Subject:** | Martinez v. County of Alameda et al: Plaintiff's Amended Pretrial Disclosures |
| **Date:** | Wednesday, January 10, 2024 10:28:11 PM |
| **Attachments:** | Amended Pretrial Disclosures w Exhibits A-E.pdf |

Counsel,

Attached please find Plaintiff's Amended Exchanged Pretrial Disclosures and Exhibits A-E.


Thank you,
Michelle

**Michelle Korosy** - Paralegal
TRE Legal Practice
1155 Market Street, 10th Floor
San Francisco, CA 94103
Phone: (415) 873-9199
Fax: (415) 952-9898
Web: www.trelegal.com


Confidentiality Notice
This e-mail may contain confidential information that may also be legally privileged and that is intended only for the use of the Addressee(s) named above. If you are not the intended recipient or an authorized agent of the recipient, please be advised that any dissemination or copying of this e-mail, or taking of any action in reliance on the information contained herein, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by use of the Reply button, and then delete the e-mail from your system. Thank you!