# EXHIBIT F

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   LISAMARIA MARTINEZ,
                      Plaintiff,
 6                                        Case No.
     vs.                                  20-cv-06570-TSH
 7
     COUNTY OF ALAMEDA, MELISSA WILK,
 8   in her individual capacity, EVA HE,
     in her individual capacity, MARIA
 9   LAURA BRIONES, in her individual
     capacity,
10                    Defendants.
     _____/
11
12                        VOLUME I
13                   VIDEOTAPED REMOTE
14         DEPOSITION OF LISAMARIA MARTINEZ
15            Wednesday, March 23, 2022
16
17
18
19   REPORTED BY:
20   DEBRA J. SKAGGS, CSR 7857
21
22             EMERICK AND FINCH
          Certified Shorthand Reporters
23       18 Crow Canyon Court, Suite 125
          San Ramon, California 94583
24        emerickfinch@emerickfinch.com
         (925) 831-9029   (800) 331-9029
25
```

CERTIFIED COPY

925-831-9029                                              emerickfinch@emerickfinch.com

Page 2

```
 1                         REMOTE APPEARANCES

 2   FOR THE PLAINTIFF:
        TRE LEGAL PRACTICE
 3      BY: ALBERT ELIA, ATTORNEY AT LAW (Pro Hac Vice)
            TIMOTHY RYAN ELDER, ATTORNEY AT LAW
 4      1155 Market Street, Tenth Floor
        San Francisco, California 94103
 5      (415) 873-9199 Fax: (415) 952-9898
        aelia@trelegal.com  telder@trelegal.com
 6
     FOR THE DEFENDANTS COUNTY OF ALAMEDA, MELISSA WILK, EVA
 7   HE, AND MARIA LAURA BRIONES:

 8      ORBACH HUFF & HENDERSON LLP
        BY: NICHOLAS D. FINE, ATTORNEY AT LAW
 9      6200 Stoneridge Mall Road, Suite 225
        Pleasanton, California 94588
10      (510) 999-7908 Fax: (510) 999-7918
        nfine@ohhlegal.com
11
     ALSO PRESENT:
12
        CASSIA LEET, VIDEOGRAPHER
13      MediaEdge, LLC

14                             --o0o--

15

16

17

18

19

20

21

22

23

24

25
```

925-831-9029                                              emerickfinch@emerickfinch.com

Page 74

| | | |
|---|---|---|
| 12:55:19 | 1 | you recall if that was called a "Go Back Letter"?  Does |
| 12:55:22 | 2 | that ring any bells? |
| 12:55:24 | 3 | A.       Absolutely no idea.  She didn't -- |
| 12:55:26 | 4 | Q.       Okay. |
| 12:55:26 | 5 | A.       -- read anything or tell me.  She just said |
| 12:55:28 | 6 | "Here, I wrote you something; go home and have someone |
| 12:55:32 | 7 | help you fill it out." |
| 12:55:35 | 8 | Q.       Did you ever access the Go Back Letter |
| 12:55:38 | 9 | yourself? |
| 12:55:42 | 10 | A.       What do you mean by access it myself? |
| 12:55:45 | 11 | Q.       Yeah.  So going back to what we talked about |
| 12:55:47 | 12 | earlier.  So what I want to know, basically, is have |
| 12:55:50 | 13 | you -- was there any point that you took steps to figure |
| 12:55:53 | 14 | out what the Go Back Letter said?  Did you load it in to |
| 12:55:56 | 15 | your screen access software and review it? |
| 12:55:59 | 16 | A.       I got it. |
| 12:56:03 | 17 |          I ended up using my husband as my -- |
| 12:56:12 | 18 |          MR. ELIA:  Okay -- objection; calls for |
| 12:56:14 | 19 | communications that are privileged. |
| 12:56:23 | 20 |          So don't answer. |
| 12:56:28 | 21 |          THE WITNESS:  Okay. |
| 12:56:31 | 22 |          Ooo, does that mean I can say "I plead the |
| 12:56:34 | 23 | Fifth"? |
| 12:56:35 | 24 |          MR. FINE:  Q.  So I don't want to know |
| 12:56:36 | 25 | about your communications with your husband. |

Emerick and Finch, Certified Shorthand Reporters
LISAMARIA MARTINEZ

925-831-9029                                          emerickfinch@emerickfinch.com

Page 194

1              CERTIFICATE OF REPORTER
2
3            I, DEBRA J. SKAGGS, hereby certify that the
4    witness in the foregoing deposition was by me remotely
5    duly sworn to tell the truth, the whole truth, and
6    nothing but the truth in the within-entitled cause;
7
8            That said deposition was taken in shorthand by
9    me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true, and correct report of said
13   deposition and of the proceedings which took place;
14
15           That I am a disinterested person to the said
16   action.
17
18           IN WITNESS WHEREOF, I have hereunto set my
19   hand this 11th day of April, 2022.
20
21   _____
22           DEBRA J. SKAGGS, CSR No. 7857
23
24
25                    ---oOo---