TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email:           telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail:          tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, | Case No. 3:20-cv-06570-TSH |
| Plaintiff, | **NOTICE OF FILING RENUMBERED EXHIBIT LIST** |
| v. | Trial Date: March 25, 2024 |
| **COUNTY OF ALAMEDA**, | Judge: Hon. Thomas S. Hixson |
| Defendant. | |

For the convenience of the Court and the Parties, Plaintiff has created a new version of the Joint Exhibit List (ECF No. 105-5), which reflects joint exhibits and renumbered Plaintiff's exhibits with applicable references to the prior exhibit numbers. All descriptions, purpose/witness statements, objections and responses to objections, remain the same, except that for clarity parenthetical exhibit descriptions have been added to Exhibits 8, 14, 15, and 16.

Dated: March 14, 2024

Respectfully Submitted,

*/s/ Timothy Elder*
Timothy Elder
Kristopher A. Nelson
TRE LEGAL PRACTICE

*/s/ Tomiyo Stoner, Esq*.
S. Tomiyo Stoner
Undaunted Law Firm, P.C.

*Attorneys for Plaintiff*