# Exhibit 2

Page 1

1        UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO DIVISION

4

5  LISAMARIA MARTINEZ,
                Plaintiff,
6                                    Case No.
   vs.                               20-cv-06570-TSH
7
   COUNTY OF ALAMEDA, MELISSA WILK,
8  in her individual capacity, EVA HE,
   in her individual capacity, MARIA
9  LAURA BRIONES, in her individual
   capacity,
10               Defendants.
   _____/
11

12              VOLUME I

13           VIDEOTAPED REMOTE

14     DEPOSITION OF LISAMARIA MARTINEZ

15       Wednesday, March 23, 2022

16

17

18

19  REPORTED BY:

20  DEBRA J. SKAGGS, CSR 7857

21

22           EMERICK AND FINCH
          Certified Shorthand Reporters
23       18 Crow Canyon Court, Suite 125
           San Ramon, California 94583
24       emerickfinch@emerickfinch.com
          (925) 831-9029   (800) 331-9029
25

CERTIFIED COPY

925-831-9029                                              emerickfinch@emerickfinch.com

Page 2

1                     **REMOTE APPEARANCES**

2   **FOR THE PLAINTIFF:**
       TRE LEGAL PRACTICE
3      BY: ALBERT ELIA, ATTORNEY AT LAW (Pro Hac Vice)
           TIMOTHY RYAN ELDER, ATTORNEY AT LAW
4      1155 Market Street, Tenth Floor
       San Francisco, California 94103
5      (415) 873-9199  Fax: (415) 952-9898
       aelia@trelegal.com  telder@trelegal.com
6
    **FOR THE DEFENDANTS COUNTY OF ALAMEDA, MELISSA WILK, EVA**
7   **HE, AND MARIA LAURA BRIONES:**

8      ORBACH HUFF & HENDERSON LLP
       BY: NICHOLAS D. FINE, ATTORNEY AT LAW
9      6200 Stoneridge Mall Road, Suite 225
       Pleasanton, California 94588
10     (510) 999-7908  Fax: (510) 999-7918
       nfine@ohhlegal.com
11
    **ALSO PRESENT:**
12
       CASSIA LEET, VIDEOGRAPHER
13     MediaEdge, LLC

14                            --o0o--

15

16

17

18

19

20

21

22

23

24

25

925-831-9029                                              emerickfinch@emerickfinch.com

Page 74

| | | |
|---|---|---|
| 12:55:19 | 1 | you recall if that was called a "Go Back Letter"?  Does |
| 12:55:22 | 2 | that ring any bells? |
| 12:55:24 | 3 | A.          Absolutely no idea.  She didn't -- |
| 12:55:26 | 4 | Q.          Okay. |
| 12:55:26 | 5 | A.          -- read anything or tell me.  She just said |
| 12:55:28 | 6 | "Here, I wrote you something; go home and have someone |
| 12:55:32 | 7 | help you fill it out." |
| 12:55:35 | 8 | Q.          Did you ever access the Go Back Letter |
| 12:55:38 | 9 | yourself? |
| 12:55:42 | 10 | A.          What do you mean by access it myself? |
| 12:55:45 | 11 | Q.          Yeah.  So going back to what we talked about |
| 12:55:47 | 12 | earlier.  So what I want to know, basically, is have |
| 12:55:50 | 13 | you -- was there any point that you took steps to figure |
| 12:55:53 | 14 | out what the Go Back Letter said?  Did you load it in to |
| 12:55:56 | 15 | your screen access software and review it? |
| 12:55:59 | 16 | A.          I got it. |
| 12:56:03 | 17 |             I ended up using my husband as my -- |
| 12:56:12 | 18 |             MR. ELIA:  Okay -- objection; calls for |
| 12:56:14 | 19 | communications that are privileged. |
| 12:56:23 | 20 |             So don't answer. |
| 12:56:28 | 21 |             THE WITNESS:  Okay. |
| 12:56:31 | 22 |             Ooo, does that mean I can say "I plead the |
| 12:56:34 | 23 | Fifth"? |
| 12:56:35 | 24 |             MR. FINE:  Q.  So I don't want to know |
| 12:56:36 | 25 | about your communications with your husband. |

Emerick and Finch, Certified Shorthand Reporters
LISAMARIA MARTINEZ

925-831-9029                                                    emerickfinch@emerickfinch.com

Page 75

| | | | |
|---|---|---|---|
| 12:56:37 | 1 | A. | Okay. |
| 12:56:38 | 2 | Q. | But if you could just answer my question, |
| 12:56:40 | 3 | then -- well -- no, I guess it's really irrelevant. | |
| 12:56:52 | 4 | | I don't want to know about the contents of |
| 12:56:53 | 5 | your communications with your husband.  But is it fair | |
| 12:56:56 | 6 | to say that at some point you became aware of the | |
| 12:56:58 | 7 | contents of the Go Back Letter? | |
| 12:57:02 | 8 | A. | Yes. |
| 12:57:04 | 9 | Q. | And that's specifically referring to the |
| 12:57:07 | 10 | letter that Laura provided you on March 29, 2019, in the | |
| 12:57:10 | 11 | CRO; is that correct? | |
| 12:57:15 | 12 | A. | I'm sorry.  A very loud truck just ran by. |
| 12:57:19 | 13 | Can you repeat your question? | |
| 12:57:21 | 14 | Q. | Not a problem. |
| 12:57:22 | 15 | | And that's referring specifically to the |
| 12:57:25 | 16 | letter that Laura provided you on March 29, 2019, in the | |
| 12:57:29 | 17 | CRO; is that correct? | |
| 12:57:34 | 18 | A. | And you're asking if that letter made me aware |
| 12:57:38 | 19 | of what I needed to do? | |
| 12:57:39 | 20 | Q. | No. |
| 12:57:40 | 21 | | So in my prior question I referenced the Go |
| 12:57:42 | 22 | Back Letter, and I just -- | |
| 12:57:43 | 23 | A. | Yes. |
| 12:57:43 | 24 | Q. | -- right.  And you said that at some point you |
| 12:57:46 | 25 | became aware of the contents of that letter. | |

925-831-9029                                              emerickfinch@emerickfinch.com

Page 194

**CERTIFICATE OF REPORTER**

1
2
3       I, DEBRA J. SKAGGS, hereby certify that the
4  witness in the foregoing deposition was by me remotely
5  duly sworn to tell the truth, the whole truth, and
6  nothing but the truth in the within-entitled cause;
7
8       That said deposition was taken in shorthand by
9  me, a Certified Shorthand Reporter of the State of
10 California, and was thereafter transcribed into
11 typewriting, and that the foregoing transcript
12 constitutes a full, true, and correct report of said
13 deposition and of the proceedings which took place;
14
15      That I am a disinterested person to the said
16 action.
17
18      IN WITNESS WHEREOF, I have hereunto set my
19 hand this 11th day of April, 2022.
20
21 _____
22      DEBRA J. SKAGGS, CSR No. 7857
23
24
25              ---oOo---