Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:    (510) 999-7908
Facsimile:     (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LISAMARIA MARTINEZ, | Case No. 20-cv-06570-TSH |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT COUNTY OF ALAMEDA'S NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS** |
| COUNTY OF ALAMEDA, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant COUNTY OF ALAMEDA hereby gives notice that the original transcript of each of the following depositions will be lodged with the Court for trial:

| NO. | DEPONENT | DATE |
|---|---|---|
| 1 | Lisamaria Martinez, Plaintiff | March 23, 2022 |
| 2 | Steven Clark, Plaintiff's expert | November 16, 2023 |
| 3 | Karen McCall, Plaintiff's expert | November 16, 2023 |
| 4 | Eve Hill, Plaintiff's rebuttal expert | November 21, 2023 |

Dated: March 25, 2024

Respectfully submitted,
**ORBACH HUFF & HENDERSON LLP**

By: */s/ Kevin E. Gilbert*
    Kevin E. Gilbert
    Nicholas D. Fine
    Attorneys for Defendant
    COUNTY OF ALAMEDA