Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:     (510) 999-7908
Facsimile:      (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>　　　　　Defendant. | Case No.  20-cv-06570-TSH<br><br>**STIPULATION REGARDING ELEMENT OF CLAIM UNDER GOVERNMENT CODE SECTION 11135** |

# STIPULATION

Plaintiff Lisamaria Martinez ("Plaintiff") and Defendant County of Alameda ("Defendant") hereby stipulate to the following:

For purposes of this litigation only, and specifically Plaintiff's Third Cause of Action under California Government Code section 11135, the parties stipulate that the County of Alameda has received funding or financial assistance from the State of California for the relevant period.

**IT IS SO STIPULATED.**

Dated:  March 26, 2024         **TRE LEGAL PRACTICE**

By:   /s/ *Timothy Elder*
       Timothy Elder
       Tomiyo Stoner
       Attorneys for Plaintiff
       LISAMARIA MARTINEZ

Dated:  March 26, 2024         **ORBACH HUFF + HENDERSON LLP**

By:   */s/ Kevin E. Gilbert*
       Kevin E. Gilbert
       Nicholas D. Fine
       Attorneys for Defendant
       COUNTY OF ALAMEDA