TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**COUNTY OF ALAMEDA**,<br><br>　　　　Defendants | Case No. 3:20-cv-06570-TSH<br><br>**JOINT STIPULATION FOR ADDITIONAL JURY INSTRUCTION**<br><br>Trial Date: March 26, 2024<br>Judge: Hon. Thomas S. Hixson |

**JOINT STIPULATION FOR ADDITIONAL JURY INSTRUCTION**

The parties stipulate and agree to the following as an additional jury instruction:

During the course of these proceedings, you may observe individuals that appear to be listening to audio output from a computer or mobile device while they are in the courtroom, including possibly while they are on the witness stand. This is one of the ways that a blind or visually impaired user may review documents, with the software on the device generating a text-to-speech output.

Respectfully submitted,

DATED: March 26, 2024

TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

DATED: March 26, 2024

ORBACH HUFF + HENDERSON LLP

*/s/ Kevin E. Gilbert*
Kevin E. Gilbert

*Attorneys for Defendants*