### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Thomas S. Hixson | | Timothy R. Elder<br>S. Timiyo Stoner | | Nicholas D. Fine<br>Kevin E. Gilbert |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| Tuesday -3/26/2024 – Day 1 | | Ana Dub/Kelly Shaneline | | Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3/26/2024 | | | **9:22 am - Court in Session** | RM |
| | | 3/26/2024 | | | **9:30 am – Plaintiff's Counsel Timothy Elder stated to court their Substantive Response re the certificates for the depositions will be filed today.**<br><br>**Court ruled on rebuttal witness Hill re objection by def.** | RM |
| | | 3/26/2024 | | | **9:39 – Plaintiff's Demonstrative Graphic Representations of the CRO.**<br><br>**9:40 am – Def. counsel Nicholas Fine – Rep. County of Alameda - Objecting to Demonstrative graphic representations of the CRO**<br><br>**Court rules graphic may be allowed.** | RM |
| | | | | | **9:50 AM – Jurors No. 33, No. 38, No.42 – did not appear for jury service.**<br><br>**Note: Juror No. 33 – did finally appear in the afternoon and was not used in Jury Voir Dire.** | RM |
| | | 3/26/2024 | | | **9:52 AM- Proposed Jurors in attendance – Introductions of Judge and Court Staff**<br><br>**Both Plaintiff(s) Defendant (s ) Counsel introduce themselves and staff to Jurors.** | RM |
| | | 3/26/2024 | | | **10:07 AM – Jury Voir Dire begins**<br><br>**10:26 AM – Continuing Voir Dire of Jurors**<br><br>**10:55 AM – Continuing Voir Dire of Jurors** | RM |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3/26/2024 | | | **11:00 AM – Plaintiff's Counsel Timiyo Stoner Voir Dire of Jurors with specific questions to various jurors.**<br><br>**11:21 AM – Counsel for Defendant, Nicholas Fine Voir Dire of Jurors with specific questions to various jurors.** | RM |
| | | 3/26/2024 | | | **11:37 AM – Court breaks** | RM |
| | | | | | **1:01 PM - Court in Session**<br><br>**1:09 PM – 8 Jurors have been seated for the trial. Jurors, all sworn**<br><br>**1:10 PM – Jury Instructions given to Jurors** | RM |
| | | 3/26/2024 | | | **1:25 PM – Court in recess** | RM |
| | | 3/26/2024 | | | **2:10 pm - Court in session** | RM |
| | | 3/26/2024 | | | **2:15 pm – Plaintiff's opening statement by Counsel, Timothy Elder**<br><br>**2:56 PM – Plaintiff's Counsel Timothy Elder rests opening statement.** | RM |
| | | 3/26/2024 | | | **2:57 PM – Defendant's Counsel Nicholas D. Fine – Opening Statement**<br><br>**3:19 PM - Exhibit C, 3: Audio of communication played to jury by Defendant's Counsel Nicholas D. Fine**<br><br>**3:29 PM – Def's Counsel Nicholas D. Fine rests Opening Statement** | RM |
| | | 3/26/2024 | | | **3:30 PM - Court in Recess – Day 1** | RM |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: March 26, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|-----|-----|-------------|-----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: March 26, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |