TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> **PLAINTIFF'S NOTICE OF LODGING ORIGINAL DEPOSITION TRANSCRIPTS** <br><br> Trial Date: March 26, 2024 <br> Judge: Hon. Thomas S. Hixson |

# NOTICE OF LODGING

PLEASE TAKE NOTICE that Plaintiff Lisamaria Martinez gives notice that the original transcript of each of the following depositions will be lodged with the Court for trial:

| DEPO NO | DEPONENT | DATE OF DEPO | DATE OF SIGNED APPROVAL |
|---|---|---|---|
| 1 | Angelina Moran | 1/24/22 | 2/22/22 |
| 2 | Maria Laura Briones | 1/26/22 | 2/16/22 |
| 3 | Eva He | 1/28/22 | 2/10/22 |
| 4 | Matt Yankee (as individual) | 2/1/22 | 2/28/22 |
| 5 | Matt Yankee (as 30(b)(6)) | 2/4/22 | 2/28/22 |

DATED: March 26, 2024

Respectfully submitted,

TRE LEGAL PRACTICE

*/s/ Kristopher A. Nelson*
Kristopher A. Nelson

*Attorneys for Plaintiff*