**TUNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cv-06570-TSH
Case Name: Martinezv. County of Alameda

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Timothy R. Elder<br>S. Timiyo Stoner | Nicholas D. Fine<br>Kevin E. Gilbert |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 3/27/2023 – Day 2 | Ana Dub | Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3/27/2024 | | | 9:44 AM – Court in Session | RM |
| | | 3/27/2024 | | | 9:45 AM – Defendant's objection to Depositions certification is waived by the Court.<br><br>9:53 AM – Court orders parties to meet and confer about the damages issue. | RM |
| | | 3/27/2024 | | | 9:56 AM – Jury in attendance – Court read additional Jury Instruction to Jurors. | RM |
| EX 1 | | 3/27/2024 10:07 AM | EX 1 Admitted | | 10:00 AM – Witness Angelina Moran, Clerk Recorder Specialist w/ County of Alameda sworn.<br>Plaintiff's Counsel Timiyo Stoner – Examination of witness<br><br>10:07 AM -Plaintiff's Counsel Timiyo Stoner's Examination - witness, Angelia Moran – Plaintiff's Counsel Timiyo Stoner moves to admit EX. 1 – Court orders EX. 1 (JAdmitted | RM |
| EX 4 (A) | | 3/27/2024 10:17 AM | EX 4 (A) (audio) Admitted | | 10:17 AM – Counsel Timiyo Stoner moves to admit EX. 4 (A) – audio (edited version) – Court orders EX 4(A) admitted. | RM |
| | | | 10: 30 AM Deposition shown | | 10:30 AM – Deposition of Angelina Moran shown to witness, Angelina Moran – by Counsel Timiyo Stoner –<br><br>10:41 AM – Email shown to Angelina Moran – by Counsel Timiyo Stoner.<br><br>10:44 AM Plaintiff's Counsel's examination of witness Angelina Moran rests. | RM |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 10:45 AM – Cross Examination of witness Angelina Moran – by Defendant's Counsel Kevin Gilbert. | RM |
| | | | EX 1-identified | | 10:54 AM - Form Fictitious Business Name Statement shown to witness Angelina Moran by Defendant's counsel Kevin Gilbert. This is EX 1 previously admitted by Plaintiff's counsel . | RM |
| EX 3 (joint EX) | EX 3 (joint) | 3/27/2024 11:10 AM | EX 3 Admitted (joint EX) | | 11:10 AM – EX 3 – shown to witness Angelina Moran and Defendant's Counsel Kevin Gilbert moves to admit EX 3 (joint ex) – Court orders EX 3 admitted.<br><br>11:12 AM – Defendant's counsel Kevin Gilbert rests examination of witness Angelina Moran. | |
| | | | | | 11:12 AM – Plaintiff's counsel Tomiyo Stoner further examination of witness Angelina Moran<br><br>11:22 AM – Plaintiff's Counsel Timiyo Stoner rests examination of witness Angelina Moran | RM |
| | | | | | 11:23 AM – Court in recess - Break 15 minutes | RM |
| | | | | | 11:44 – Court in session | RM |
| | | | | | 11:55 AM- Plaintiff's counsel Timothy Elder – Examination of witness Emily Grim -Care Provider.<br>12:05 PM – Plaintiff's rests examination | RM |
| | | | | | 12:07 PM – Court in recess | RM |
| | | | | | 1:02 PM – Court in session | |
| | | | | | 1:06 PM – Witness Maria Laura Briones, Clerk Recorder/Collection Supervisor Cty. of Alameda, sworn<br><br>Plaintiff's counsel Timiyo Stoner examination of witness Maria Laura Briones | RM |
| EX 2 | | 3/27/2024 1:09 PM | EX 2 Admitted | | 1:09 PM -Plaintiff's Counsel Timiyo Stoner identified EX. 2 to the witness Briones and moved EX 2 to be admitted. Court ordered EX 2 Admitted | RM |
| EX 4 (C) | | 3/27/2024 1:12 PM | EX 4 (C) Admitted | | 1:12 PM -Plaintiff's Counsel Timiyo Stoner identified EX. 4 ( C) to the witness Briones and moved EX 4 (C) to be admitted. Court ordered EX 4 (C) Admitted | RM |
| EX 4 (D) | | 3/27/2024 1:12 PM | EX 4 (C) Admitted | | 1:12 PM - Plaintiff's Counsel Timiyo Stoner identified EX 4 ( D ) to the witness Briones and moved EX 4 (D) to be admitted. Court ordered EX 4 (D) Admitted | RM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 1:46 PM - Plaintiff's counsel Timiyo Stoner publishing EX 4 (D), previously admitted, to witness Briones – continues examination of witness Maria Laura Briones<br><br>1:49 PM – rests examination of witness Maria Laura Briones by Counsel Timiyo Stoner | RM |
| | | | | | | 1:50 PM – Cross Examination of witness Laura Maria Briones by Counsel Kevin E. Gilbert<br><br>1:57 PM - Def's counsel publishing to witness Briones, EX 1, previously admitted.<br><br>2:08 PM – Defendant's Counsel Kevin Gilbert rests his cross examination of witness Briones. | RM |
| | | | | | | 2:08 PM – Plaintiff's Counsel Timiyo Stoner re-examination of witness Briones.<br><br>2:13 PM – Plfs. Counsel rest her re-examination.<br>Witness Briones excused | RM |
| | | | | | | 2:16 PM – Recess break | RM |
| | | | | | | 2:51 Court in session | RM |

3

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: March 27, 2024
Courtroom Deputy: Rose Maher - Court Reporter:   Ana Dub

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 2:54 PM – Rebuttal Expert Witness Karen McCall – PDF Screen Reader Creator re Adobe, sworn<br><br>2:55 PM – Plaintiff's Counsel, Timiyo Stoner examination of witness Karen McCall.<br><br>3:01 PM - Counsel moves witness Karen McCall be deemed an expert witness in her field. Court so orders witness McCall an expert witness in her field. | RM |
| EX 21 | | 3/27/2024 3:09 PM | EX 21 | | 3:09 PM – Plaintiff's counsel moves to admit EX 21 – Court orders EX 21 – Admitted. | |
| EX 22 | | 3/27/2024 3:10 PM | EX 22 | | 3:10 PM – Plaintiff's counsel moves to admit EX 22 – Court orders EX 22 – Admitted. | |
| EX 23 | | 3/27/2024 3:10 PM | EX 23 | | 3:10 PM – Plaintiff's counsel moves to admit EX 23 – Court Orders EX 23 admitted. | |
| EX 24 | | 3/27/2024 3:16 PM | EX 24 | | 3:14 PM – Plaintiff's counsel moves to admit EX 24 – Court orders EX 24 admitted.<br><br>3:19 PM – Plaintiff's Counsel Timiyo Stoner rest examination of Witness Karen McCall. | |
| | | | | | 3:19 PM – Cross Examination of Rebuttal Witness Karen McCall by Defendant's counsel Kevin Gilbert.<br>3:28 PM - Counsel for Def. Kevin Gilbert rest his cross-examination of Witness Karen McCall | |
| | | | | | 3:38 PM - Plaintiffs Counsel Timiyo Stoner re-direct of witness Karen McCall . | |
| | | | | | 3:28 PM – Plaintiff's counsel rest redirect of Rebuttal Witness Karen McCall. | |
| | | | | | 3:30 PM – Witness Karen McCall excused. | RM |
| | | | | | 3:35 PM – Court in Recess for the day | RM |
| | | | | | | |