UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Timothy R. Elder<br>S. Timiyo Stoner | Kevin E. Gilbert<br>Nicholas D. Fine |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 3/28/2024 – Day 3 | Ana Dub | Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 9:23 AM - Court in session | RM |
| | | | | | 9:31 AM – Jurors in attendance | RM |
| | | | | | 9:33 AM – Witness Matthew Yankee, appearing as Corporate Representative of County of Alameda sworn.<br><br>9:35 AM – Pltf's counsel Timiyo Stoner examination of witness Matthew Alan Yankee proceeds. | RM |
| | | | | | 9:53 AM – Juror not in attendance – Court has Sidebar w/ counsel re testimony of witness Mr. Yankee. | RM |
| | | | | | 10:01 AM – Jurors returned to Courtroom | RM |
| | | | EX 4(C) | | 10:02 AM – Pltf's Counsel Timiyo Stoner continues examination of witness Matthew Alan Yankee.<br><br>10:15 AM - EX 4 (C) (audio exhibit) identified to witness Matthew Alan Yankee.<br><br>10:41 AM – Examination of witness Matthew Alan Yankee continues.<br><br>10:47 AM – Plaintiff's counsel Timiyo Stoner rests examination of witness Matthew Alan Yankee. | RM |
| | | | | | 10:48 AM – Court in Recess – 15 minute break | RM |
| | | | | | 11:09 AM – Jury returns to court. | RM |
| | | | EX2 | | 11:11 AM – Def's counsel Kevin Gilbert cross-examination of witness Matthew Alan Yankee | RM |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 11:30 AM - EX 2 – Go back letter exhibit identified to witness Matthew Alan Yankee by Counsel for defendant, Kevin Gilbert | |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: March 28, 2024
Courtroom Deputy: Rose Maher    - Court Reporter:    Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 11:52 AM – Defendant's counsel Kevin Gilbert rests witness examination of Matthew Alan Yankee | RM |
| | | | | | 11:53 AM – Plaintiff's Counsel Timiyo Stoner further examination of witness, Matthew Alan Yankee.<br><br>12:17 PM – Plaintiff's counsel Timiyo Stoner rests her further examination of witness Matthew Alan Yankee.  Witness excused. | RM |
| | | | | | 12:17 PM – Jurors recess from courtroom | |
| | | | | | 12:25 PM – Court in recess – 45 minutes | |
| | | | | | 1:26 pm – Court in Session – Jury in attendance | RM |
| | | | | | 1:28 PM- Witness Lucia Greco, sworn | RM |
| | | | | | 1:30 PM – Plaintiff's counsel Timothy Elder examination of witness Lucia Greco.<br><br>1:41 PM – Plaintiff's counsel Timothy Elder rest his examination of witness Lucia Greco. | RM |
| | | | | | 1:41 PM – Def's counsel Kevin Gilbert cross-examination of witness Lucia Greco.<br><br>1:43 PM – Defendant's counsel Kevin Gilbert rests his cross-examination of witness Lucia Greco. | RM |
| | | | | | 1:43 PM – Plaintiff's counsel Timothy Elder has a question of witness Lucia Greco and rests after answer to question. | RM |
| | | | | | 1:49 PM – Court orders witness Marco Salsiccia excluded from the Plaintiff's witness list. | RM |
| | | | | | 1:51 PM – Court in recess – 15 minutes | RM |
| | | | | | 2:10 PM – Court in session | RM |
| | | | | | 2:13 PM – Witness Steven Clark, Adaptive Technology Services sworn. | RM |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2:13 PM – Plaintiff's counsel Timothy Elder examination of witness Steven Clark.<br><br>2:30 PM – Plaintiff's counsel Timothy Elder Moves to make witness Steven Clark an expert witness in his field.<br>Court Orders witness Steven Clark an expert witness in his field. | RM |
| EX 11 A | | 3/28/2024 2:43 PM | EX11 (A) admitted | | 2:43 PM – Plaintiff's counsel, Timothy Elder moves to admit EX 11 (A).<br>Court Orders EX 11 (A) be submitted.<br>EX 11 (A) published to witness Steven Clark. | RM |
| EX 11 D | | 3/28/2024 2:48 PM | EX11 (D) admitted | | 2:48 PM - Plaintiff's counsel, Timothy Elder moves to admit EX 11 (D).<br>Court Orders EX 11 (D) be submitted.<br>EX 11 (D) published to witness Steven Clark. | RM |
| EX 11 C | | 3/28/2024 2:51 PM | EX11 (C) admitted | | 2:51 PM - Plaintiff's counsel, Timothy Elder moves to admit EX 11 (C).<br>Court Orders EX 11 (C) be submitted.<br>EX 11 (C) published to witness Steven Clark. | RM |
| EX 11 B | | 3/28/2024 3:00 PM | EX11 (B) admitted | | 3:00 PM - Plaintiff's counsel, Timothy Elder moves to admit EX 11 (B).<br>Court Orders EX 11 (B) be submitted.<br>EX 11 (B) published to witness Steven Clark. | RM |
| | | | | | 3:04 PM - Defendant's counsel Kevin Gilbert's examination of witness Steven Clark.<br><br>3:20 PM – Defendant's counsel, Kevin Gilbert rests his examination. | RM |
| | | | | | 3:20 PM – Plaintiff's counsel Timothy Elder re-direct of witness Steven Clark.<br><br>3:23 PM – Witness Steven Clark is excused | RM |
| | | | | | 3:23 PM – Jurors excused for the day | RM |
| | | | | | 3:27 PM – Court in Recess for the day | RM |