UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 20-cv-06570-TSH<br><br>**VERDICT FORM** |

Dated: April 1, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge

**JURY VERDICT FORM**

**Question 1:**

Did Plaintiff Lisamaria Martinez prove by a preponderance of the evidence that Defendant Alameda County violated her rights under the Americans with Disabilities Act on March 29, 2019?

Yes \_\_\_            No \_\_\_

*If you answer "yes," please go to question 2. If you answer "no," please answer no further questions, and go to the end and sign and date the form.*

**Question 2:**

Did Plaintiff prove by a preponderance of the evidence that Defendant's violation of the Americans with Disabilities Act occurred because of Defendant's deliberate indifference to her federally protected rights?

Yes \_\_\_            No \_\_\_

*If you answer "yes," please go to question 3. If you answer "no," please skip question 3 and go to question 4.*

**Question 3:**

What is the amount of damages you award to Plaintiff and against Defendant under the Americans with Disabilities Act?

$_____

*Go to question 4.*

**Question 4:**

What is the amount of damages you award to Plaintiff and against Defendant under the California Disabled Persons Act?

$_____

*Go to question 5.*

**Question 5:**

Did Plaintiff prove by a preponderance of the evidence that Defendant's violation of the Americans with Disabilities Act occurred in a program or activity that is conducted, operated, or administered by the state or by any state agency, is funded directly by the state, or receives any financial assistance from the state?

Yes___          No___

*Go to question 6.*

3

**Question 6:**

Did Plaintiff prove by a preponderance of the evidence that the Defendant's Clerk Recorder's Office will likely in the future violate its legal obligations described in Final Instructions Nos. 11 and 12 with respect to individuals with a disability of blindness or visual impairment in the same type of way that you found?

Yes\_\_\_             No\_\_\_

**Sign and Date**

Once you have completed the verdict form, please sign and date it below:

We, the jury, unanimously answered the preceding question(s) according to our deliberations.

Dated: _____         _____
                                                                Foreperson

4