UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>        Defendants. | Case No.   3:20-cv-6570 TSH<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

IT IS SO ORDERED.

Dated: April 1, 2024

*[signature]*

THOMAS S. HIXSON
United States Magistrate Judge