UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE THOMAS S. HIXSON            Case No. 20-cv-06570-TSH

CASE NAME: Martinez v. County of Alameda

NOTE FROM THE JURY

Note No. 1

Date 4/2/24

Time 1324

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Does ADA experience apply to online services? ~~as well as in person services?~~ nt

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE THOMAS S. HIXSON            Case No. 20-cv-06570-TSH

CASE NAME: Martinez v. County of Alameda

NOTE FROM THE JURY

Note No. __1__

Date __4/2/24__

Time __1324__

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

Does ADA experience apply to online services? ~~as well as in person services?~~ nt

_____
Foreperson of the Jury