UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No. 20-cv-06570-TSH<br><br>**COURT'S PROPOSED ANSWER TO JURY QUESTION NO. 1**<br><br>Re: Dkt. No. 170 |

Members of the jury, the Court answers your question as follows:

The Americans with Disabilities Act provides that no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. This requirement applies to the services, programs, or activities of a public entity, regardless of whether they are provided in-person or online.

Plaintiff Lisamaria Martinez alleges that Defendant County of Alameda violated the Americans with Disabilities Act on March 29, 2019, when she went in-person to the Defendant's Clerk Recorder's Office. She does not allege that the Defendant violated her rights under the Americans with Disabilities Act on any other day.

Dated: April 2, 2024

THOMAS S. HIXSON
United States Magistrate Judge