UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No.  20-cv-06570-TSH<br><br>**ANSWER TO JURY QUESTION NO. 1**<br>Re: Dkt. No. 170 |

Members of the jury, the Court answers your question as follows:

In answering Question 1 on the verdict form:  Plaintiff Lisamaria Martinez alleges that Defendant County of Alameda violated the Americans with Disabilities Act with regard to her attempt to file the FBNS form in-person on March 29, 2019.

In answering Question 6 on the verdict form:  Final Instruction No. 21 states that if you find in favor of the Plaintiff on her claims under the Americans with Disabilities Act, the California Disabled Persons Act, or California Government Code section 11135, then the Court must determine whether to issue an injunction against further violations of those laws.  It states that you must decide whether the Defendant's Clerk Recorder's Office will likely in the future violate its legal obligations described in Final Instructions Nos. 11 and 12 with respect to individuals with a disability of blindness or visual impairment in the same type of way that you found.  The requirements of the Americans with Disabilities Act described in Final Instructions Nos. 11 and 12 apply to the services, programs, or activities of a public entity, regardless of whether they are provided in-person or online.

1     In giving this answer, I am not implying that the Defendant violated its legal obligations on
2  March 29, 2019.  Whether or not it did so is for you to decide.

Dated: April 2, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge