UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE THOMAS S. HIXSON        Case No. 20-cv-06570-TSH

CASE NAME: Martinez v. County of Alameda

NOTE FROM THE JURY

Note No. ___2___

Date ___4/2/24___

Time ___1644___

1. The Jury has reached a unanimous verdict (✓)

   or

2. The Jury has the following question:

_____
_____
_____

_____
Foreperson of the Jury