UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Thomas S. Hixson | PLAINTIFF ATTORNEY: Timothy R. Elder  S. Timiyo Stoner | DEFENSE ATTORNEY: Kevin E. Gilbert  Nicholas D. Fine |
|---|---|---|
| TRIAL DATE: 3/29/2024 - Day 4 | REPORTER(S): Kelly Shainline | CLERK: Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 9:30 AM - Court in Session | RM |
|  |  |  |  |  | 9:50 AM – Witness Lisa Marie Martinez - sworn | RM |
|  |  |  | EX 22  EX 4 (A) |  | 9:51 AM – Plaintiff's Counsel Timothy Elder examination of witness Lisa Marie Martinez who is the plaintiff.  10:26 AM – EX 22 identified to witness Lisa Marie Martinez with audio by Plaintiff's Counsel Timothy Elder  11:14 AM – EX 4 (A) identified to witness Lisa Marie Martinez with audio by Plaintiff's Counsel Timothy Elder | RM |
|  |  |  |  |  | 11:21 AM  - Court in Recess – 15 minutes | RM |
|  |  |  |  |  | 11:48 AM – Court in session | RM |
|  |  |  | EX 4 (C) |  | 11:50 AM - Plaintiff's Counsel Timothy Elder continues examination of witness Lisa Marie Martinez who is the plaintiff  11:51 AM -EX 4 (C) identified to the witness Lisa Marie Martinez | RM |
| EX 5 |  | 3/29/2024 11:55 PM | EX 5 Admitted |  | 11:55 AM – Counsel for Plaintiff Timothy Elder moves to admit EX 5 into evidence.  Court ordered EX 5  admitted. | RM |
|  |  |  |  |  | 11:55 AM - Plaintiff's Counsel Timothy Elder continues examination of witness Lisa Marie Martinez who is the plaintiff. | RM |
|  |  |  |  |  | 12:29 AM – Sidebar – Jury not in attendance  12:39 AM – Jury in attendance | RM |
|  |  |  |  |  | 12:39 AM - Plaintiff's Counsel Timothy Elder continues examination of witness Lisa Marie Martinez who is the plaintiff. | RM |

1

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: March 29, 2024
Courtroom Deputy: Rose Maher   - Court Reporter:   Kelly Shainline

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 12:51 PM – Jury excused for lunch | RM |
| | | | | | 1:08 PM – Court in recess – 45 minutes | RM |
| | | | | | 2:08 PM – Court in session | RM |
| | | | | | 2:10 PM – Defendant's Counsel Kevin Gilbert cross-examination of witness Lisamaria Martinez<br><br>2:19 PM - Defendant's Counsel Kevin Gilbert rests his cross-examination of witness Lisamaria Martinez | RM |
| | | | | | 2:22 PM – Court in recess | RM |
| | | | | | 2:34 PM – Court in Session | RM |
| | | | | | 2:34 PM – Jury in attendance | RM |
| | | | | | 2:37 PM – Witness Eve Hill sworn.<br><br>2:28 PM – Plaintiff's Counsel Timothy Elder examination of witness Eve Hill.<br><br>2:44 PM – Plaintiff's counsel moves to have witness Eve Hill designated as an expert witness – Court deems witness Eve Hill an expert witness.<br><br>2:54 PM - Plaintiff's Counsel Timothy Elder rests his examination of witness Eve Hill. | RM |
| | | | | | 2:54 PM – Defendant's counsel Kevin Gilbert cross examination of witness Eve Hill.<br><br>2:59 PM - Defendant's counsel Kevin Gilbert rests cross examination of witness Eve Hill. | RM |
| | | | | | 3:00 PM – Plaintiff's counsel Timothy Elder rests his examination of witness Eve Hill.<br>3:01 PM - Witness Eve Hill is excused. | RM |
| | | | | | 3:01 PM : - Jury returned to jury room | RM |
| | | | | | 3:13 PM - Court advising Jury of schedule for trial 4/1/2024.<br><br>3:13 PM - Closing statements to be heard on Monday 4/1/2024. | RM |
| | | | | | 3/18/2024 – Court in recess for day | RM |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |