# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|---|
| Thomas S. Hixson | | Timothy R. Elder<br>S.Timiyo Stoner | Kevin E. Gilbert<br>Nicholas D. Fine |
| **TRIAL DATE:** | | **REPORTER(S):** | **CLERK:** |
| 4/1/2024 – Day 5 | | Kelly Shainline | Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **9:33 AM – Court in session – Jury Instructions presented to all counsel** | RM |
| | | | | | **9:36 AM - Defendant's counsel Kevin Gilbert objection to Jury Instruction no. 9 – Court edits Instruction No. 9 with additional wording. All counsel in agreement with new paragraph read by the Court into Instruction No. 9.** | RM |
| | | | | | **9:44 AM – Defendant's counsel Kevin Gilbert objects to Jury Instruction No. 12. Overruled.** | RM |
| | | | | | **9:49 AM – Defendant's counsel Kevin Gilbert objects to Jury Instruction No. 14. – Overruled.** | RM |
| | | | | | **9:54 AM - Defendant's counsel Kevin Gilbert objects to Jury Instruction No. 16.- Overruled.** | RM |
| | | | | | **9:57 AM - Defendant's counsel objects to Jury Instruction No. 18 – Court will review instruction.** | RM |
| | | | | | **10:17 AM – Court identifies Verdict Form to both Plaintiff's and Defendant's counsel.** | RM |
| | | | | | **10:18 AM – Defendant's counsel objects to Verdict Form – Court will review objection.** | RM |
| | | | | | **10:22 AM – Court in recess** | RM |
| | | | | | **10:55 AM  - Court in session** | RM |
| | | | | | **10:55 AM – Jury Instructions to be filed and then will be given to all counsel.** | RM |
| | | | | | **11:05 AM – Court in Recess** | RM |
| | | | | | **11:47 AM – Court in session** | RM |
| | | | | | **11:50 AM – Closing Argument by Plaintiff's counsel Timoyo Stoner.** | RM |
| | | | | | **12:33 PM – Court in recess** | RM |
| | | | | | **1:30 PM – Closing Argument by Defendant's counsel Kevin Gilbert** | RM |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **2:29 PM – Closing Argument rests by Def's Counsel Kevin Gilbert.** | |
| | | | | | **2:29 PM – Plaintiff's counsel Timothy Elder objecting to a statement in Defendant's counsel Kevin Gilbert's closing argument.** | **RM** |
| | | | | | **2:49 PM – Court reads Jury Instructions to Jurors prior to their deliberation.**<br><br>**3:25 PM – Court completes jury instructions to Jurors.  Jurors returned to Jury room.** | **RM** |
| | | | | | **3:28 PM Court in recess – end of day 5** | **RM** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: April 1, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|-----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: April 1, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---------|---------|-------------------|----|----|-------------|----|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |