**4/2/2024 dUNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 20-cv-06570-TSH
Case Name: Martinezv. County of Alameda

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Timothy R. Elder<br>S. Timiyo Stoner | Kevin E. Gilbert<br>Nicholas D. Fine |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 4/2/2024 – Day 6 | Ana Dub | Rose Maher |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 2:43 PM - Court in Session | RM |
| | | | | | 2:44 PM – Jury question No. 1 submitted by the Jury on 4/2/2024 at 1:24 pm – Court issued a proposed Answer to the Jury Question No. 1 - Plaintiff's counsel Timothy Elder has objection to sentence in the Court's proposed order, ECF docket no. 171- Court's Proposed Answer to Jury Question No. 1. | |
| | | | | | 2:52 PM – Defendant's objection by counsel, Kevin Gilbert – objecting to Court's proposed order, ECF docket no. 171- Court's Proposed Answer to Jury Question No. 1. | |
| | | | | | 2:59 PM – Court in recess | RM |
| | | | | | 3:08 PM – Court in Session | RM |
| | | | | | 3:08 PM – Court revises its ECF docket no. 171- Court's Proposed Answer to Jury Question No. 1. | RM |
| | | | | | 3:16 PM – Objection by Defendant's counsel Kevin Gilbert – Court Overrules objection. | RM |
| | | | | | 3:19 PM – Court in Recess | RM |
| | | | | | 3:30 PM – Court in Session | RM |
| | | | | | 3:31 PM – Court reads its edited version of ECF docket no. 171- Court's Proposed Answer to Jury Question No. 1 to both Plaintiff's and Defendant's counsel. | RM |
| | | | | | 3:35 PM – Court in Recess | RM |
| | | | | | 3:51 PM- Court in Session | RM |
| | | | | | 3:52 PM – Defendant's counsel objecting to the new revision made by the Court of ECF docket no. 171- Court's Proposed Answer to Jury Question No. 1 to both Plaintiff's and Defendant's counsel. | RM |

| | | | | | 4:06 PM – Court in recess | RM |
|---|---|---|---|---|---|---|

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: April 2, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____Ana Dub_____

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 4:22 PM – Court in session | RM |
| | | | | | 4:23 PM – Jury in attendance – Court reads its answer to Jury Question No. 1 to the jurors | RM |
| | | | | | 4:27 PM- Court in recess | RM |
| | | | | | 5:09 PM – Court in Session | RM |
| | | | | | 5:11 pm – Jury Verdict – Jurors to be polled individually.  Plaintiff's counsel did not seek jury polled – Defendant's counsel requested jurors be polled. | RM |
| | | | | | 5:15 PM – Jury in attendance in Courtroom – Jurors 1-8 polled - jury verdict by Court – All Jurors join as to all answers in the Verdict. Verdict is unanimous – Jury is discharged by the Court. | RM |
| | | | | | 5:26 PM – Trial completed and ended. Court in recess – Day 6 end of trial. | RM |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case No: 20-cv-06570-TSH
Case Name: Martinez v. County of Alameda
Date: April 2, 2024
Courtroom Deputy: Rose Maher_____ - Court Reporter:_____

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |