TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant County of Alameda*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ,** | Case No. 3:20-cv-06570-TSH |
| Plaintiff, | **JOINT CERTIFICATION OF COUNSEL REGARDING ADMITTED EXHIBITS** |
| v. | |
| **COUNTY OF ALAMEDA**, | Judge: Hon. Thomas S. Hixson |
| Defendants. | |

**ADMITTED EXHIBITS**

In compliance with the April 8, 2024 Order Re Trial Exhibits (ECF No. 188) and Local Rule 5-1(g)(1)(A), Plaintiff Lisamaria Martinez and Defendant County of Alameda jointly certify that the exhibits listed below and attached hereto are true and correct copies of the admitted exhibits in the above captioned matter.

| EXHIBIT NO. | DESCRIPTION | DATE ADMITTED |
|---|---|---|
| | **JOINT EXHIBITS** | |
| 1 | Plaintiff's Initial Completed FBN Form | 3/27/24 |
| 2 | Go Back Letter | 3/27/24 |
| 3 | Final Filed FBN | 3/27/24 |
| 4A | Audio Recording from 3/29/19 at CRO | 3/27/24 |
| 4C | Audio Recording from 3/29/19 at CRO | 3/27/24 |
| 4D | Audio Recording from 3/29/19 at CRO | 3/27/24 |
| | **PLAINTIFF'S EXHIBITS** | |
| 5 | Be Confident Be You Articles of Organization | 3/29/24 |
| 11A | Photo of CRO – Entrance – Check in Counter | 3/28/24 |
| 11B | Photo of CRO – Main Room | 3/28/24 |
| 11C | Photo of CRO – Public Viewing Room | 3/28/24 |
| 11D | Photo of CRO – Supervisor's Station | 3/28/24 |
| 21 | PDF of FBNS – 10/18 | 3/27/24 |
| 22 | PDF of FBNS – 4/21 | 3/27/24 |
| 23 | PDF of FBNS – 11/22 | 3/27/24 |
| 24 | PDF of FBNS – 12/22 | 3/27/24 |

1

2    DATED: April 12, 2024                  Respectfully submitted,

3                                           TRE LEGAL PRACTICE

4
                                            */s/ Timothy R. Elder*
5                                           Timothy R. Elder

6                                           *Attorneys for Plaintiff*

7

8

9                                           ORBACH HUFF SUAREZ + HENDERSON
                                            LLP
10
                                            */s/ Kevin E. Gilbert*
11                                          Kevin E. Gilbert

12                                          *Attorneys for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28