

EXHIBIT
Briones 1.26.2022
M1



# ALAMEDA COUNTY, CALIFORNIA
## OFFICE OF THE COUNTY CLERK-RECORDER

1106 Madison Street     Oakland, CA 94607
(510) 272-6362 Phone     (510) 272-6382 Fax

**MELISSA WILK**                                                                       **MATT YANKEE**
County Clerk-Recorder                                              Chief, Clerk-Recorder's Office

03/29/2019

BE CONFIDENT BE YOU COACHING LLC
LISAMARIA MARTINEZ
34904 HERRINGBONE CT
UNION CITY, CA, 94587

**Phone:** ( ) -
**RE:**
**Remarks:**

✓    **Insufficient fee.**
      THE FEE TO FILE A FICITITOUS BUSINESS NAME WITH ONE NAME AND ONE OWNER IS $40.00. PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO : ALAMEDA COUNTY CLERK-RECORDER.

✓    **If "LLC" is part of the Fictitious Business Name, then the registrant must be a Limited Liability Company, and must provide a State-endorsed copy of the Articles of Organization.**
      ALSO INDICATE THE STATE OF INCORPORATION UNDER SECTION C1.

✓    **You must check only one of the boxes in Section D.**
      SECTION D : BUSINESS CONDUCTED BY CANNOT BE AN INDIVIDUAL IF YOU ARE FILING AS AN LLC.

✓    **Other:**
      REGISTRANT BOX C1. INDICATE NAME OF THE LLC. REGISTRANT CANNOT BE AN INDIVIDUAL.

      **PLEASE RETURN THIS LETTER ALONG WITH YOUR CORRECTED DOCUMENT, IF APPLICABLE.**

✓    **If Registrant is Corporation or LLC, you must show title of Signer.**
      FOR EXAMPLE, CEO, PRESIDENT, SECRETARY, TREASURER, VICE PRESIDENT.

✓    **.**
      CAN RETURN YOUR FILING IN PERSON OR BY MAIL. WE ARE ENCLOSING AN ENVELOPE FOR YOUR CONVIENANCE.

Thank You, _____, Auditor Associate

                    1106 Madison Street     Oakland, CA 94607