# PLEASE REFERENCE AUDIO FILES 4A, 4C, 4D