

# California Secretary of State
## Electronic Certified Copy

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify that the attached transcript of 1 page is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California on this day of March 25, 2019

**ALEX PADILLA**
Secretary of State

Verification Number: QL31TG
Entity (File) Number: 201908410510

To verify the issuance of this Certificate, use the Verification Number above with the Secretary of State Electronic Verification Search available at bizfile.sos.ca.gov

PL0007

# California Secretary of State
## Electronic Filing



## LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | Be Confident Be You Coaching LLC |
| Entity (File) Number: | 201908410510 |
| File Date: | 03/20/2019 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

**Detailed Filing Information**

1. Entity Name: Be Confident Be You Coaching LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:
      34904 Herringbone Court
      Union City, California 94587-4626
      United States

   b. Initial Mailing Address:
      34904 Herringbone Court
      Union City, California 94587-4626
      United States

3. Agent for Service of Process:
   Lisamaria Martinez
   34904 Herringbone Court
   Union City California 94587
   United States

4. Management Structure: One Manager

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: Lisamaria Martinez

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.