TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendants | Case No. 3:20-cv-06570-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR PERMANENT INJUNCTION** <br><br> Trial Date: March 26, 2024 <br> Judge: Hon. Thomas S. Hixson |

# JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION FOR PERMANENT INJUNCTION

Pursuant to the Court's direction that the parties submit a stipulation for the briefing schedule on Plaintiff's motion concerning whether an injunction should issue, the parties stipulate and agree to the following briefing schedule:

1. Plaintiff's Motion for Permanent Injunction will be due on May 16, 2024 (30 days from today);
2. Defendant's Opposition to Plaintiff's Motion for Permanent Injunction will be due on June 6, 2024 (3 weeks later); and
3. Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Permanent Injunction will be due on June 20, 2024 (2 weeks later).

Defendant's Rule 50 motion will be due in accordance with the statutory deadline of 28 days after entry of the judgment.

Respectfully submitted,

DATED: April 16, 2024          TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

DATED: April 16, 2024          ORBACH HUFF + HENDERSON LLP

*/s/ Nicholas D. Fine*
Nicholas D. Fine

*Attorneys for Defendants*