UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>       Plaintiff,<br><br>   v.<br><br>**COUNTY OF ALAMEDA**,<br><br>       Defendant. | Case No. 3:20-cv-06570-TSH<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR PERMANENT INJUNCTION** |

**[PROPOSED] ORDER**

Having reviewed and considered the Joint Stipulation Regarding Briefing Schedule on Motion for Permanent Injunction, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permanent Injunction will be due on May 16, 2024, Defendant's Opposition will be due on June 6, 2024, and Plaintiff's Reply will be due on June 20, 2024, with Defendant's Rule 50 motion deadline set in accordance with the statutory deadline.

IT IS SO ORDERED.

DATED: _____    _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE