TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:    (415) 873-9199
Facsimile:    (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:    (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendants. | Case No. 3:20-cv-06570-TSH <br><br> **NOTICE OF ERRATA TO JOINT CERTIFICATION OF COUNSEL REGARDING EXHIBITS OFFERED BUT NOT ADMITTED** <br><br> Judge: Hon. Thomas S. Hixson |

On April 12, 2024, Plaintiff filed a Joint Certification of Counsel Regarding Exhibits Offered but not Admitted (ECF No. 192). In reviewing the filing, Plaintiff discovered that although approved by both parties, it was inadvertently filed without electronic signatures of counsel. As such, Plaintiff files this Notice of Errata with corrected signature page. Our apologies for this oversight.

DATED: April 26, 2024

Respectfully submitted,

TRE LEGAL PRACTICE

*/s/ Timothy R. Elder*
Timothy R. Elder

*Attorneys for Plaintiff*