| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 12, 2024 | Respectfully submitted, |
| 3 | | |
| 4 | | TRE LEGAL PRACTICE |
| 5 | | */s/ Timothy R. Elder* <br> Timothy R. Elder |
| 6 | | *Attorneys for Plaintiff* |
| 7 | | |
| 8 | | |
| 9 | | ORBACH HUFF SUAREZ + HENDERSON LLP |
| 10 | | |
| 11 | | */s/ Kevin E. Gilbert* <br> Kevin E. Gilbert |
| 12 | | |
| 13 | | *Attorneys for Defendants* |