TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone: (415) 873-9199
Facsimile: (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone: (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity, <br><br> Defendants. | Case No. 3:20-cv-06570-TSH <br><br> **DECLARATION OF TIMOTHY ELDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUCTION** |

I, Timothy Elder, declare:

1. I am an attorney admitted to practice in California and a counsel of record for Plaintiff Lisamaria Martinez. This declaration is based on my personal knowledge. I am competent to testify on the matters stated and declare that these items are true and accurate to the best of my knowledge and belief.

2. Attached as **Exhibit A** is a true and correct copy of the 12-21-22 Expert Report of Karen McCall.

3. Attached as **Exhibit B** is a true and correct copy of the 9/28/23 Expert Report of Karen McCall.

4. Attached as **Exhibit C** is a true and correct copy of the 12/21/22 Expert Report of Steven Clark.

5. Attached as **Exhibit D** is a true and correct copy of an email dated August 28, 2023 from Jocelyn Cole with attached guidance to CRO staff, Bates stamped as County_0121-23. It was proposed as Potential Trial Exhibit N (D14) in the pretrial Joint Exhibit List (ECF No. 105-5). It was shown to Ms. Moran to refresh her memory at trial (Moran Tr. 240:10-241:10) but was not introduced as an exhibit.

6. Attached as **Exhibit E** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 2, Testimony of Angelina Moran.

7. Attached as **Exhibit F** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 2, Testimony of Maria Laura Briones.

8. Attached as **Exhibit G** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 2, Testimony of Karen McCall.

9. Attached as **Exhibit H** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 3, Testimony of Matt Yankee.

10. Attached as **Exhibit I** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 3, Testimony of Steven Clark.

11. Attached as **Exhibit J** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 4, Testimony of Lisamaria Martinez.

12.  Attached as **Exhibit K** is a true and correct copy of a June 30, 2023 email from Nicholas Fine to Timothy Elder disclosing that the new online FBNS Web Access form or "FBNS suite" had been implemented.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/16/24                    /s/ Timothy R. Elder
                                          Timothy R. Elder