# Exhibit F

1   **MR. GILBERT:** Calls for a legal conclusion, lay
2   opinion, relevance, and speculation.
3       **THE COURT:** Sustained.
4   **BY MS. STONER:**
5   **Q.** In 2019, if Ms. Martinez had asked you to fill out a blank
6   FBNS form on her behalf and then had you read it back so that
7   she could verify its correctness, would you have done so?
8       **MR. GILBERT:** Speculation.
9       **THE COURT:** Overruled.
10      **THE WITNESS:** I would not.
11  **BY MS. STONER:**
12  **Q.** If she were to arrive in the CRO in a couple of weeks from
13  now, would you do that?
14  **A.** I would direct her to the kiosk.
15  **Q.** But would you write on a blank FBNS form?
16  **A.** I would not, since we have the software for her to be able
17  to do it on her own.
18  **Q.** And if the kiosk didn't work for Ms. Martinez or another
19  individual who is blind, would you then write on a blank FBNS
20  form for that person?
21      **MR. GILBERT:** Incomplete hypothetical.  Speculation.
22      **THE COURT:** Overruled.
23      **THE WITNESS:** I would not.
24  **BY MS. STONER:**
25  **Q.** In 2019, do you know if the FBNS form was available online