# Exhibit G

1  document automatically if nothing is done to the document?
2  **A.**  No.
3  **Q.**  What does it read?
4  **A.**  It says "Blank."
5  **Q.**  Okay. And when you can read a PDF document using a screen
6  reader, what kind of content is it picking up?
7  **A.**  Anything that is tagged. So in order to make a PDF
8  document available for us, there have to be these containers
9  called tags. So, for example, a paragraph is one type of
10 container.
11      Navigational points, for example, if you have something
12 that's bold and large and you make it a heading, then we will
13 be able to navigate from heading to heading.
14      For example, on the forms that I looked at, there were
15 pieces of text that were large, especially in the instructions.
16 One of them said "Requirement for Statement," and it was
17 incorrectly tagged so it wasn't a navigational point. So I
18 would have to read the entire document up to that point in
19 order to even know that that section of the document exists.
20      And if I read further and I wanted to go back, I would
21 have to start at the top of the document and read back down
22 without the correct containers and without the navigational
23 points.
24 **Q.**  So bottom line, without tags or without correct tags, a
25 PDF document -- is a PDF document useful to a screen reader

**McCALL - DIRECT / STONER**

1  user at all?
2  **MR. GILBERT:** Objection. Leading.
3  **THE COURT:** Overruled.
4  **THE WITNESS:** No, because we can't reliably know where
5  we are.  Things can be read out of order.  Things can be
6  repeated and we think we're stuck.  So there are a whole number
7  of issues that we encounter if a PDF isn't tagged and tagged
8  correctly.
9  **BY MS. STONER:**
10 **Q.**   And are there widely available standards that can walk
11 someone through how to do proper tagging on a PDF document?
12 **A.**   There are some interpretations in plain language versions
13 of the ISO technical specifications that are available.
14 **Q.**   What did you do to examine the County of Alameda's PDF
15 FBNS forms in this case?
16 **A.**   I did what I would normally do, which is to open the PDF
17 documents.  I immediately go to what is called the tags tree,
18 and that is where all of the tags are located.  And I can move
19 through the document tag by tag, and there's highlight on the
20 page that shows me what content is in the container, is in the
21 tag.
22       So I go down the tags tree, and I make sure that every
23 piece of content that should be identified to a screen reader
24 is identified to a screen reader and that the tag is correct.
25       And while I'm doing that, I'm also looking at whether the

1  Cumulative.  403.
2  **THE COURT:** Overruled.  Exhibit 23 is admitted.
3  (Trial Exhibit 23 received in evidence.)
4  **BY MS. STONER:**
5  **Q.** In performing the PDF audit, did you -- did you examine
6  Exhibit 21, Exhibit 22, and Exhibit 23 on December 21st, 2022?
7  **A.** Yes.
8  **Q.** And in performing your PDF audit, did you identify any
9  issues that would prevent a screen reader user from being able
10  to complete the document independently?
11  **A.** Yes.
12  **Q.** Did you find that on each version of the form, certain
13  items were missing tags?
14  **A.** Yes.
15  **Q.** Did you find on each version of the form, certain tags
16  were incorrect?
17  **A.** Yes.
18  **Q.** Can you tell me in practical terms from the user-side
19  experience some of the problems you encountered?
20  **A.** With Exhibit 21, there were tags for both pages, but there
21  were no form fields.  So nobody would be able to fill that out
22  online.
23      The problem with the tags was that there were no heading
24  tags; there were no list tags.  Everything was a paragraph tag.
25  So everything was -- had an equal role in the document.  So if

1  you wanted to read it and -- you would always have to start
2  from the top and go to the place where you wanted to go.
3      With Exhibit 22, there were form fields on page 1, but
4  they weren't connected to the tags.  The tags were still
5  incorrect, but the form fields were not connected to the tags.
6  So you couldn't, using a screen reader, reliably go through the
7  form fields and know where you are.  Because they're not
8  connected, you could easily go from first name to address back
9  to first name.
10     There was also a problem with a series of check boxes
11 around the middle of the page.  And when you land on them with
12 a screen reader, all you hear is "Check box not checked."  You
13 didn't hear any of the text associated with them.
14     When I looked at the tags, again, there was no connection
15 between those check boxes and the tags tree, but some of the
16 text was lumped together.  So if you had -- and I can't
17 remember the exact language, but if you had something like a
18 check box for dog, a check box for cat, and a check box for
19 bird, what you would hear is "Check box not checked, cat, dog,
20 bird."  So things would be consolidated and not separated the
21 way that they should be --
22 **Q.**  So, in other words --
23 **A.**  -- or --
24 **Q.**  In other words, in each version of the document, did
25 issues with tagging make it impossible for a screen reader user

1    to reliably navigate and complete the form?
2    **A.**   Yes.
3    **Q.**   And just to be clear, that applies to Exhibit 21?
4    **A.**   Yes.
5    **Q.**   22?
6    **A.**   Yes.
7    **Q.**   And 23?
8    **A.**   Yes.
9    **Q.**   And specifically on Exhibit 22, you noted forms with check
10   boxes?
11   **A.**   Yes.
12   **Q.**   Did you perform another PDF audit on or about
13   September 26, 2023?
14   **A.**   Yes.
15   **Q.**   And did you perform that document [sic] on what you've
16   been previously provided as Exhibit 24?
17   **A.**   Yes.
18   **Q.**   Okay.  And in reviewing Exhibit 20 -- sorry.
19          In reviewing Exhibit 24, is that a true and correct copy
20   of the December 2022 FBNS form for the County of Alameda?
21   **A.**   Yes.
22              **MS. STONER:**  Your Honor, I'd like to move to introduce
23   Exhibit 24 as an exhibit.
24              **THE COURT:**  Any objection?
25              **MR. GILBERT:**  No objection to 24.

1  **THE COURT:** Exhibit 24 is admitted.
2  (Trial Exhibit 24 received in evidence.)
3  **BY MS. STONER:**
4  **Q.** So in testing these multiple versions of the form, did you
5  find the later versions any more usable than the earlier
6  versions?
7  **A.** No.
8  **Q.** So in the 2022 FBNS, there were still problems with the
9  items being untagged?
10 **A.** Yes.
11 **Q.** And there were still problems with items being incorrectly
12 tagged?
13 **A.** Yes.
14 **Q.** And in Exhibit 24, were there any new barriers or problems
15 that weren't present in the earlier versions of the form?
16 **A.** In Exhibit 23 and 24, the first page of the form was not
17 tagged at all. So when you opened the form, you started on the
18 top -- at the top of the second page; and the screen readers,
19 because there's no tags for the first page, they don't even see
20 it.
21 In fact, I looked at it again today. I opened both 23 and
22 24. My screen reader started on page 2. I asked my screen
23 reader for a list of the form fields. It told me there were no
24 form fields. The only reason I know that there were some on
25 page 1 was because I do have some functional vision.

1   So anyone who was dependent on a screen reader would open
2   both Exhibits 23 and 24, land at the top of page 2, and not
3   realize that this was a two-page document, a form and the
4   instructions.  They would think they had just opened the
5   instructions.
6   **Q.**   And is it possible to create a PDF form that does not have
7   these issues?
8   **A.**   Yes.
9   **Q.**   And have you looked into any other versions posted more --
10  let me ask it this way:  Did you look within the last week or
11  so at the document that's currently on the County of Alameda's
12  website?
13  **A.**   Yes.  I downloaded the current version this morning.
14  **Q.**   Did you notice --
15  **A.**   It has --
16  **Q.**   Okay.  And the current version, is that the same one that
17  would have been in place last week?
18  **A.**   Last week, there was a revision date of 1/24 on that one;
19  and when I downloaded the version this morning, there was a
20  revision date on the first page of 3/24.
21  **Q.**   So the form was revised this month on the website?
22  **A.**   Yes.
23  **Q.**   And were you able to look at that new form that's on the
24  website today?
25  **A.**   Yes, I was.

1  **Q.** And was -- had any of the barriers been removed?
2  **A.** No.
3  **Q.** Are you confident in the accuracy of your work product?
4  **A.** I am.
5  **Q.** Do you think any qualified expert could reasonably
6  disagree about your key findings here today?
7  **A.** No.
8  **Q.** And during your deposition, did you have a little bit of
9  difficulty testifying as to the percentage accuracy of your
10 opinions?
11 **A.** Yes.
12 **Q.** Can you explain why?
13 **A.** It's not a tangible measurement. I work to the standards.
14 And to try and apply a percentage to a document is -- I would
15 have to consider, like, what am I -- what am I measuring?  Is
16 it the number of tags?  Is it the number of tags that are
17 correct?  Is it that someone with a screen reader and screen
18 magnification or just someone using a screen reader, someone
19 using voice recognition?  There are so many variables, which is
20 why we have the standard.  We work to the standard.
21     And that's what -- that's what I've adhered to for the
22 past -- well, the standard came into effect in 2008, and then
23 the second standard came into effect in 2012.  So as long as
24 we've had the standard that I'm a member of creating, I use --
25 I use the standard.