# Exhibit K

**From:** Nicholas D. Fine <nfine@ohhlegal.com>
**Sent:** Friday, June 30, 2023 3:53 PM
**To:** Timothy Elder <telder@trelegal.com>
**Cc:** Kevin Gilbert <kgilbert@ohhlegal.com>; Elena LaBella <elabella@ohhlegal.com>; Michelle Korosy <mkorosy@trelegal.com>; Kristopher A. Nelson <knelson@trelegal.com>; Tomiyo Stoner <tstoner@undauntedlaw.com>
**Subject:** Martinez v. County of Alameda - New FBNS Suite Implemented

Hi Tim,

I am writing to inform you that the CRO has implemented the new FBNS suite, which is now accessible online and via the kiosks in the CRO, including the kiosk reserved for persons with disabilities, equipped with the JAWS software.  We understand that JAWS is compatible with the new FBNS suite.  Additionally, the kiosk is still equipped with the blank PDF of the FBNS, should any issues arise with the new FBNS suite, such that a person with a disability could still complete the FBNS using the kiosk.  Further, as previously noted in the County's pleadings, should a person with a disability have any trouble or questions using either the new FBNS suite or the blank PDF of the FBNS on the kiosk, a CRO staff member will be able to view the FBNS on the kiosk's screen, direct the individual to the subject items, which the individual can then address him or herself using the kiosk.  In the event a disabled individual were to complete and submit an FBNS electronically that was not properly completed, a CRO staff member will assist the individual with completing a correct FBNS on the kiosk by directing the individual to the items which were not initially completed properly, when the individual is present in the CRO to print, sign, and/or file the form.  Upon request, a CRO staff member will also read the information in the FBNS back to the individual with a disability so that the individual can confirm the information is accurate.  A physical signature is still required.  To this end, the CRO will print a copy of the FBNS for the patron (whether the FBNS was completed in the CRO or online) and assist the individual with signing the form when the individual is in the CRO.

[Fictitious Business Name Filing - Clerk-Recorder's Office - Alameda County (acgov.org)](#)

Thank you,

Nick D. Fine

Orbach Huff + Henderson LLP
nfine@ohhlegal.com
Direct:  (510) 350-4066
Main:    (510) 999-7908
Cell:      (707) 319-2011
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California  94588

Los Angeles | Pleasanton | San Diego | City of Industry | Pacific Grove

**CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED COMMUNICATION**

The information contained in this email, including attachments, may be confidential or subject to attorney-client privilege and is only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or is the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us by return email or by calling 510-999-7908.