UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br>  Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br>  Defendant. | Case No. 3:20-cv-06570-TSH <br><br> **[PROPOSED] ORDER REGARDING MOTION FOR PERMANENT INJUNCTION** |

**[PROPOSED] ORDER**

Having reviewed and considered Plaintiff's Motion for Permanent Injunction, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Permanent Injunction is GRANTED.

The Court further ORDERS as follows:

1. That Defendant remediate their online PDF forms, which may be accessed from home or elsewhere, to make them accessible to blind individuals using screen readers;
2. That Defendant remediate their online FBNS Web Access form for use with screen readers;
3. That Defendant provide transcriber services as auxiliary aids or services to write on blank paper forms when a blind individual requests assistance with correcting or filling out a paper form handled by the CRO; and
4. That Defendant provide appropriate training on auxiliary aids and effective communication under the ADA.

IT IS SO ORDERED.

DATED: _____  _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE