# Exhibit D

| | |
|---|---|
| **From:** | Cole, Jocelyn, Clerk-Recorder |
| **To:** | All Clerk-Recorder |
| **Subject:** | RE: Persons with Vision Disabilities / Fictitious Business Name Statements |
| **Date:** | Monday, August 28, 2023 1:15:37 PM |
| **Attachments:** | JAWS SCREEN READER SOFTWARE INSTRUCTIONS .pdf |

Good afternoon,

This is a friendly reminder to please be prepared to assist persons with vision disabilities. I have attached the instructions again, for your reference.

Please don't hesitate to contact a member of management, if you have any questions or if additional assistance is needed.

Thank you!

**From:** Cole, Jocelyn, Clerk-Recorder
**Sent:** Tuesday, July 18, 2023 1:55 PM
**To:** All Clerk-Recorder <clerkrec@acgov.org>
**Subject:** Persons with Vision Disabilities / Fictitious Business Name Statements

Good afternoon,

We now have reserved Public Files computers in our Oakland and Dublin Clerk-Recorder offices set up for persons with vision disabilities, giving those individuals an opportunity to complete Fictitious Business Name Statements (FBNS) electronically.

Please be prepared to assist them.

Please review the attached document with instructions on how to access the Jobs Access with Speech (JAWS) screen reader software system and general guidelines.

Please don't hesitate to contact a member of management, if you have any questions or if additional assistance is needed.

Thank you very much for your cooperation!

## JAWS SCREEN READER SOFTWARE INSTRUCTIONS

**Please see below for information on using the JAWS screen reader software.**

**In Oakland - REC-PUBLIC-26** is the workstation that contains the JAWS 2022 Screen Reader Software.

USERNAME: Public11

PASSWORD: Pubfile321

**In Dublin – REC-DUB-PUB-13** is the workstation that contains the JAWS 2022 Screen Reader Software.

PASSWORD: Pub321

Users needing to use the JAWS screen reader will need to launch the application from the desktop. The software should already be open on the computer.

If the software isn't open double click the JAWS Icon: 

Once you log into the computer the program should begin reading the text on the screen. Moving the mouse over specific text on the screen will make program read it aloud.

Please be prepared to stay with the customer until they have completed their application in the event they require assistance.

Once they have completed their application please guide them to the correct location to wait to complete their filing.

If in Oakland, please **DO NOT** send them back to the Patio Area. If possible, transfer their ticket to the General Business queue using QMatic. If that is not possible, please call the Patio Area at 24935 and have them issue a General Business number and write it on a piece of paper for the customer.

**NOTE:** Items contained in the State dropdown menu may not be read by the program when the mouse is moved over the text. In these cases, the up and down arrows must be used to cycle through the dropdown so that screen reader software can read the different options for the customer.

**GENERAL GUIDELINES**

(1) CRO staff members should be aware of the opportunity for persons with vision disabilities to complete an FBNS electronically on the kiosk reserved for persons with disabilities and that the kiosk is equipped with Jobs Access with Speech screen access software, which allows persons with vision disabilities to perceive written text on a computer screen.

(2) CRO staff members should be prepared to inform individuals with vision disabilities about the kiosk, assist those individuals in locating the kiosk, and ensure it is operative for the individual to use.

(3) CRO staff members should be prepared to wait there at the kiosk with the individual, if the individual so requests, to provide any assistance the individual may need in using the kiosk.

(4) If assistance is needed, the CRO staff member should view the kiosk's screen and can either guide the mouse himself or herself to the location of the form that needs to be completed or describe the location to the individual so he or she can attempt to do so himself or herself.  The CRO staff member should confirm for the individual once the cursor is in the correct location so that the individual can use the keyboard to enter the appropriate information.

(5) CRO staff members should be prepared to read any portion of the FBNS to the person with a vision disability that the person may request, including reading not only the text on the form itself, but also the information that the individual has typed-in, to verify that it is accurate.

(6) CRO staff members should be prepared to print the form for the individual with a vision disability, help the individual sign it, and either file the form or ensure the individual with a disability is in the correct queue for filing.  With respect to signing the form, and subject to the permission of the person with a vision disability, the CRO staff member can guide the hand of the person with a vision disability to the correct location on the form to sign and the individual can then sign the form.

(7) In essence, CRO staff members should be ready and willing to provide any and all assistance requested, except for actually typing any of the information into the FBNS for the person with a disability.  It is fine if a CRO staff member moves the mouse/cursor to the correct location of the FBNS for the person with a vision disability, so long as the disabled person actually inputs the information himself or herself using the keyboard.  Any time a CRO staff member is requested to provide this type of assistance, we would recommend that the staff member read back all of the individual's typed-in information, so the individual can verify that it is accurate.

If a person with a vision disability attempts to file an incorrectly filled-out FBNS, CRO staff members should advise the individual that a CRO staff member can assist the individual with completing a new and correct FBNS on the kiosk right then and there, or the CRO can provide a go-back letter (including by email so the individual has an electronic copy), such that the individual can complete a new FBNS on his or her own time at home and either mail in the corrected version or come back to the CRO.  Either option is available