Timothy Elder (Cal. Bar No. 277152)
Kristopher A. Nelson (Cal. Bar No. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
(415) 873-9199
(415) 952-9898 fax
telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:     (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ,**<br>    Plaintiff,<br>v.<br>**COUNTY OF ALAMEDA,**<br>    Defendant. | Case No. 3:20-cv-06570-TSH<br><br>**SUPPLEMENTAL DECLARATION OF KRISTOPHER NELSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION**<br><br>ASSIGNED FOR ALL PURPOSES TO<br>Judge: Hon. Thomas S. Hixson<br>Hearing Date:    July 11, 2024<br>Courtroom:         E |

I, Kristopher Nelson, declare:

1. I am an attorney admitted to practice in California and a counsel of record for Plaintiff Lisamaria Martinez. This declaration is based on my personal knowledge. I am competent to testify on the matters stated and declare that these items are true and accurate to the best of my knowledge and belief.

2. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 4, Testimony of Lisamaria Martinez.

3. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 2, Testimony of Maria Laura Briones.

4. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of Trial Transcript, Volume 3, Testimony of Steven Clark.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2024

/s/ *Kristopher A. Nelson*
Kristopher A. Nelson