# Exhibit 1

1  time?
2  **A.**  After that point, five years later I'm having a difficult
3  time remembering when it was I spoke to the gentleman.  I don't
4  recall if it was before or after Ms. Briones' conversation,
5  but --
6  **Q.**  Are you -- are you confident that that gentleman was the
7  one -- was the only person you -- the only customer you spoke
8  to that day?
9  **A.**  Yes.
10 **Q.**  Okay.  So while you were waiting for your Go Back Letter,
11 what were you feeling?
12 **A.**  I was feeling frustrated and overwhelmed and tired,
13 exhausted emotionally.  I really didn't think I was going to
14 spend that much time at the CRO.
15 **Q.**  Had you, since you didn't get anywhere with -- well, since
16 you -- Ms. Briones didn't -- wasn't assisting you with
17 correcting the form, did you try to escalate it to a third
18 level up the management chain?
19 **A.**  I did.
20 **Q.**  And do you remember who that third-level manager was?
21 **A.**  Eva Hill -- or He.  Sorry.  Eva He.
22 **Q.**  And had you requested to speak to Eva He?
23 **A.**  Yes.
24 **Q.**  Did Eva He ever come out and speak to you?
25 **A.**  No.  I was told that she was not there.