# Exhibit 2

1  examined and deemed acceptable for filing, we do proceed with
2  filing it in our office, and it gets a file number, we collect
3  payment, and then it gets entered -- will be entered into our
4  system.
5      It creates an index with -- along with the business name
6  and the file number, and ultimately, that filing will be
7  digitized into our system and it'll become public record.
8  **Q.**  Okay.  And Ms. Martinez was not asking you to modify any
9  document that had that file number on it, was she?
10 **A.**  No.
11 **Q.**  And Ms. Martinez told you that she would be unable to fill
12 the form even at her home by herself?
13 **A.**  I believe she did.
14 **Q.**  And she also told you about the ADA and said that she was
15 entitled to this service under the ADA; is that correct?
16 **A.**  Yes.
17 **Q.**  Did you Google something about the ADA when you -- in
18 between speaking with her?
19 **A.**  I did.  I -- I just wanted to check and see if there was
20 anything different.  You know, that I had a basic understanding
21 of what she was asking me to do, and I knew that it was not
22 something I could do, but I did Google just "ADA accommodation"
23 just to make sure.
24 **Q.**  But on that day on March 29, 2019, you weren't exactly
25 sure what the ADA required you to do and what the limits were

1  of the ADA specifically?
2  **A.**   Well, I knew what she was asking me to do was not
3  something I could do.
4  **Q.**   Because of the County policy?
5  **A.**   That, but also I don't want to modify a form that's
6  already been signed without the customer verifying what is
7  being written.
8  **Q.**   But in --
9  **A.**   And it's altering a document that's signed.
10 **Q.**   But in terms of your understanding of the obligations of
11 the ADA, had the County provided you on March 29, 2019,
12 everything you needed to be completely certain of what the ADA
13 required of you on that day?
14 **A.**   Well, I -- I based it on the policy of our office.
15 **Q.**   Okay.  Thank you.
16      On that day of March 29, 2019, did you know what an
17 auxiliary aid or an auxiliary service was?
18 **A.**   On that date?
19 **Q.**   Correct.
20 **A.**   No.
21 **Q.**   Did you know that a public entity's own staff does not
22 always need to provide the assistance directly under the ADA?
23      **MR. GILBERT:**  Misstates the law.
24      **THE COURT:**  Overruled.
25      **THE WITNESS:**  I'm not understanding your question.