# Exhibit 3

1  **Q.** And what was the next step in the process, as you recall?
2  **A.** We told them who you were. They pulled the form up on
3  their computer screen, read back the form to us to make sure
4  that the information was correct. It wasn't. Your business
5  name was wrong on the form.
6      We corrected -- we told them that was wrong -- or you told
7  them it was wrong, and then they corrected that, printed the
8  form, and asked for your payment.
9  **Q.** Okay. And then -- I'm sorry. Did you say -- did they
10 print out the corrected form?
11 **A.** I don't know. They did something on the computer.
12 I think she wandered back to a printer, and there was some --
13 some movement behind the counter that I'm not aware of that I
14 couldn't see, but I think she picked up a form from the
15 printer. Yes, she had to print the form out because she
16 brought it back for you to sign.
17 **Q.** Okay. And after the information had been verified, the
18 form had been printed, did I sign it?
19 **A.** Yes.
20 **Q.** And in your assessment, were you given information about
21 the experiences of Lucy Greco in receiving transcriber services
22 at the Clerk-Recorder's Office?
23 **A.** I was after this visit.
24 **Q.** Okay. But before you wrote your final report?
25 **A.** But before I wrote my report.