UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF ALAMEDA,<br>　　　　Defendant. | Case No. 20-cv-06570-TSH<br><br>**ORDER CONTINUING HEARING**<br>Re: Dkt. No. 200 |

The hearing on Plaintiff's Motion for a Permanent Injunction, currently set for July 11, 2024, is **CONTINUED** to July 24, 2024, at 2:00 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Briefing deadlines are unchanged.

**IT IS SO ORDERED.**

Dated: June 25, 2024

THOMAS S. HIXSON
United States Magistrate Judge