UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA,<br><br>        Defendant. | Case No. 20-cv-06570-TSH<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Plaintiff Lisamaria Martinez and against Defendant County of Alameda. Defendant is **ORDERED** to pay the jury's award of $30,500 in damages to Plaintiff and to comply with the Court's Permanent Injunction. ECF No. 208. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 17, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge