Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone:    (510) 999-7908
Facsimile:    (510) 999-7918

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, MELISSA WILK, in her individual capacity, EVA HE, in her individual capacity, MARIA LAURA BRIONES, in her individual capacity,<br><br>                    Defendants. | Case No.  20-cv-06570-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE ON MOTION FOR ATTORNEYS' FEES** |

# STIPULATION

Pursuant to Local Rules 6-2 and 7-12, Plaintiff LISAMARIA MARTINEZ ("Plaintiff") and Defendant COUNTY OF ALAMEDA ("County" and collectively, the "Parties") hereby stipulate to specially set Plaintiff's deadline to file her anticipated Motion for Attorneys' Fees.

WHEREAS, on January 17, 2025, the Court entered Judgment (ECF No. 209) in favor of Plaintiff, including ordering the County to pay Plaintiff the jury's award of $30,500 in damages (ECF No. 176) and to comply with the Court's Permanent Injunction (ECF No. 208);

WHEREAS, the Parties intend to file certain post-Judgment motions, including a Renewed Motion for Judgment as a Matter of Law by the County, which is due no later than 28 days after entry of judgment pursuant to Federal Rule of Civil Procedure 50(b), and a Motion for Attorneys' Fees by Plaintiff, which is due no later than 14 days after entry of judgment, unless the Court orders otherwise, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B);

WHEREAS, to streamline the briefing schedule, avoid the unnecessary expenditure of time and resources by the Court and the parties, and in the interests of judicial economy, the Parties stipulate and agree to modify the deadline for Plaintiff to file a Motion for Attorneys' Fees;

WHEREAS, in the event the County files a Renewed Motion for Judgment as a Matter of Law (Fed. R. Civ. Proc. 50(b)), the Parties stipulate and agree that the deadline for Plaintiff to file a Motion for Attorneys' Fees will be no later than 21 days following the Court's adjudication of the County's Renewed Motion for Judgment as a Matter of Law; and

WHEREAS, in the unlikely event the County does not file a Renewed Motion for Judgment as a Matter of Law, the Parties further stipulate and agree that the deadline for Plaintiff to file a Motion for Attorneys' Fees will be no later than 45 days after the Court's January 17, 2025, issuance of Judgment (ECF No. 209), or March 3, 2025.

///
///
///
///
///

THEREFORE, the parties stipulate and request the Court order that Plaintiff must file any Motion for Attorneys' Fees: (1) no later than 21 days following the Court's adjudication of the County's Renewed Motion for Judgment as a Matter of Law; or (2) by March 3, 2025, in the event the County does not file a Renewed Motion for Judgment as a Matter of Law.

**IT IS SO STIPULATED.**

Dated: January 22, 2025   **TRE LEGAL PRACTICE**

By: */s/ Timothy Elder*
Timothy Elder
Tomiyo Stoner
Attorneys for Plaintiff
LISAMARIA MARTINEZ

Dated: January 22, 2025   **ORBACH HUFF + HENDERSON LLP**

By: */s/ Nicholas D. Fine*
Kevin E. Gilbert
Nicholas D. Fine
Attorneys for Defendant
COUNTY OF ALAMEDA

- 2 -
Stipulation and [Proposed] Order Regarding Deadline on Motion for Attorneys' Fees [20-cv-06570-TSH]

**[PROPOSED] ORDER**

Having reviewed and considered the above stipulation of the Parties, and based on the representations therein and for good cause shown, it is hereby ORDERED that:

(1) In the event Defendant COUNTY OF ALAMEDA ("County") files a renewed motion for judgment as a matter of law within the deadline set forth in Federal Rule of Civil Procedure 50(b), the deadline for Plaintiff LISAMARIA MARTINEZ ("Plaintiff") to file a motion for attorneys' fees shall be no later than 21 days after the Court issues its order adjudicating the County's renewed motion for judgment as a matter of law; and

(2) In the event the County does not file a renewed motion for judgment as a matter of law within the deadline set forth in Federal Rule of Civil Procedure 50(b), the deadline for Plaintiff to file a motion for attorneys' fees shall be March 3, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____  _____
HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order Regarding Deadline on Motion for Attorneys' Fees [20-cv-06570-TSH]