# EXHIBIT F

Please click on the following link:

Ex. 4D