TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:  (415) 873-9199
Facsimile:  (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:  (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant County of Alameda*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF ALAMEDA**, **MELISSA WILK**, in her individual capacity, **EVA HE**, in her individual capacity, **MARIA LAURA BRIONES**, in her individual capacity,<br><br>Defendants. | Case No. 3:20-cv-06570-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR NEW TRIAL**<br><br>Hearing Date: April 24, 2025<br>Time: 10:00 a.m.<br>Dept.: Courtroom E, 15th Floor<br>Judge: Hon. Thomas S. Hixson |

# JOINT STIPULATION REGARDING BRIEFING SCHEDULE ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR NEW TRIAL

Defendant's Rule 50 motion was filed on February 14, 2025. Due to the scope of the material in the motion, the parties find it reasonable to have additional time to respond and therefore stipulate to the following briefing schedule:

1. Plaintiff's Opposition to Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial will be due on March 10, 2025 (10-day extension);
2. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial will be due on March 27, 2025 (10-day extension); and
3. To accommodate the changed deadlines, the hearing currently scheduled for March 27, 2025 will be continued to April 24, 2025 or to a date convenient to the Court.

Respectfully submitted,

DATED: February 24, 2025        TRE LEGAL PRACTICE

/s/ Timothy Elder
Timothy Elder

*Attorneys for Plaintiff*

DATED: February 24, 2025        ORBACH HUFF & HENDERSON LLP

/s/ Nicholas D. Fine
Nicholas D. Fine

*Attorneys for Defendants*