UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**,<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF ALAMEDA**,<br><br>Defendant. | Case No. 3:20-cv-06570-TSH<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR NEW TRIAL** |

**[PROPOSED] ORDER**

Having reviewed and considered the Joint Stipulation Regarding Briefing Schedule on Motion for Judgment as a Matter of Law, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Opposition to Defendant's Motion will be due on March 10, 2025 and Defendant's Reply will be due on March 27, 2025.

The hearing on Defendant's Motion currently set for March 27, 2025 is **CONTINUED** to April 24, 2025, at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: _____   _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE