# Exhibit C

Please access Exhibit C by clicking on the following link:

[Admitted Exhibit 4C](#)