# Exhibit D

**Volume 3**

**Pages 362 - 557**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Thomas S. Hixson, Magistrate Judge

```
LISAMARIA MARTINEZ,            )
                               )
          Plaintiff,           )
                               )
  VS.                          )   NO. 3:20-CV-06570 TSH
                               )
COUNTY OF ALAMEDA,             )
                               )
          Defendant.           )
_____)
```

San Francisco, California
Thursday, March 28, 2024

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        TRE LEGAL PRACTICE
        1155 Market Street, Tenth Floor
        San Francisco, California 94103
    **BY: TIMOTHY R. ELDER, ATTORNEY AT LAW**

        UNDAUNTED LAW FIRM, P.C.
        600 California Street, Seventh Floor
        San Francisco, California 94108
    **BY: S. TOMIYO STONER, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                CSR No. 7445, Official United States Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                            ORBACH HUFF & HENDERSON LLP
 3                          6200 Stoneridge Mall Road, Suite 225
                            Pleasanton, California 94588
 4                     BY:  KEVIN E. GILBERT, ATTORNEY AT LAW
                            NICHOLAS D. FINE, ATTORNEY AT LAW
 5

 6
     Also Present:          Lisamaria Martinez
 7                          Michelle Korosy, Paralegal
                            Matthew Yankee, County of Alameda
 8
```

```
 1                        I N D E X

 2

 3    Thursday, March 28, 2024 - Volume 3

 4

 5    PLAINTIFF'S WITNESSES                          PAGE   VOL.

 6    YANKEE, MATTHEW ALAN
      (SWORN)                                         371    3
 7    Direct Examination by Ms. Stoner                371    3
      Cross-Examination by Mr. Gilbert                430    3
 8    Redirect Examination by Ms. Stoner              463    3

 9


10    GRECO, LUCIA
      (SWORN)                                         488    3
11    Direct Examination by Mr. Elder                 488    3
      Cross-Examination by Mr. Gilbert                498    3
12    Redirect Examination by Mr. Elder               500    3

13


14    CLARK, STEVEN
      (SWORN)                                         506    3
15    Direct Examination by Mr. Elder                 507    3
      Cross-Examination by Mr. Gilbert                542    3
16    Redirect Examination by Mr. Elder               553    3

17

18

19                      E X H I B I T S

20    TRIAL EXHIBITS                          IDEN   EVID   VOL.

21     11A                                           527    3

22     11D                                           531    3

23     11C                                           533    3

24     11B                                           539    3

25
```

1  you eventually compose some opinions in this case about the
2  usability of the FBNS wizard form with JAWS?
3  **A.** Yes.
4  **Q.** And what was your opinion about the usability of the -- at
5  that time in August of 2023, what was your opinion about the
6  usability of the FBNS wizard form with the JAWS screen reader?
7  **A.** Is there a copy of my report here that I could refer to?
8  **Q.** Would that help refresh your recollection?
9  **A.** Yes.
10        **MR. ELDER:** Your Honor, may I pass the witness a copy
11 of his expert report?
12        **THE COURT:** Yes.
13        **MR. ELDER:** Okay.  Michelle?
14        **MS. KOROSY:** Yeah.
15        **THE WITNESS:** So what was your question again?
16 **BY MR. ELDER:**
17 **Q.** So did you come to an opinion about the usability of the
18 FBNS wizard form as how it worked with the JAWS screen reader?
19 **A.** I did.
20 **Q.** And what was that opinion?
21 **A.** I believe that the form could not be filled out
22 independently by what I would consider an average JAWS user;
23 that the form met -- just did not provide enough information in
24 certain places on the screen to be able to complete the form
25 and be sure that the information was correct before submitting

|   |   |
|---|---|
| 1 | it. |
| 2 | **Q.** And in your evaluation of filling out the form and sort of |
| 3 | assessing it, did you have enough time to estimate the amount |
| 4 | of time that it might take to fill out the FBNS wizard form if |
| 5 | someone were sort of running a tandem session with JAWS and the |
| 6 | mouse? |
| 7 | So a sighted person using the mouse and a blind person |
| 8 | sort of controlling with the JAWS screen reader and the |
| 9 | back-and-forth, did you -- were you able to spend enough time |
| 10 | with this program to estimate about how much time it might take |
| 11 | if a blind and a sighted person were trying to fill out this |
| 12 | form in a combination of techniques between clicking the mouse |
| 13 | and using JAWS? |
| 14 | **A.** Yes. |
| 15 | **Q.** And -- |
| 16 | **A.** Go ahead. |
| 17 | **Q.** Oh. And if you could estimate, about how much time do you |
| 18 | think it, you know, might take using that sort of tandem |
| 19 | process? |
| 20 | **A.** I think 10 to 15 minutes. |
| 21 | **Q.** Okay. And then after -- let's go back to the -- to the |
| 22 | Clerk-Recorder's Office. |
| 23 | After the form -- sorry. Was the form eventually |
| 24 | submitted through the FBNS form in the Clerk-Recorder's Office? |
| 25 | **A.** Yes. |

1  **Q.** Okay. And were you working on the assumption that it
2  would take about five minutes for, at least in her case, to
3  complete an FBS form with a human transcriber at the check-in
4  counter?
5  **A.** Yes.
6  **Q.** And then did you come to an opinion about how the process
7  for a blind applicant to use the electronic FBNS form on the
8  computer in the Clerk-Recorder's Office compared with the
9  experience described by Ms. Greco?
10 **A.** Yes.
11 **Q.** And what was your opinion in that regard?
12 **A.** That the multiple steps in the process to provide access
13 to that computer added several many minutes to the process of
14 filling out the form and getting it submitted.
15           **MR. ELDER:** One second.
16                  (Pause in proceedings.)
17 **BY MR. ELDER:**
18 **Q.** Mr. Clark, in coming to your opinions, do you feel you had
19 sufficient information in which you were given to support your
20 conclusions?
21 **A.** Yes.
22         **MR. ELDER:** Okay. We can turn the witness over,
23 Your Honor.
24         **THE COURT:** All right. Does the defense have any
25 questions for the witness?

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Friday, March 29, 2024

*Ana Dub*

_____

Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
CSR No. 7445, Official United States Reporter