UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAMARIA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA,<br><br>    Defendant. | Case No. 20-cv-06570-TSH<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 212 |

This matter is currently scheduled for a hearing on April 24, 2025 regarding Defendant County of Alameda's Renewed Motion for Judgment as a Matter of Law or, in the alternative, For New Trial. Pursuant to Civil Local Rule 7-1(b), the Court finds the motion suitable for disposition without oral argument and **VACATES** the hearing. The matter is deemed under submission.

    **IT IS SO ORDERED.**

Dated: April 23, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge