TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant County of Alameda*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, , <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

**JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

The Parties previously stipulated to a deadline for Plaintiff to file a Motion for Attorneys' Fees to be no later than 21 days following the Court's adjudication of the County's Renewed Motion for Judgment as a Matter of Law (ECF No. 211), which occurred on June 2, 2025 (ECF No. 219).

Plaintiff's counsel has discovered that due to a clerical error, the deadline was erroneously calendared for 30 days instead of the agreed upon 21 days. The Parties have discussed the error and agreed to enter this joint stipulation for the Court to extend the filing deadline for Plaintiff's Motion for Attorneys' Fees to June 30, 2025 (a 7-day extension).

Respectfully submitted,

DATED: June 20, 2025

TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

DATED: June 20, 2025

ORBACH HUFF & HENDERSON LLP

*/s/ Nicholas D. Fine*
Nicholas D. Fine

*Attorneys for Defendant*