UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> **[PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

**[PROPOSED] ORDER**

Having reviewed and considered the Joint Stipulation Extending Deadline for Plaintiff's Motion for Attorneys' Fees, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees will be due on June 30, 2025.

IT IS SO ORDERED.

DATED: _____   _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE