UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |

**[~~PROPOSED~~] ORDER**

Having reviewed and considered the Second Joint Stipulation Extending Deadline for Plaintiff's Motion for Attorneys' Fees, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees will be due on Monday, September 29, 2025.

IT IS SO ORDERED.

DATED:   June 26, 2025       _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE