TIMOTHY ELDER (CA BAR NO. 277152)
KRISTOPHER A. NELSON (CA BAR NO. 342552)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone:   (415) 873-9199
Facsimile:   (415) 952-9898
Email: telder@trelegal.com, knelson@trelegal.com

S. Tomiyo Stoner (CA Bar No. 289246)
**Undaunted Law Firm, P.C.**
600 California St., Floor 7
San Francisco, CA 94108
Telephone:   (214) 415-7340
E-mail: tstoner@undauntedlaw.com

*Attorneys for Plaintiff*

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

*Attorneys for Defendant County of Alameda*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, , <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> **THIRD JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES TO ALLOW TIME TO MEMORIALIZE FEE SETTLEMENT** |

**THIRD JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES TO ALLOW TIME TO MEMORIALIZE FEE SETTLEMENT**

With the Court's approval, the Parties previously stipulated to extend the deadline for Plaintiff to file a Motion for Attorneys' Fees to September 29, 2025 (*See* Order Extending Deadline for Plaintiff's Motion for Attorneys' Fees, ECF No. 222).

The Parties have now reached agreement on settling Plaintiff's fee demand. In light of this successful negotiation, the Parties request 30 days to memorialize and execute the agreement. To allow for this, the Parties have agreed to enter this joint stipulation for the Court to extend the filing deadline for Plaintiff's Motion for Attorneys' Fees to October 29, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: September 26, 2025 | TRE LEGAL PRACTICE |
|  | */s/ Timothy Elder* <br> Timothy Elder |
|  | *Attorneys for Plaintiff* |
| DATED: September 26, 2025 | ORBACH HUFF & HENDERSON LLP |
|  | */s/ Nicholas Fine* <br> Nicholas D. Fine |
|  | *Attorneys for Defendant* |