UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISAMARIA MARTINEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF ALAMEDA**, <br><br> Defendant. | Case No. 3:20-cv-06570-TSH <br><br> [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |

[~~PROPOSED~~] ORDER

Having reviewed and considered the Third Joint Stipulation Extending Deadline for Plaintiff's Motion for Attorneys' Fees, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees will be due on October 29, 2025.

IT IS SO ORDERED.

DATED: September 26, 2025     _____
                              HONORABLE THOMAS S. HIXON
                              UNITED STATES MAGISTRATE JUDGE