1  TIMOTHY ELDER (CA BAR NO. 277152)
   KRISTOPHER A. NELSON (CA BAR NO. 342552)
2  **TRE LEGAL PRACTICE**
   1155 Market Street, Tenth Floor
3  San Francisco, CA 94103
   Telephone:   (415) 873-9199
4  Facsimile:   (415) 952-9898
   Email: telder@trelegal.com, knelson@trelegal.com
5

6  S. Tomiyo Stoner (CA Bar No. 289246)
   **Undaunted Law Firm, P.C.**
7  600 California St., Floor 7
   San Francisco, CA 94108
8  Telephone:   (214) 415-7340
   E-mail: tstoner@undauntedlaw.com
9

10  *Attorneys for Plaintiff*

11

12  Kevin E. Gilbert, Esq. (SBN: 209236)
    kgilbert@ohhlegal.com
13  Nicholas D. Fine, Esq. (SBN: 285017)
    nfine@ohhlegal.com
14  **ORBACH HUFF & HENDERSON LLP**
    6200 Stoneridge Mall Road, Suite 225
15  Pleasanton, CA 94588
    Telephone: (510) 999-7908
16  Facsimile: (510) 999-7918

17  *Attorneys for Defendant County of Alameda*

18

19                     UNITED STATES DISTRICT COURT

20                FOR THE NORTHERN DISTRICT OF CALIFORNIA

21  | **LISAMARIA MARTINEZ**, | Case No. 3:20-cv-06570-TSH |
    |---|---|
    | Plaintiff, | **FOURTH JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES TO ALLOW ADDITIONAL TIME TO MEMORIALIZE FEE SETTLEMENT** |
    | v. | |
    | **COUNTY OF ALAMEDA**, | |
    | Defendant. | |

# FOURTH JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR ATTORNEYS' FEES TO ALLOW TIME TO MEMORIALIZE FEE SETTLEMENT

With the Court's approval and after having reached agreement on settlement, the Parties previously stipulated to extend the deadline for Plaintiff to file a Motion for Attorneys' Fees to October 29, 2025 (*See* Order Extending Deadline for Plaintiff's Motion for Attorneys' Fees, ECF No. 224).

A settlement agreement has been drafted and partially executed. The Parties are waiting on one signature due to the complexities of County government operations. No further extensions are expected. As such, the Parties request 30 days to obtain the final necessary signature to memorialize and execute the agreement. To allow for this, the Parties have agreed to enter this joint stipulation for the Court to extend the filing deadline for Plaintiff's Motion for Attorneys' Fees to November 28, 2025.

Respectfully submitted,

DATED: October 28, 2025

TRE LEGAL PRACTICE

*/s/ Timothy Elder*
Timothy Elder

*Attorneys for Plaintiff*

DATED: October 28, 2025

ORBACH HUFF & HENDERSON LLP

*/s/ Kevin E. Gilbert*
Kevin E. Gilbert

*Attorneys for Defendant*