UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LISAMARIA MARTINEZ**,

Plaintiff,

v.

**COUNTY OF ALAMEDA**,

Defendant.

Case No. 3:20-cv-06570-TSH

**[PROPOSED] ORDER OF DISMISSAL**

**[PROPOSED] ORDER**

Having reviewed and considered the Notice of Settlement and Stipulation for Dismissal, the Court ORDERS as follows:

1. The above-captioned action is DISMISSED WITH PREJUDICE as to all claims between Plaintiff Lisamaria Martinez and Defendant County of Alameda.
2. The Permanent Injunction previously entered by this Court on January 17, 2025 shall remain in full force and effect and is unaffected by the parties' settlement, consistent with the parties' Settlement Agreement.
3. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement and to enforce the Permanent Injunction, if necessary.
4. All pending deadlines, hearings, and conferences in this matter are VACATED. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: _____    _____

HONORABLE THOMAS S. HIXON

UNITED STATES MAGISTRATE JUDGE